## Sheldon, Matthew R.

**From:** Edmond Bannon [Bannon@fr.com]
**Sent:** Monday, November 29, 2010 1:22 PM
**To:** Sheldon, Matthew R.
**Cc:** Wasserman, Mark W.
**Subject:** RE: Dow, etc.

Matt,

I have not received any documents yet from Dow. I believe I am getting them tomorrow and will e-mail to you whatever I get. I believe my paralegal, Neil, sent you a disk last Tuesday night containing the remaining batch sheets that Momentive has been able to locate. You should have received this on Wednesday. Let me know if you did not get it and I'll have Neil check on it with Fed Ex. Mr. Vicari is sending me some additional electronic files today or tomorrow but I believe you already have copies of all the non-privileged documents in those files. We'll get you those documents ASAP and update the privilege log. Thanks.
Ed

**From:** Sheldon, Matthew R. [mailto:MSheldon@ReedSmith.com]
**Sent:** Monday, November 29, 2010 10:52 AM
**To:** Edmond Bannon
**Cc:** Wasserman, Mark W.
**Subject:** Dow, etc.

Ed, have you received any documents from Dow and if so, could you please e-mail them to me and Mark?

Also, any word on the batch sheets/Momentive ESI I requested a couple of weeks ago?

Thanks,

Matt

**Matthew R. Sheldon**
703.641.4334
msheldon@reedsmith.com

**Reed Smith LLP**
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
703.641.4200
703.641.4340



EXHIBIT 4

\*\*\*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have

04/06/2011

received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

\* \* \*

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.1.01.03
pdcl

```
***************************************************************************:
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is prohibited. If
you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including
any attachments) is not intended or written to be used, and cannot be used, for the purpose
of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein.(FR08-i203d)
***************************************************************************:
```

04/06/2011