```
           IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                 JACKSONVILLE DIVISION
```

RES DEVELOPMENT CORPORATION,   Jacksonville, Florida

    Plaintiff,              Case No. 5:09-cv-491-Oc-32JBT

vs.                             December 21, 2010

MOMENTIVE PERFORMANCE
MATERIALS, INC.,                9:30 a.m.

    Defendant.              Courtroom No. 10D

```
                     MARKMAN HEARING
        BEFORE THE HONORABLE TIMOTHY J. CORRIGAN
              UNITED STATES DISTRICT JUDGE
```

PLAINTIFF'S COUNSEL:

    **MATTHEW R. SHELDON, ESQ.**
    **DENNIS CLARKE, ESQ.**
    Reed Smith, LLP
    3110 Fairview Park Drive, Suite 1400
    Falls Church, VA 22042

DEFENSE COUNSEL:

    **EDMOND R. BANNON, ESQ.**
    Fish & Richardson, PC
    601 Lexington Avenue, 52nd Floor
    New York, NY 10022

COURT REPORTER:

    Shannon M. Bishop, RMR, CRR
    221 North Hogan Street, #150
    Jacksonville, Florida 32202
    Telephone:  (904)549-1307   Fax:  (904)301-6844
    dsmabishop@yahoo.com

(Proceedings reported by microprocessor stenography;
transcript produced by computer.)

EXHIBIT 5

```
 1  the -- with the plaintiff.
 2          And what -- I don't know if you-all have talked
 3  about this or where you are on this, but I need to -- I want
 4  to go ahead and schedule out the case.
 5          MR. SHELDON:  Your Honor, Mr. Bannon and I haven't
 6  talked about it yet.  And I don't know what would be the
 7  most efficient way.  If you want to have us confer and then
 8  submit a proposed scheduling order, we could do that, if
 9  that would make it easier.
10          THE COURT:  That's fine.
11          MR. SHELDON:  Or we could talk about dates right
12  now.
13          THE COURT:  That's fine.  I mean, basically, I
14  guess we're looking at -- I saw from the papers that it
15  appears that you-all have already taken some discovery.  I
16  don't know if that's all the discovery.  Have you done --
17          MR. BANNON:  The deadline is closed.
18          THE COURT:  The deadline is closed?
19          MR. SHELDON:  The discovery closed.  There's a
20  couple of -- I'm sorry.
21          THE COURT:  Hold on one second.  Let me -- I don't
22  think -- I guess I need that order.  Where is the case
23  scheduling order?  I didn't realize -- do you have it?
24          Mari, can we get it, please?
25          COURTROOM DEPUTY:  Yes, sir.
```

```
 1            THE COURT:  Okay.  So y'all have done -- you've
 2  finished your discovery.
 3            MR. SHELDON:  Your Honor, the discovery cutoff
 4  was, I think, December 3rd.  We finished everything -- there
 5  are a couple of outstanding issues that I've conferred with
 6  Mr. Bannon about --
 7            THE COURT:  Okay.
 8            MR. SHELDON:  -- that hopefully we'll be able to
 9  resolve and that will be the end of it.  And then from
10  there --
11            THE COURT:  Then I guess -- I heard Mr. Bannon say
12  he wants to file a motion for summary.  So I guess is that
13  the next step?
14            MR. BANNON:  That and expert --
15            MR. SHELDON:  Experts.
16            MR. BANNON:  -- discovery.  But we -- we plan on
17  filing a motion for summary judgment of invalidity.
18            THE COURT:  And is that dependent upon experts or
19  not?
20            MR. BANNON:  It's more dependent on the *Markman*
21  ruling, because we need the claim construction.  But we
22  probably will put in a declaration of an expert.
23            THE COURT:  So the experts need to be -- we need
24  to schedule that out.  Okay.  Let me...
25            MR. BANNON:  Right.  I think the expert discovery
```