## Sheldon, Matthew R.

**From:** Edmond Bannon [Bannon@fr.com]
**Sent:** Tuesday, February 01, 2011 12:08 PM
**To:** Sheldon, Matthew R.
**Cc:** Wasserman, Mark W.
**Subject:** RE: RES

Matt,

(1) I have been advised that there is no 7300 product and I have not been able to locate any reference to any such product.
(2) The only remaining documents are privileged and I'll update the privilege log as soon as I can.
(3) We have produced all of the batch sheets that we could locate. I have been advised that the batch numbers for FSL 7210 and 7208 were 08K038 and 10G002. You should be able to find them in the batch sheets that we produced. If not, let me know and I'll take a look.

Ed

**From:** Sheldon, Matthew R. [mailto:MSheldon@ReedSmith.com]
**Sent:** Tuesday, February 01, 2011 11:48 AM
**To:** Edmond Bannon
**Cc:** Wasserman, Mark W.
**Subject:** RES

Ed, we still have not heard anything from you about the following items: (1) the 7300 product, (2) any additional documents from Momentive following an ESI collection, and (3) whether we will be getting a batch sheet for the sample products you provided this Fall.

As I mentioned earlier, we need at least the info about the 7300 product and any additional docs from Momentive's ESI before the settlement conference next week. Please confirm that this info will be provided before the settlement conference. If we do not hear from you by the end of this week, we will assume no information will be forthcoming and we'll go ahead and file a motion, which I'd like to avoid if possible.

Thanks,

Matt

**Matthew R. Sheldon**
703.641.4334
msheldon@reedsmith.com

**Reed Smith LLP**
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
703.641.4200
703.641.4340

EXHIBIT 6

04/06/2011

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

\* \* \*

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.1.01.03
pdcl

```
**********************************************************************:
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is prohibited. If
you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including
any attachments) is not intended or written to be used, and cannot be used, for the purpose
of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein. (FR08-i203d)
**********************************************************************:
```

04/06/2011