# ReedSmith

Mark W. Wasserman
Direct Phone: +1 703 641 4229
Email: mwasserman@reedsmith.com

Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042-4503
+1 703 641 4200
Fax +1 703 641 4340
reedsmith.com

February 22, 2011

**Via Electronic Mail**

Edmond Bannon, Esq.
Fish & Richardson, P.C.
601 Lexington Avenue
52nd Floor
New York, New York 10022-4611

Re: <u>RES Development Corporation v. Momentive Performance Materials Inc., United States District Court for the Middle District of Florida (Ocala Division)</u>, C.A. No. 5:09-CV-00491

Dear Ed:

I write regarding Momentive's failure to produce documents and other previously requested information.

First, Momentive has not produced <u>any</u> batch sheets for FSL 7208, and it has produced only 23 batch sheets for FSL 7210. At a minimum, Momentive has failed to produce the following specific batch sheets relating to FSL 7208 and 7210, as indicated:

| <u>FSL 7208</u> | <u>FSL 7210</u> | <u>FSL 7210 (cont.)</u> | <u>FSL 7210 (cont.)</u> |
|---|---|---|---|



EXHIBIT 7

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

REDACTED

Edmond Bannon, Esq.
February 22, 2011
Page 2

**ReedSmith**

Please have Momentive produce all batch sheets for its FSL 7208 and FSL 7210 products that it made after January 1, 2005 including the specific batch sheets referred to above.

Second, the few batch sheets that Momentive has produced show that Momentive made 113,080 pounds of FSL 7210 that are **not** reflected in its sales information. This shows that Momentive's sales information is inaccurate. Please have Momentive provide accurate sales information or explain this substantial inconsistency between Momentive's manufacturing and sales data.

Very truly yours,

REED SMITH LLP

By: *[signature]*
Mark W. Wasserman

MWW:krk
cc: RES Development Corporation (*via electronic mail*)
Matthew R. Sheldon, Esq. (*via electronic mail*)
Gordon Glover, Esq. (*via electronic mail*)
Dennis Clarke, Esq. (*via electronic mail*)
Timothy J. Connor, Esq. (*via electronic mail*)