# ReedSmith

Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042-4503
+1 703 641 4200
Fax +1 703 641 4340
reedsmith.com

Mark W. Wasserman
Direct Phone: +1 703 641 4229
Email: mwasserman@reedsmith.com

March 3, 2011

**Via Electronic Mail**

Edmond Bannon, Esq.
Fish & Richardson, P.C.
601 Lexington Avenue
52nd Floor
New York, New York 10022-4611

Re: **RES Development Corporation v. Momentive Performance Materials Inc., United States District Court for the Middle District of Florida (Ocala Division), C.A. No. 5:09-CV-00491**

Dear Ed:

To date, you have not provided a substantive response to my February 22, 2011 letter. If I do not receive a positive response by tomorrow, March 4, RES will seek relief from the Court.

Very truly yours,

REED SMITH LLP

By: *(signature)*
    Mark W. Wasserman

MWW:krk
cc:  RES Development Corporation (*via electronic mail*)
     Matthew R. Sheldon, Esq. (*via electronic mail*)
     Gordon Glover, Esq. (*via electronic mail*)
     Dennis Clarke, Esq. (*via electronic mail*)
     Timothy J. Connor, Esq. (*via electronic mail*)

EXHIBIT 8