# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

601 Lexington Avenue,
52nd Floor
New York, New York
10022

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

BY E-MAIL

March 4, 2011

Mark W. Wasserman, Esq.
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA   22042



ATLANTA

BOSTON

DALLAS

DELAWARE

HOUSTON

MUNICH

NEW YORK

SILICON VALLEY

SOUTHERN CALIFORNIA

TWIN CITIES

WASHINGTON, DC

Re: RES Development Corporation v. Momentive Performance Materials Inc.

Dear Mark:

    This letter is in response to your letter to me dated February 22, 2011. As I advised you by e-mail on February 24, 2011, I was out of the country last week on vacation with my family and I said I would respond to your letter when I returned this week. You failed to mention that in your March 3, 2011 letter to me.

    To begin with, your February 22 letter contains a discovery request regarding batch sheets that were first produced over five months ago in September 2010. A second set of batch sheets were produced over three months ago on November 24, 2010. Fact discovery in this case closed on December 3, 2010. If you had an issue with either the batch sheets or any of the sales information, you should have raised the issue before discovery closed. The Handbook on Civil Discovery Practice for the Middle District of Florida states that counsel "should not expect the Court to resolve discovery disputes arising after the discovery completion date" and further cautions that motions for extension of discovery time "are treated with special disfavor if filed after the discovery completion date. . . ." We are obviously well beyond the fact discovery completion date and Momentive has no obligation to respond to any new fact discovery issues raised at this late date.

    However, in the spirit of cooperation, I will revisit the issue of batch sheets with the appropriate people at Momentive and if we locate any relevant batch sheets that have not been produced, we will produce them. In order to do that, you need to tell me where the alleged batch numbers in paragraph 2 of your letter came from. Number 0000245420 does not appear to be a batch sheet number. Furthermore, batch sheets beginning with the letter "A" pertain to batches made in 2001. I believe batch sheets beginning with the letters "U" through "Z" pertain to batches made many years



EXHIBIT

9

FISH & RICHARDSON P.C.

Mark W. Wasserman, Esq.
March 4, 2011
Page 2

before 2001. I also note for the record that the allegations in your letter that "Momentive has not produced <u>any</u> batch sheets for FSL 7208" is simply wrong. Momentive has produced many batch sheets for FSL 7208, including a batch sheet for the sample that we provided to RES (see, e.g., M006794-6808). I will have Momentive check the numbers that you provided, but once again, it would expedite the process if you would tell me where these numbers came from.

With regard to your statement in the last paragraph of page 2 of your letter, I believe the sales information provided by Momentive for FSL 7208 and 7210 is accurate and complete as of the dates that they were sent to you. We produced a 30(b)(6) witness in December 2010 to answer all of your questions about sales information and that deposition has been closed. Although Momentive has no obligation to do so, I will double check the sales numbers with the appropriate Momentive personnel. However, I do not understand how you came to the conclusion that Momentive's sales information is inaccurate, so it would be helpful if you would explain the basis for these allegations. I am fairly certain that you are wrong but am in no position to explain why since you have only made conclusory allegations.

I look forward to hearing from you.

Very truly yours,

*Ed Bannon*

Edmond R. Bannon

ERB/lyn

30596751.doc