# ReedSmith

Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042-4503
+1 703 641 4200
Fax +1 703 641 4340
reedsmith.com

**Mark W. Wasserman**
Direct Phone: +1 703 641 4229
Email: mwasserman@reedsmith.com

March 7, 2011

**Via Electronic Mail**

Edmond Bannon, Esq.
Fish & Richardson, P.C.
601 Lexington Avenue
52nd Floor
New York, New York 10022-4611

Re: **RES Development Corporation v. Momentive Performance Materials Inc., United States District Court for the Middle District of Florida (Ocala Division), C.A. No. 5:09-CV-00491**

Dear Ed:

I write in response to your March 4, 2011 letter.

My February 22 letter "does not contain a discovery request" as you claim. RES served its discovery requests previously. Momentive obviously failed to respond fully to them.

All of the specific batch sheets referred to in my February 22 letter came from Momentive's own documents, including particularly its sales summaries. Momentive clearly has these specific batch sheets in its possession, as they relate to its recent manufacturing of the accused products. In addition, I trust you understand that RES seeks <u>all</u> batch sheets for the accused products, not only the ones we know exist but Momentive has failed to produce which were listed in my February 22 letter.

As I stated in my February 22 letter, Momentive's sales information is not accurate because it does not include all sales of FSL 7210 and 7208 -- among other things, it does not reflect the <u>tons</u> of accused products that Momentive made according to its own records.

While I appreciate your willingness to "revisit" these issues with Momentive, that will not be sufficient. If Momentive has not agreed to provide all of the requested information by March 9, RES will move to compel.


EXHIBIT
tabbies
10

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Edmond Bannon, Esq.  
March 7, 2011  
Page 2

# ReedSmith

I will call you at 11:00 a.m. tomorrow.

Very truly yours,

REED SMITH LLP

By: *[signature]*  
Mark W. Wasserman

MWW:krk  
cc: RES Development Corporation (*via electronic mail*)  
Matthew R. Sheldon, Esq. (*via electronic mail*)  
Gordon Glover, Esq. (*via electronic mail*)  
Dennis Clarke, Esq. (*via electronic mail*)  
Timothy J. Connor, Esq. (*via electronic mail*)