**Sheldon, Matthew R.**

| | |
|---|---|
| **From:** | Sheldon, Matthew R. |
| **Sent:** | Wednesday, March 09, 2011 4:21 PM |
| **To:** | 'Edmond Bannon' |
| **Cc:** | Wasserman, Mark W. |
| **Subject:** | Untitled.pdf - Adobe Acrobat Standard |
| **Attachments:** | Untitled.pdf |



Untitled.pdf (463 KB)

Ed, following up on our conversation yesterday, attached are ITT invoices that are not reflected in Momentive's sales summaries (in whole or in part). Here is what's missing from the sales summaries:

1] Invoice No.
2] Invoice No.
3] Invoice No.            Summary shows only ~1/3 payment
4] Invoice No.            Summary shows only ~1/4 payment
5] Invoice No.            Summary shows total amounts, but for another Batch # and only ~1/4 payment amount
6] Invoice No.            Summary sheet and Invoice don't match with respect to total amount of product or $$
7] Invoice No.            Summary shows only ~1/4 payment
8] Invoice No.
9] Invoice No.
10] Invoice No.            - Summary shows only partial payment
11] Invoice No.            - Summary shows only partial payment
12] Invoice No.            - Summary shows only partial payment
13] Invoice No.            - Summary shows only partial payment
14] Purchase Order # ▓▓▓ (no invoice) – shows over $68,000 for the amount of sale but is not on summary
15] Invoice No. ▓▓▓ – Summary shows only partial payment

I will send you a separate e-mail about the other information we need.

Thanks,

Matt



EXHIBIT 11

**REDACTED**