# Sheldon, Matthew R.

**From:** Sheldon, Matthew R.
**Sent:** Wednesday, March 09, 2011 6:31 PM
**To:** 'Edmond Bannon'
**Cc:** Wasserman, Mark W.
**Subject:** RES/Momentive

Ed, here is additional information we seem to be missing (either batch sheets or sales information or both):

## FIRST SERIES – 1997-2003

1] BATCH SHEETS LISTED IN SALES SUMMARIES WE DON'T HAVE:



2] BATCH SHEETS WE HAVE BUT THAT ARE NOT LISTED IN SALES SUMMARIES:



3] BATCH SHEETS WE DO NOT HAVE AND THAT ARE NOT IN SALES SUMMARIES:

Any that exist before ▮
Any that exist after ▮

## SECOND SERIES – 2003-2007

1] BATCH SHEETS LISTED IN SALES SUMMARIES WE DON'T HAVE:


- WE HAVE ▮

2] BATCH SHEETS WE HAVE BUT THAT ARE NOT LISTED IN SALES SUMMARIES:



**REDACTED**

EXHIBIT 12



- - ????? 2 # 23s
- - ????? 2 # 24s
- - ????? 2 # 25s
- - ????? 2 # 26s
- - ????? 2 # 27s

3] BATCH SHEETS WE DO NOT HAVE AND THAT ARE NOT IN SALES SUMMARIES:



THIRD SERIES – (FORMAT XX####) UP TO 2011

1] WE HAVE NO BATCH SHEETS FROM THIS SERIES

You also mentioned that batch sheets are numbered sequentially and not based on product. Can you provide a batch sheet or sheets from the Third Series that precede or follow an FSL7210 batch sheet but that are for a different product?

Thanks,

Matt

**Matthew R. Sheldon**
703.641.4334
msheldon@reedsmith.com

Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
703.641.4200
703.641.4340