## Sheldon, Matthew R.

**From:** Edmond Bannon [Bannon@fr.com]
**Sent:** Monday, March 21, 2011 3:00 PM
**To:** Sheldon, Matthew R.
**Cc:** Neil Ramsaroop; Wasserman, Mark W.
**Subject:** RE: RES v. Momentive

EXHIBIT 13

Matt,

I have asked for hard copies of the batch sheets for FSL 7208 that I sent you in electronic form. My contact at Momentive is trying to locate them, but apparently they are not in Waterford. I have also asked for copies of the remaining 3 or 4 batch sheets for FSL 7210 and will send them to you as soon as I get them. You had asked for batch sheet no. 03F003, but that one was produced already (see M007182-7202). I have also asked Mr. Powell to look into the invoices from ITT and expect to be able to get back to you on that a little later this week. Thanks.
Ed

**From:** Sheldon, Matthew R. [mailto:MSheldon@ReedSmith.com]
**Sent:** Monday, March 21, 2011 12:27 PM
**To:** Edmond Bannon; Wasserman, Mark W.
**Cc:** Neil Ramsaroop
**Subject:** RE: RES v. Momentive

Ed, can you let me know where we stand on the remaining batch sheets/items of information? Also, I note that you attached an excel spreadsheet purporting to reflect batch sheets, but what about the actual batch sheets themselves disclosed in the spreadsheet?

Thanks,

Matt

---

**From:** Edmond Bannon [mailto:Bannon@fr.com]
**Sent:** Monday, March 14, 2011 4:44 PM
**To:** Wasserman, Mark W.; Sheldon, Matthew R.
**Cc:** Neil Ramsaroop
**Subject:** FW: RES v. Momentive

Mark & Matt,
In response to your February 22, 2011 letter and our phone conference last week, Momentive has located electronic copies of the batch sheets that you requested for FSL 7208 from 2006 through 2010. An electronic copy is attached as M008003. I will continue working with Momentive to try to locate the batch sheets from 2004 and 2005 ▮▮▮▮▮ and ▮▮▮▮▮ and will forward them to you if and when they are located.

Also attached are representative copies of the batch sheets that you requested relating to FSL 7210 (M007987-8002). I confirmed that the batch numbers beginning with "AC" through "ZN" are from Momentive's facility in Germany. These batch sheets are in German but I understand that they show that no further additives are mixed into the batches coming from the US. Instead, they go through a deaeration and filtering process which I understand consumes some of the material in the original batch. After reviewing the attached German batch

REDACTED

sheets ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ if you think these are relevant and that you need the remaining German batch sheets, please let me know. ==In the meantime, I will check to see whether there are any other US batch sheets for FSL 7210 and 7208 that have not been produced.==

Please note that all of these documents are Confidential – Attorneys Eyes Only.

I will get back to you later this week on the other issues that you raised. Thanks.

Ed Bannon
Principal
Fish & Richardson P.C.
601 Lexington Avenue - 52nd Fl.
New York, New York  10022-4611
(212) 765-5070 (Phone)
(212) 258-2291 (Fax)

*********************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is prohibited. If
you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including
any attachments) is not intended or written to be used, and cannot be used, for the purpose
of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein. (FR08-i203d)
*********************************************************************************

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

* * *

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication  (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.1.01.03
pdc1

04/06/2011