## Sheldon, Matthew R.

| | |
|---|---|
| **From:** | Sheldon, Matthew R. |
| **Sent:** | Thursday, April 07, 2011 10:53 AM |
| **To:** | 'Edmond Bannon' |
| **Cc:** | Wasserman, Mark W. |
| **Subject:** | 105945330_1.DOC |
| **Attachments:** | 105945330_1.DOC |



105945330_1.DOC (52 KB)

Ed, in connection with the batch sheets we have been requesting for months now, we still do not have a number of batch sheets we identified in our prior correspondence to you. In addition, every time we receive a new set of batch sheets, more questions arise about the batch sheet numbering system and where the batch sheets come from, etc. This process has been going on for many weeks and we need to get closure on it in order to move forward with the case. Accordingly, I am attaching a proposed agreed order that will set a deadline for Momentive to produce all batch sheets for the accused products. In addition, the order includes a requirement that Momentive agree to produce a 30(b)(6) witness to testify about the batch sheets, including of course the ones that were produced after the 30(b)(6) deposition of Momentive last November. We are willing to do the deposition in Albany or at some other location convenient for Momentive.

Please let me know by COB on Monday, April 11 if Momentive will agree to the order. If Momentive will not agree, we will have to seek relief from the court.

Thanks,

Matt

EXHIBIT 14