# FISH & RICHARDSON P.C.

601 Lexington Avenue,
52nd Floor
New York, New York
10022

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

BY E-MAIL

April 11, 2011

Matthew R. Sheldon, Esq.
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA   22042

Re:   RES Development Corporation v. Momentive Performance Materials Inc.

Dear Matt:

    This letter is in response to your e-mail to me dated April 7, 2011. As I have previously told you and Mr. Wasserman, fact discovery closed on December 3, 2010 and Momentive will not agree to either re-open discovery or extend that deadline again.

    Since the parties were involved in settlement discussions, Momentive agreed to update its sales information. As you know, this is typically done before trial in patent cases without reopening discovery or allowing further depositions. That update has now been completed.

    Momentive also agreed to investigate your claim that certain batch sheets had not been produced. We did not agree to reopen discovery. The FSL 7208 batches that your co-counsel, Mr. Wasserman, identified in his letter to me, were made by a third party that is not affiliated with Momentive. Momentive obtained the batch sheet information in electronic form and this was produced to RES on March 14, 2011. Hard copies of a few of the third-party batch sheets were also located and produced. Two more hard copies were obtained from the vendor and are being forwarded herewith. I believe you now have information on all batches of FSL 7208 that were made after the patent-in-suit was issued in 2005. ==We do not have any more batch sheets for FSL 7208 to produce.==

    The remaining batch sheets identified in Mr. Wasserman's letter related to a deaeration and filtering process for FSL 7210 that was performed in Germany. This process has nothing to do with the U.S. patent-in-suit. I sent you samples of these batch sheets, advised you that Momentive did not feel these documents were relevant and asked whether you still wanted copies after having seen the information they contained. You never responded so I assumed you agree with us that these documents are not relevant.

EXHIBIT
15

FISH & RICHARDSON P.C.

Matthew R. Sheldon, Esq.
April 11, 2011
Page 2

    Although we do not feel these are relevant, I am forwarding herewith copies of the German batch sheets for 2008, 2009 and 2011. The samples that I previously sent you were from 2010. I believe Momentive has now produced all of the relevant batch sheets relating to its U.S. production of FSL 7208 and 7210 that could be located. I trust this settles the matter and we can move on with the case.

Very truly yours,

*Ed Bannon*

Edmond R. Bannon

ERB/lyn

Enclosure

30605833.doc