## Sheldon, Matthew R.

**From:** Sheldon, Matthew R.
**Sent:** Wednesday, April 27, 2011 3:24 PM
**To:** 'Edmond Bannon'
**Cc:** Wasserman, Mark W.
**Subject:** 106089412_1.DOC

**Attachments:** 106089412_1.DOC



106089412_1.DOC (70 KB)

Ed, following up on your e-mail from Monday, attached is the motion to seal we intend to file. Please let me know, by 3:00 pm tomorrow, if you will consent to the motion to seal.

Also, I recall you mentioned Momentive may have other batch sheets from Germany (you produced a few of them). Could you produce any remaining batch sheets from Germany and let me know when we can expect to receive them?

Thanks,

Matt



EXHIBIT 16

1