# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA

BOSTON

DALLAS

DELAWARE

HOUSTON

MUNICH

NEW YORK

SILICON VALLEY

SOUTHERN CALIFORNIA

TWIN CITIES

WASHINGTON, DC

601 Lexington Avenue,
52nd Floor
New York, New York
10022

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

BY E-MAIL & FIRST CLASS MAIL

April 28, 2011

Matthew R. Sheldon, Esq.
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA   22042

Re:   RES Development Corporation v. Momentive Performance Materials Inc.

Dear Matt:

This letter is in response to your e-mail to me dated April 27, 2011. Unfortunately, although we agree that any highly confidential Momentive documents that are filed with the Court should be filed under seal, we do not agree with many of the statements appearing in Plaintiff's Memorandum In Support Of Its Motion To Seal. Therefore, Momentive does not consent to your motion and will likely file a response to correct and/or supplement the record.

With regard to the German batch sheets, I sent you samples of these batch sheets from 2010 over six weeks ago on March 14, 2011 to show you that these documents are not relevant and I asked you to tell me whether you wanted copies of the others given that the German facility only performed a deaeration and filtration process. You never responded to that request.

On April 11, 2011, I sent you additional German batch sheets from 2008, 2009 and 2011 that were also reasonably accessible to further allow you to confirm that these documents were not relevant to the case. I also told you on April 11, 2011 that I assumed you agreed the remaining German batch sheets were irrelevant and you did not need them since you never responded to my March 14, 2011 e-mail.

EXHIBIT
17

FISH & RICHARDSON P.C.

Matthew R. Sheldon, Esq.
April 28, 2011
Page 2

   Now, yesterday, for the first time in over six weeks, you asked me to produce any remaining batch sheets from Germany. In the spirit of cooperation, I have asked my contact at Momentive in Germany to try to locate for production any remaining batch sheets for FSL 7210 from January 1, 2005 to date. I believe we have produced all German batch sheets for FSL 7210 from 2008 to date that were available in the facility in Germany. The remaining batch sheets, to the extent they still exist, would be in storage and need to be located. I have asked that that be done. I have also asked for an estimate on how long this will take. I will let you know as soon as I hear from my contact in Germany.

              Very truly yours,

              *Ed Bannon*

              Edmond R. Bannon

ERB/lyn

30609816.doc