# FISH & RICHARDSON P.C.

601 Lexington Avenue,
52nd Floor
New York, New York
10022

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

BY E-MAIL

May 11, 2011

Mark W. Wasserman, Esq.
Matthew Sheldon, Esq.
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA  22042



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

Re:   RES Development Corporation v. Momentive Performance Materials Inc.

Dear Mark and Matt:

This letter is further to my letter to Matt dated April 11, 2011 and is a further response to Mark's letter dated February 22, 2011. It also responds to Matt's e-mail to me dated April 27, 2011.

As I stated in my April 11 letter, Momentive does not have any more batch sheets for FSL 7208 to produce. With regard to the batch sheets for FSL 7210 that are listed in Mark's February 22 letter, Momentive has now produced all of those batch sheets except for the following:

- Document ▮▮▮▮ is not a batch number. I have been advised that it is a number generated by the SAP accounting system when a batch number is not available at the time the information is entered in the system. I have been advised that the proper batch number should be ▮▮▮▮ which has already been produced.

- Document ▮▮▮▮ does not exist. It appears to be a typo in your letter. We believe it should be ▮▮▮▮ which has already been produced.

- Documents ▮▮▮▮ were not with any of the other German batch sheets that were produced and have not been located to date despite Momentive's efforts. I have asked the Momentive employees that were working on this project to continue to look for them. If they are located, we will promptly produce them.

**EXHIBIT 18**

REDACTED

FISH & RICHARDSON P.C.

Mark W. Wasserman, Esq.
Matthew Sheldon, Esq.
May 11, 2011
Page 2


As with the batch sheets for FSL 7208, Momentive is not withholding any batch sheets for FSL 7210 from either the Waterford facility in New York or from Germany. As presently advised, all of the batch sheets that could be located have been produced.

Very truly yours,

Ed Bannon

Edmond R. Bannon

ERB/lyn

30612034.doc