UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RES DEVELOPMENT CORPORATION,

        Plaintiff,

v.                                          Case No. 5:09-cv-491-Oc-10GRJ

MOMENTIVE PERFORMANCE MATERIALS, INC.,

        Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Motion to Compel Discovery (Doc. No. 74). The motion is due to be DENIED WITHOUT PREJUDICE for failing to comply with Local Rule 3.01(g). If Plaintiff elects to file an amended motion it should include a certificate by counsel that he conferred with the Defendant's lawyer in a good faith effort to resolve the issues raised by the motion before the motion was filed.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on October 3, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
    All Counsel