# EXHIBIT A




# Material Safety Data Sheet

Version: 1.3
08/28/2007

## FSL7210 090-Pail Kit (90.0Lbs-40.86 Kg)
## Fluorosilicone Rubber Compound

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Manufactured By:** **Waterford Plant**
**260 Hudson River Rd**
**Waterford NY 12188**

**Revised:** 08/28/2007
**Preparer:** PRODUCT STEWARDSHIP COMPLIANCE AND STANDARDS
**CHEMTREC** 1-800-424-9300

**Chemical Family/Use:** Silicone Rubber
**Formula:** Mixture

**HMIS**
Flammability: 1 Reactivity: 1 Health: 0

**NFPA**
Flammability: 1 Reactivity: 1 Health: 1

## 2. HAZARDS IDENTIFICATION

**EMERGENCY OVERVIEW**
CAUTION! May cause eye irritation. May be harmful if swallowed. Adverse liver and reproductive effects reported in animals. Product generates flammable gas on contact with acids, bases or oxidizing substances. Attention: Not for injection into humans. May generate formaldehyde at temperatures greater than 150 C (300 F). See Section 10 of MSDS for details.

Form: Solid Color: red Odor: Slight

**POTENTIAL HEALTH EFFECTS**

**INGESTION**
May be harmful if swallowed.

**SKIN**
None known.

**INHALATION**
None known.

**EYES**
May cause mild eye irritation.

**MEDICAL CONDITIONS AGGRAVATED**
None known.

**SUBCHRONIC (TARGET ORGAN )**
Liver; Reproductive hazard.





**Material Safety Data Sheet**

Version: 1.3
08/28/2007

**FSL7210 090-Pail Kit (90.0Lbs-40.86 Kg)**
**Fluorosilicone Rubber Compound**

**CHRONIC EFFECTS / CARCINOGENICITY**

This product or one of its ingredients present at 0.1% or more is NOT listed as a carcinogen or suspected carcinogen by NTP, IARC, or OSHA.

**ROUTES OF EXPOSURE**

Eyes

## 3. COMPOSITION / INFORMATION ON INGREDIENTS

| PRODUCT COMPOSITION | CAS REG NO. | WGT. % |
|---|---|---|
| **A. HAZARDOUS** | | |
| Octamethylcyclotetrasiloxane | 556-67-2 | 1 - 5 % |
| **B. NON-HAZARDOUS** | | |
| Polytrifluoropropylmethylsiloxane | 63148-56-1 | 1 - 5 % |
| QUARTZ | 14808-60-7 | 1 - 5 % |
| Treated Silica | 68937-51-9 | 10 - 30 % |
| Vinylfluorosilicone Copolymer | 68951-98-4 | 60 - 90 % |

## 4. FIRST AID MEASURES

**INGESTION**

Do NOT induce vomiting. If victim is conscious, give 2-4 glasses of water. Never give anything by mouth to an unconscious person. If symptoms persist, call a physician.

**SKIN**

Wash off with soap and water.

**INHALATION**

If inhaled, remove to fresh air. If not breathing give artificial respiration using a barrier device. If breathing is difficult give oxygen. Get medical attention.

**EYES**

In case of contact, immediately flush eyes with plenty of water for at least 15 minutes and get medical attention if irritation persists.

**NOTE TO PHYSICIAN**

None known.




**Material Safety Data Sheet**

Version: 1.3
08/28/2007

**FSL7210 090-Pail Kit (90.0Lbs-40.86 Kg)**
**Fluorosilicone Rubber Compound**

## 5. FIRE-FIGHTING MEASURES

| | |
|---|---|
| **FLASH POINT:** | > 121 °C; 250 °F |
| **METHOD:** | closed cup |
| **IGNITION TEMPERATURE:** | No data available |
| **FLAMMABLE LIMITS IN AIR - LOWER (%):** | Not applicable |
| **FLAMMABLE LIMITS IN AIR - UPPER (%):** | Not applicable |
| **SENSITIVITY TO MECHANICAL IMPACT:** | No |

**SENSITIVITY TO STATIC DISCHARGE**
Sensitivity to static discharge is not expected.

**EXTINGUISHING MEDIA**
All standard extinguishing agents are suitable.

**SPECIAL FIRE FIGHTING PROCEDURES**
Firefighters must wear NIOSH/MSHA approved positive pressureself-contained breathing apparatus with full face mask and fullprotective clothing.

## 6. ACCIDENTAL RELEASE MEASURES

**ACTION TO BE TAKEN IF MATERIAL IS RELEASED OR SPILLED**
Wipe, scrape or soak up in an inert material and put in a container for disposal. Wash walking surfaces with detergent and water to reduce slipping hazard.

## 7. HANDLING AND STORAGE

**PRECAUTIONS TO BE TAKEN IN HANDLING AND STORAGE**
Keep container closed when not in use. Avoid contact with skin and eyes. Keep away from children.

**STORAGE**
Store away from heat, sources of ignition, and incompatibles.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**ENGINEERING CONTROLS**
Showers; Eyewash stations; Exhaust ventilation

**RESPIRATORY PROTECTION**
If exposure limits are exceeded or respiratory irritation is experienced, NIOSH/MSHA approved respiratory protection should be worn. Supplied air respirators may be required for non-routine or



**Material Safety Data Sheet**

Version: 1.3
08/28/2007

**FSL7210 090-Pail Kit (90.0Lbs-40.86 Kg)**
**Fluorosilicone Rubber Compound**

emergency situations. Respiratory protection must be provided in accordance with OSHA regulations (see 29CFR 1910.134).

PROTECTIVE GLOVES
Cloth gloves.

EYE AND FACE PROTECTION
Safety glasses

OTHER PROTECTIVE EQUIPMENT
Wear suitable protective clothing and eye/face protection.

**Exposure Guidelines**

| Component | CAS RN | Source | Value |
|---|---|---|---|

Absence of values indicates none found

PEL - OSHA Permissible Exposure Limit; TLV - ACGIH Threshold Limit Value; TWA - Time Weighted Average

OSHA revoked the Final Rule Limits of January 19, 1989 in response to the 11th Circuit Court of Appeals decision (AFL-CIO v. OSHA) effective June 30, 1993. See 29 CFR 1910.1000 (58 FR 35338).

## 9. PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| BOILING POINT - C & F: | >260 °C; 500 °F |
| VAPOR PRESSURE (20 C) (MM HG): | No data available |
| VAPOR DENSITY (AIR=1): | No data available |
| FREEZING POINT: | No data available |
| MELTING POINT: | No data available |
| PHYSICAL STATE: | Solid |
| ODOR: | Slight |
| COLOR: | red |
| EVAPORATION RATE (BUTYL ACETATE=1): | Unknown |
| SPECIFIC GRAVITY (WATER=1): | ca. 1.3 |
| DENSITY: | ca. 1,300 g/cm3 |
| ACID / ALKALINITY (MEQ/G): | No data available |
| pH: | Not applicable |
| VOLATILE ORGANIC CONTENT (VOL): | No data available |
| SOLUBILITY IN WATER (20 C): | Insoluble |
| SOLUBILITY IN ORGANIC SOLVENT (STATE SOLVENT): | Soluble in toluene |

## 10. STABILITY AND REACTIVITY

STABILITY
Stable




**Material Safety Data Sheet**

Version: 1.3
08/28/2007

**FSL7210 090-Pail Kit (90.0Lbs-40.86 Kg)**
**Fluorosilicone Rubber Compound**

**HAZARDOUS POLYMERIZATION**
Will not occur

**HAZARDOUS THERMAL DECOMPOSITION / COMBUSTION PRODUCTS**
Carbon monoxide; Carbon dioxide ($CO_2$); Formaldehyde; Silicon dioxide.

**INCOMPATIBILITY (MATERIALS TO AVOID)**
Avoid contact with acids, bases, or oxidizing agents.

**CONDITIONS TO AVOID**
Product generates flammable gas on contact with acids, bases or oxidizing substances.

## 11. TOXICOLOGICAL INFORMATION

**ACUTE ORAL**
Remarks: Unknown

**ACUTE DERMAL**
Remarks: Unknown

**ACUTE INHALATION**
Remarks: Unknown

**OTHER**
Octamethylcyclotetrasiloxane Ingestion: Rodents given large doses via oral gavage of octamethylcyclotetrasiloxane (1600 mg/kg day, 14 days) developed increased liver weights relative to unexposed control animals due to hepatocellular hyperplasia (increased number of liver cells which appear normal) as well as hypertrophy (increased cell size). Inhalation: In inhalation studies, laboratory rodents exposed to octamethylcyclotetrasiloxane (300 ppm five days week, 90 days) developed increased liver weights in female animals relative to unexposed control animals. When the exposure was stopped, liver weights returned to normal. Microscopic examination of the liver cells did not show any evidence of pathology. Inhalation studies utililizing laboratory rabbits and guinea pigs showed no effects on liver weights. Inhalation exposures typical of industrial usage (5-10 ppm) showed no toxic effects in rodents. Range finding reproductive studies were conducted (whole body inhalation, 70 days prior to mating, through mating, gestation and lactation) with octamethylcyclotetrasiloxane (D4). Rats were exposed to 70 and 700 ppm. In the 700 ppm group, there was a statistically significant reduction in mean litter size and in implantation sites. No D4 related clinical signs were observed in the pups and no exposure related pathological findings were found. Interim results from a two generation reproductive study in rats exposed to 500 and 700 ppm D4 (whole body inhalation, 70 days prior to mating, through mating, gestation and lactation) resulted in a statistically significant decrease in live mean litter size as well as extended periods of off-spring delivery (dystocia). These results were not observed at the 70 and 300 ppm dosing levels. Preliminary results from an ongoing 24-month combined chronic/oncogenicity study in rats exposed to 10, 30, 150, or 700 ppm D4 showed test-article related effects in the kidney (male and female) and uterus of rats exposed for 12 to 24 months. These effects include increased kidney weight and severity of chronic nephropathy, increased uterine weight, increased incidence of endometrial cell hyperplasia, and an increased incidence of endometrial adenomas. All of these effects are limited to the 700 ppm exposure group. The relevance of these data to humans is unclear. Further studies are ongoing. In developmental toxicity studies, rats and rabbits were exposed to octamethylcyclotetrasiloxane at





concentrations up to 700 ppm and 500 ppm respectively. No teratogenic effects (birth defects) were observed in either study.

**SENSITIZATION**
No data available

**SKIN IRRITATION**
No data available

**EYE IRRITATION**
No data available

**MUTAGENICITY**
Unknown

**OTHER EFFECTS OF OVEREXPOSURE**
This product contains methylpolysiloxanes which can generate formaldehyde at approximately 300 degrees Fahrenheit (150'C) and above, in atmospheres which contain oxygen. Formaldehyde is a skin and respiratory sensitizer, eye and throat irritant, acute toxicant, and potential cancer hazard. A MSDS for formaldehyde is available from Momentive., Trifluoropropionaldehyde (TFPA) vapors may evolve from product used in open systems at temperatures above 300 F/149 C. Use in a well ventilated area. No exposure limit has been established; consult an industrial hygienist or your supervisor. Comments: Animal oral feeding studies have shown TFPA is highly toxic. Acute LD50 for rats is approximately 25 mg/kg body weight. Animal inhalation studies have shown TFPA is highly toxic. Acute LC50 for rats is 23 ppm. The relationship of this information to vapor exposure has not been determined., This product contains less than 1% of fluoropropylmethylcyclo-trisiloxane (TFPMCT). Momentive has set a recommended occupational exposure limit (OEL) of 1 ppb for this material based on the results of animal feeding studies in which adverse liver, heart, skeletal muscle, and reproductive effects were seen. The significance of these effects to humans is unclear at this time. Information regarding these previously unknown potential adverse effects has been reported to the U.S. EPA under the provisions of TSCA Section 8(e). A MSDS for TFPMCT is available from Momentive.

## 12. ECOLOGICAL INFORMATION

**ECOTOXICITY**

No data available

**DISTRIBUTION**
No data available
**CHEMICAL FATE**
No data available



**Material Safety Data Sheet**

Version: 1.3
08/28/2007

# FSL7210 090-Pail Kit (90.0Lbs-40.86 Kg) Fluorosilicone Rubber Compound

## 13. DISPOSAL CONSIDERATIONS

**DISPOSAL METHOD**
Disposal should be made in accordance with federal, state and local regulations.

## 14. TRANSPORT INFORMATION

**Further Information:** This product is not regarded as dangerous goods according to the national and international regulations on the transport of dangerous goods.This product is not regarded as dangerous goods according to the national and international regulations on the transport of dangerous goods.

## 15. REGULATORY INFORMATION

### Inventories

| | | |
|---|---|---|
| Korea Existing Chemicals Inventory (KECI) | y (Positive listing) | |
| China Inventory of Existing Chemical Substances | y (Positive listing) | |
| Australia Inventory of Chemical Substances (AICS) | y (Positive listing) | |
| Philippines Inventory of Chemicals and Chemical Substances (PICCS) | y (Positive listing) | |
| TSCA list | y (Positive listing) | On TSCA Inventory |
| EU list of existing chemical substances | y (Positive listing) | |
| Canada DSL Inventory | y (Positive listing) | |
| Canada NDSL Inventory | n (Negative listing) | |
| Japan Inventory of Existing & New Chemical Substances (ENCS) | n (Negative listing) | |

For inventories that are marked as quantity restricted or special cases, please contact Momentive.

### US Regulatory Information

**CERCLA**
Reportable quantity: 7,692,307.692308 lbs

| PRODUCT COMPOSITION | Chemical | CERCLA Reportable Quantity |
|---|---|---|

**SARA (311,312) HAZARD CLASS**
Acute Health Hazard; Chronic Health Hazard



**Material Safety Data Sheet**

Version: 1.3
08/28/2007

**FSL7210 090-Pail Kit (90.0Lbs-40.86 Kg)**
**Fluorosilicone Rubber Compound**

**SARA (313) CHEMICALS**

## Canadian Regulatory Information

**WHMIS HAZARD CLASS**
D2A VERY TOXIC MATERIALS

## Other

**SCHDLE B/HTSUS:** 3910.00.0000 Silicones in primary forms

**ECCN:** EAR99

**CALIFORNIA PROPOSITION 65**
Warning! This product contains a chemical known to the State of California to cause cancer, birth defects or other reproductive harm.
71-43-2, Benzene. 108-88-3, Toluene.

## 16. OTHER INFORMATION

**OTHER**
These data are offered in good faith as typical values and not as product specifications. No warranty, either expressed or implied, is made. The recommended industrial hygiene and safe handling procedures are believed to be generally applicable. However, each user should review these recommendations in the specific context of the intended use and determine whether they are appropriate., C = ceiling limit NEGL = negligible EST = estimated NF = none found NA = not applicable UNKN = unknown NE = none established REC = recommended ND = none determined V = recommended by vendor SKN = skin TS = trade secret R = recommended MST = mist NT = not tested STEL = short term exposure limit ppm = parts per million ppb = parts per billion By-product= reaction by-product, TSCA inventory status not required under 40 CFR part 720.30(h-2).