# EXHIBIT C

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER

Product No. FSL-7208  
Issue No. 2

AUG 3 1983

Two Part Fluorosilicone  
Molding Compound  
Date: August 2, 1983

Description

A two part fluorosilicone molding compound for electrical connector inserts. The compound has a low mixed viscosity (1.2-2.5MM cps) which is suitable for pumping. This material is used primarily with injection molding equipment. Cured compounds provide good hot tear strength and resistance to tension set. ITT-Cannon is the principal user of this material.

This is a <u>platinum catalyzed</u> composition, and as such, the compound and all of the components -- of the formulation -- must be prepared under a nitrogen atmosphere. <u>Inert gas is not suitable</u>; it may contain trace amounts of carbon monoxide - a known poison for platinum. Contact of the compound -- and quite possibly the components -- with said gas might adversely affect the performance of this material.

Product Responsibility          RFP Product Service Section

Process Responsibility          FRS Manufacturing Engineering

Release Responsibility          FRS Quality Control

_____ 8/2/83  
Manager-R&F Product Services

Distribution

R. C. Atwood        D. J. Lussier  
P. A. Blanc         N. J. Reo  
G. R. Browning      M. P. Scarbel (2)  
R. B. Bush          QA  
E. R. Evans         Legal  
M. L. Evans         Library  
J. A. Luciano (2)   Medical Center (Sec. 7)



EVANS  
EXHIBIT NO. 10  
11/2/10  
K. SCHMIEDER

Confidential - Attorneys' Eyes Only

M000091

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 2

COMPOSITION, TESTS AND SPECIFICATIONS

Product No. FSL-7208                    Two Part Fluorosilicone
Issue No. 2                             Molding Compound
                                        Date: August 2, 1983

## COMPOSITION

### Base

|                                                      |                |       | A     | B     |
|------------------------------------------------------|----------------|-------|-------|-------|
| Material                                             | Specification  | Parts |       |       |
| Vinyl terminated, 28m% fluoro silicone PDMS copolymer | GE88676        | 100   | 66.99 | 66.13 |
| Silazane treated Cab-O-Sil MS-7                       | GE88318        | 16    | 10.72 | 10.58 |
| Silazane treated Zeothix 95                           | GE88625        | 21.0  | 14.07 | 13.89 |
| Minusil, 10 micron                                    | WERMI 6230     | 5.0   | 3.35  | 3.31  |
| 1/2M & 1/2Vi Terminated fluorosilicone copolymer fluid | GE88610       | 4.0   | 2.68  | 2.64  |
| Fluorosilicone Process Aid                            | (GE88629*)     | 3.1   | 2.08  | 2.05  |

* May substitute with suitable batch of 88658 at same level.   149.1   100

### PART A

| Base                |            | 100 (149.1)        |
|---------------------|------------|--------------------|
| Platinum Catalyst **| GE88034    | 0.056 (0.084) - <.001 |
| Diallylmaleate      | WERMI 6861 | 0.060 (0.090) <.001 |

** Platinum level 3.3%, adjust quantity for batch concentration difference.

### PART B

| Base               |            | 100 (149.1)         |
|--------------------|------------|---------------------|
| Hydride Crosslinker| GE88104    | 1.4 (2.1) — 1.39   |
| MAPICO TAN 20      | WERMI 06032| 0.0018 (0.0027) <0.002 |
| White Masterbatch  | WERMI 06542| 0.0087 (0.0130) <0.01 |

Confidential - Attorneys' Eyes Only                                                         M000092

GENERAL ELECTRIC COMPANY
SILICONE PRODUCTS BUSINESS DIVISION
PROCESS LETTER - Section 2
COMPOSITION, TESTS AND SPECIFICATIONS (Continued)

Product No. FSL-7208             Two Part Fluorosilicone
Issue No. 2                      Molding Compound
                                 Date: August 2, 1983

PRODUCT TESTS & SPECIFICATIONS

| Test No. | Property | Value |
|---|---|---|
| S-4 | Cured sheets: Add equal amounts of FSE-7208A & B. Press cure 5'/340°F and Post Bake 4 Hours/400°F | |
| E-2 | Appearance | Part A - pale white<br>Part B - Pink |
| E-3 | Shore A, Hardness | 45 ± 5 |
| E-1 | Tensile Strength, psi | 600 min |
| E-1 | Elongation, % | 350 min |
| E-19 | Tear Strength, ppi | 80 min |
| P-11 | Compression set, 22 hrs/350°F(177°C) | 27 max. |
| P-15 | Specific Gravity, 77°F (25°C) | 1.27 ± 0.03 |
| E-73 | Shrinkage | 0.045 ± 0.005 |
| U-11A | Bashore | 32 min. |
| | Viscosity: Equal amounts of A&B, Brookfield HBF #7 Spindle, 10 RPM, 2 min reading, 77°F(25°C) | Record* |
| | Viscosity after 4 days, Brookfield HBF #7 Spinkle 10 RPM, 2 min reading, 77°F (25°C). | Record* |
| C-526 | Monsanto Rheometer cure @ 400°F (177°C), Model No. 100, 3°ARC, T-90 at 2" on 12" motor. | 0.5-1.5min* |

*Expected values (record); spec values will be established after a batch history has been established.

_R. C. Atwood 7/18/83_
Process Engineer

_E. Robert Evans_
Process Chemist

_Gene R Browning 7/26/83_
Manager-Quality Control

_M. Ozkeson 8/2/83_
Manager-R&F Product Services Section

_R. C. Atwood 7/18/83_
Manager-PS & Mfg. Engr.

_M. Ozkeson 8/2/83_
Manager-R&P Development Section

Confidential - Attorneys' Eyes Only                                    M000093

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 3

PROPERTIES OF INPUTS AND PRODUCTS

Product No. FSL-7208  
Issue No. 2

Two Part Fluorosilicone  
Molding Compound  
Date: August 2, 1983

| Material | Specification | Mol. Wgt. | B.p. | Density/SPG |
|---|---|---|---|---|
| Vinyl Terminated 28m% poly-methyl-3,3,3-trifluoro-propylsiloxane polydimethyl-siloxane copolymer | GE88676 | $\overline{M}_w$= 55M | – | 1.119–1.131 |
| Silazane Treated Cab-O-Sil MS-7 | GE88318 | – | – | 0.20 –0.25* |
| Silazane Treated Zeothix 95 | GE88625 | – | – | 0.160–0.165* |
| Minusil, 10 Micron | WERMI 6230 | – | – | – |
| 1/2M&1/2VI terminated fluoro-silicone copolymer fluid | GE88610 | $\overline{M}_w$=5–8M | – | 1.155–1.182 |
| Fluorosilicone Process Aid | GE88629 | 486 | – | 1.29 –1.33 |
| Platinum Catalyst | GE88034 | – | – | 1.0175 |
| Diallylmaleate | WERMI 6861 | 196 | 260° | 1.077 |
| Hydride Source | GE88104 | – | – | 1.19 –1.21 |
| MAPICO TAN 20 | WERMI 06032 | – | – | 4.4 |
| WHITE MASTERBATCH | WERMI 06542 | | | |

* Bulk density values

Introduction

A two part 28m% fluorosilicone containing molding compound which is used for the manufacture of electrical connector inserts. This compound displays good processability, good hot tear strength, and resistance to both compression and tension set. The compound when mixed should provide an initial viscosity of 1-2MM cps, and a working shelf life of 10 days at 77°F (25°C).

Equipment

A stainless steel (SS316) doughmixer (DMX) which is capable of being thoroughly cleaned, and which can be heated to 180°C (Max.). The DMX must be maintained under a <u>nitrogen</u> atmosphere during the cook and mixing cycle.

Confidential - Attorneys' Eyes Only

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 3

PROPERTIES OF INPUTS AND PRODUCTS   (Continued)

Product No.  FSL-7208                     Two Part Fluorosilicone
Issue No. 2                               Molding Compound
                                          Date:  August 2, 1983

Prep ration of Equipment

The vessel must be thoroughly cleaned prior to compounding. A toluene or acetone rinse (followed by toluene) may be necessary to remove impurities which may be detrimental to the final compound.

BASE

Process

To a clean vessel charge all the 88766 then add the 10 micron Minusil. Complete the compounding of the base accordingly.

- Add the 88318 in three equal additions - mixing well between each increment to insure massing. Blade scraping may be required.

- Add the 88625 in three equal additions - mixing well between additions.

- Mix the batch for one hour, scrape walls and blades of mixer if necessary.

- Add the 88610, and when dispersed, heat batch to 120-135°C under nitrogen purge for 2 hours.

- Cool down mixture to 50°C then add the 88629, after the material is thoroughly dispersed, cool batch temperature down to less than 50°C and drop the batch.

- Filter batch thru 75 micron spiral wound filter.

PART A

To a clean and dry vessel add the base material then add the 88034; mix thoroughly for 30 minutes.

- Add the diallylmaleate and mix thoroughly for 30 minutes then cool to less than 50°C.

- Drop the A portion out, package, and label.

Confidential - Attorneys' Eyes Only                                                    M000095

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 3

PROPERTIES OF INPUTS AND PRODUCTS   (Continued)

Product No.  FSL-7208                             Two Part Fluorosilicone
Issue No. 2                                       Molding Compound
                                                  Date:  August 2, 1983

PART B

To a clean and dry vessel charge the base material.

- ° Cool the batch to less than 40°C and add the hydride crosslinker -- 88104 -- the Mapico tan 20 plus the white masterbatch, and mix thoroughly for 30 minutes to one hour while cooling.

- ° Drop the batch, package and label part B.

_R. C. Atwood 7/18/83_                            _E. Robert Evans_
Process Engineer                                  Chemist

Confidential - Attorneys' Eyes Only                                                M000096

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 4

FLOW SHEET

Product No. FSL-7208  
Issue No. 2

Two Part Fluorosilicone  
Molding Compound  
Date: August 2, 1983



_R. C. Atwood_ 7/18/83  
Process Engineer

_E. Robert Evans_  
Chemist

Confidential - Attorneys' Eyes Only                                                                                                    M000097

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER – Section 5

Product No.  FSL-7208                      Two Part Fluorosilicone  
Issue No. 2                              Molding Compound  
                                                 Date: August 2, 1983

Experimental Process Letter, Issue No. 1, M. Matsumota, dtd 13 Nov 1980.

*E. Robert Evans*  
Chemist

Confidential – Attorneys' Eyes Only                                                        M000098

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 6

Product No. FSL-7208  Two Part Fluorosilicone Molding
Issue No. 2  Compound
Date: August 2, 1983

PATENT STATUS

To the best of my knowledge, the subject Process Letter and the product derived therefrom (circle appropriate response):

1. Does/does not     contain patented subject matter as found in U. S. Patent _____.

2. (Does)/does not     contain subject matter contained in an application for U. S. Patent (i.e. patent pending).

3. (Is)/is not     the subject of an SPBD patent disclosure letter (60 SI- 449).

I understand that in order to avoid statutory penalties for the mismarking of products under 35 U.S.C. 292, Division Patent Counsel shall be notified of all changes to the subject Process Letter.

_____
Process Development Chemist

_____
Manager-RFPD Product Service

Confidential - Attorneys' Eyes Only

M000099

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 7

MATERIALS HANDLING AND SAFETY

Product No.  FSL-7208         Two Part Fluorosilicone Molding
Issue No. 2                   Compound
                              Date: August 2, 1983

### 28m% Polymethyl-3,3,3- Trifluoropropylsiloxy Polydimethylsiloxane Copolymer, 88676

This copolymer should be handled with care. The physiological properties are unknown; but the material is suspected of having biological activity. Until information is available concerning its character, avoid all topical contact and the inhalation of any hot vapors. If contact is made with the skin, emulsify the material with a liquid detergent then rinse with copious amounts of water. All contaminated clothing should be discarded.

### 1/2M & 1/2Vi Terminated, 50m% Polymethyl-3,3,3-trifluoropropylsiloxy polydimethylsiloxane copolymer, 88610

A copolymer plasticizer fluid which is suspected of having biological and/or physiological activity. Avoid ingestion or topical contact; if contact is made, first emulsify with liquid detergent then rinse with copious amounts of water.

### Silazane treated MS-7 Fumed Silica, 88318

The filler is considered to be non-hazardous, however, inhalation of large quantities of airborne particles (dust) should be avoided. A face mask should be worn when adding material from containers to DMX to reduce the tendency for respiratory irritation.

### Silazane treated Zeothix 95, 88625

The filler is considered to be non-hazardous, however, it can be somewhat dusty when dealing with bulk quantities. A face mask should be worn when loading DMX to reduce the tendency for respiratory irritation.

### Diallylmaleate, WERMI 6861

An inhibitor for platinum which should be stored in a sealed container at temperatures below 80°F. The material is moderately toxic and has an acute oral LD50 of 1040 mg/Kg in rats; the acute dermal LD50 is 500 mg/Kg for rabbits which is toxic. The material causes both eye and skin irritation; care should also be taken to avoid inhalation of the fumes (b.p. = 260°C). In the event of eye or skin contact, flush with water for at least 15 minutes then seek help from a physician. In the event of a spill, absorb on inert material, e.g., floor dry, sawdust, or sand for incineration (98-7091-30) with vapor scrubbers.

Confidential - Attorneys' Eyes Only                                                M000100

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 7

MATERIALS HANDLING & SAFETY   (Continued)

Product No. FSL 7208                           Two-Part Fluorosilicone
Issue No. 2                                    Molding Compound
                                               Date: August 2, 1983

Hydride Crosslinker, 88104

A low viscosity fluid which is flammable, but non toxic. A reactive material which must be kept away from open flames and caustic solutions. Scrap material or cleaned up spills should be disposed of in accordance with 22-7035-30.

Fluorosilicone Hydrolyzate, 88629

A mixture of cyclics and linear silanol species, the toxicity of which is presently unknown. The material should be considered to be potentially hazardous, and care must be taken to avoid topical contact. The material should be first emulsified with a liquid detergent then rinsed thoroughly with water. All contaminated clothing should be discarded.

Platinum Catalyst, 88034

Alcoholic reaction product of chloroplatinic acid with 2-ethylhexanoic acid. The catalyst is considered to be non-hazardous, but flammable. Care should be taken to insure against contact with open flames.

Mapico Tan-20, WERMI 06032

A synthetic iron oxide (magnesium ferrite) which is a dark tan powder. It is a stable material with no unusual explosion hazards. Exposure to excessive dusting should be avoided since it may irritate the eyes. It is classed as a non-toxic pigment.

White Masterbatch, WERMI 06542

A non-hazardous mixture of titanium dioxide dispersed in silicone oil. The paste can cause eye irritation if direct contact is made with the eyes.

_____
Product Chemist

Confidential - Attorneys' Eyes Only                                                     M000101

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 8

ENVIRONMENTAL IMPACT

Product No. FSL-7208  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date: August 2, 1983

The effect of the individual parts or the final compound upon the environment is thought to be minimal. The compound does not have an appreciable vapor pressure, is insoluble in water, and has sufficient green strength to resist flow. Cleanup of spills can be facilitated thru the use of floordri or sand to absorb the somewhat sticky mess. All residues should be disposed of in accordance with the folllowing code P-7251-30.

_____  _____ 7/18/83
Process Chemist                    Process Engineer

0795h  
6/16/83

Confidential - Attorneys' Eyes Only                                               M000102