# EXHIBIT D

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   2                   MANUFACTURING INSTRUCTION              DATE   03/23/98
                             GENERAL INSTRUCTIONS

GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    HC561         ******************************    CC    3810
                       *       PRODUCTION SYSTEM     *   BLDG  42
                       ******************************

OPERATOR    STEP
INITIALS    NUMBER                          (5)              707580

            1   DATE COMPOUNDED  _____    FSL7210AD
                                                   NO. 5 DMX
                MANUF. ORDER NO. _____    BATCH NO. HC561
```

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH, TANK, OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT: POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| 88766 | PART I POLYMER | HC 341 | | 3-20 | 1185# | 1185 | RR |
| 06230 | 10 MICRON MINUSIL | HB 033 | | RTV | 78# | 78 | nn |
| 88964 | D4 & HMDZ TR. FILLER | | Dmx | 43 | 315# | 315 | RR |
| 88625 | ZEOTHIX 95 TR. FILLER | | Dmx | 43 | 268# | 268 | RR |
| 88766 | PART II POLYMER | GM627 GG625 GF625 | | 32C 32C | 202 170 23 | 202 170 23 | WH |
| 88610 | FLUORO. PLASTICIZER | GG 150 | | DMX | 110# | 110# | WH |
| 88629 | FLUORO. HYDROLYZATE | HC 859 | | DMX | 24# | 24# | WH |
| 88482X | METHYL TETRAMER | HA 915 | | | 24# | 24# | WH |
| *88034 | PLATINUM CATALYST | GN 194 | RTV ~~FREEZER~~ DMX Seck | | 598 GMS | 598 | AH |
| | | | | | 2400# | | TOTAL |

* 88034 CALCULATION ON NEXT PAGE. (PAGE 2)

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007625

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    3               MANUFACTURING INSTRUCTION          DATE    03/23/98
                           GENERAL INSTRUCTIONS

GRADE    FSL7210AD                   EQUIP DMXR5
BATCH    HC561       *******************************      CC    3810
                     *       PRODUCTION SYSTEM       *     BLDG  42
                     *******************************

OPERATOR    STEP
INITIALS    NUMBER

CONTINUED      1
```

| OUTPUT | | | CONTAINERS | | | |
|---|---|---|---|---|---|---|
| MATERIAL | POUNDS | | CODE | NO. OF NEW | CONT. USED | DESCRIPTION |
| FSL7210AD | 2277 | | 55G9 | | 6 | 55 GAL OT DRUMS |
| | | | 09M3 | 6 | | ACCORDIAN LINERS |

**88034 CALCULATION** (ST'D= 20 PPM @ 3.8 PT)

O   MUST KNOW THE %PT IN THE 88034 (SPEC.= 3.4% TO 4.0% PT)

O   TYPICAL CHARGE: 544 TO 640 GRAMS.

$\dfrac{2179}{3.6450 \text{ \%PT}}$ = _598_ GMS. 88034 TO CHARGE.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
     GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   4                 MANUFACTURING INSTRUCTION              DATE   03/23/98
                            GENERAL INSTRUCTIONS

GRADE    FSL7210AD                EQUIP DMXR5
BATCH    HC561       ******************************************   CC    3810
                    *              PRODUCTION SYSTEM           *   BLDG  42
                     ******************************************

OPERATOR     STEP
INITIALS     NUMBER

   CONTINUED    1  GENERAL
```

1. FSL7210A IS THE BASE COMPOUND OF A TWO PART MOLDING COMPOUND WHICH IS USED FOR THE MANUFACTURE OF ELECTRICAL CONNECTOR INSERTS.

2. BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT, YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION.

3. INITIAL EACH STEP AS IT IS COMPLETED ON THE INSTRUCTIONS.

4. WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN SELECTING CORRECT MIXER BLADE SPEED.

**SAFETY INSTRUCTIONS**

1. OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE RUNNING THIS EQUIPMENT.

2. BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS; PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS.

3. WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC CHARGE AND SPARKS.

4. THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE AT 15 SCFM AT ALL TIMES.

5. USE DUST RESPIRATOR WHEN CHARGING FILLERS.

6. ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE DISCUSSED WITH THE C.O. AND RESOLVED BEFORE PROCEEDING.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007627

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE   5                    MANUFACTURING INSTRUCTION            DATE    03/23/98
                                 GENERAL INSTRUCTIONS

   GRADE    FSL7210AD                     EQUIP DMXR5
   BATCH    HC561         **********************************     CC    3810
                          *           PRODUCTION SYSTEM     *     BLDG  42
                          **********************************
   OPERATOR   STEP
   INITIALS   NUMBER
```

CONTINUED      1    **MATERIAL HANDLING & SAFETY OBSERVATIONS**

**88766 - VINYL STOPPED FLUOROSILICONE POLYMER**

THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION ONLY.

**WERMI 06230 - 10 MICRON MINUSIL**

THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK MUST BE USED WHEN HANDLING THIS MATERIAL.

**88964 - TETRAMER & HMDZ TREATED FUMED SILICA**

FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN IRRITATING DUST IF INHALED.

**88625 - ZEOTHIX 95 TREATED PRECIPITATED SILICA**

A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A DUST MASK WHILE HANDLING.

**88610 - FLUOROSILICONE PLASTICIZER**

THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN 200F. POSSIBLE HAZARD BY INGESTION ONLY.

CONFIDENTIAL - ATTORNEYS' EYES ONLY     M007628

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    6              MANUFACTURING INSTRUCTION            DATE    03/23/98
                           GENERAL INSTRUCTIONS

GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    HC561         ******************************************  CC    3810
                       *           PRODUCTION SYSTEM             *  BLDG  42
                       ******************************************

OPERATOR    STEP
INITIALS    NUMBER

CONTINUED      1   88629/FF7149 - FLUOROSILICONE HYDROLYZATE
```

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

**88482/SF1173 - METHYL TETRAMER**

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF IRRITATION PERSISTS.

**88034 - PLATINUM CATALYST**

DARK BROWN TO BLACK LIQUID, SLIGHT HCL SMELL, ALSO OCTANOL ODOR. COMBUSTIBLE. NO HAZARD FROM HANDLING IS ANTICIPATED.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007629

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE    7                 MANUFACTURING INSTRUCTION           DATE    03/23/98
                                 GENERAL INSTRUCTIONS

    GRADE    FSL7210AD                  EQUIP DMXR5
    BATCH    HC561        ******************************    CC    3810
                          *       PRODUCTION SYSTEM     *    BLDG  42
                          ******************************
    OPERATOR    STEP
    INITIALS    NUMBER

       CONTINUED    1              MANUAL INPUT WEIGHING FORM
```

DOUGHMXR NO.: _____.

PROD. GRADE: _____.

BATCH NUMBER: _____.

|  | A | B | C | D |
|---|---|---|---|---|
| INPUT MAT'L.: | SE766 | | | |
| LBS. REQUIRED: | 1580 | | | |
| GROSS WEIGHT: | 1749 | | | |
| TARE WEIGHT: | | | | |
| NET WEIGHT: | | | | |
| CORRECTION: (IF REQUIRED) | | | | |

OPERATOR'S SIGNATURE: _____.

CONTROL OPERATOR'S
    (OR)
SUPERVISOR'S SIGNATURE: _____.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
       GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    8              MANUFACTURING INSTRUCTION              DATE    03/23/98
                       SYSTEM PREPARATION INSTRUCTIONS

GRADE    FSL7210AD                 EQUIP DMXR5
BATCH    HC561      ******************************************   CC    3810
                    *          PRODUCTION SYSTEM             *   BLDG  42
                    ******************************************

OPERATOR     STEP
INITIALS     NUMBER

   nn         1   SYSTEM PREPARATION

                  RECORD ON THE INSTRUCTIONS:
                  O  ALL INGREDIENT ADDITIONS.
                  O  MIX TIMES - START AND FINISH.
                  O  ANY DATA SPECIFICALLY REQUESTED.
                  O  INITIAL EACH STEP AS IT IS COMPLETED.

   nn         2   THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY
                  CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER
                  BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A
                  PREVIOUS BATCH OF FSL7210AD IS PERMITTED.

                  A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210AD IS
                  REQUIRED.

                  RECORD: PREVIOUS MATERIAL IN MIXER:  Same         .
                          TYPE OF CLEANOUT PERFORMED: _____.

                  MIXER CLEAN AND READY FOR USE:_____.
                                                 (CONTROL OPERATOR'S INITIALS)

   nn         3   BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE
                  IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE
                  CORRECT.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007631

```
       GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE    9                   MANUFACTURING INSTRUCTION              DATE    03/23/98
                                PROCESS INSTRUCTIONS

     GRADE    FSL7210AD                        EQUIP DMXR5
     BATCH    HC561      **********************************    CC   3810
                         *          PRODUCTION SYSTEM      *    BLDG 42
                         **********************************

  OPERATOR      STEP
  INITIALS     NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| nn | 1 | **POLYMER CHARGING (PART I)**<br>(A) RECORD BATCH START: DATE 3-25-98 TIME 0630<br>(B) APPLY FULL COOLING TO MIXER BOWL AND BLADES. |
| nn | 2 | **CHARGE 88766 (PART I).**<br>RECORD: BATCH 361 POUNDS 1185 |
| nn | 3 | CLOSE MIXER COVER. |
| nn | 4 | SET THE NITROGEN GAS PURGE AT 20 SCFM. |
| nn | 5 | **FILLER ADDITIONS**<br>ADD (06230) 10 MICRON MINUSIL.<br>RECORD: BATCH nm001 POUNDS 78 |
| nn | 6 | MIX BATCH AT LEAST 15 MINUTES AT 18 TO 22 RPM.<br>RECORD: TIME START 0800 FINISH 0815 |
| nn | 7 | ADD 88964 IN THREE (3) ADDITIONS:<br>○ SET MIXER SPEED AT 18 - 22 RPM.<br>○ MIX EACH ADDITION AT LEAST 15 MINUTES OR UNTIL MASSED.<br>○ MAINTAIN FOLLOWING LOG: |

#### 88964 FILLER ADDITION LOG

| ADDITION NUMBER | POUNDS 88964 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 105 | 0830 | 0915 | 18 | 19 | |
| ② | 105 | 0915 | 1015 | 10 | 23 | |
| ③ | 105 | 1030 | 1115 | 10 | 24 | |

RECORD: TOTAL LBS. 88964   315    BATCH NO. _____

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE   10                  MANUFACTURING INSTRUCTION          DATE    03/23/98
                                  PROCESS INSTRUCTIONS

    GRADE      FSL7210AD                    EQUIP DMXR5
    BATCH      HC561        *******************************     CC    3810
                            *       PRODUCTION SYSTEM      *    BLDG  42
                            *******************************

    OPERATOR     STEP
    INITIALS     NUMBER

       mm           8  ADD 88625 IN THREE (3) ADDITIONS.
                       O  MIX EACH ADDITION AT LEAST 20 MINUTES OR UNTIL MASSED
                          AT MAXIMUM SPEED.
                       O  MAINTAIN FOLLOWING LOG:
```

88625 FILLER ADDITION LOG

| ADDITION NUMBER | POUNDS 88625 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 100 | 1130 | 1220 | 8 | 34 | |
| ② | 100 | 1240 | 1320 | 10 | 52 | |
| ③ | 65 | 1340 | 1420 | 10 | 57 | |

RECORD: TOTAL LBS. 88625  268   BATCH NO. _____

```
       nn           9  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
                       SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              M007633

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   11              MANUFACTURING INSTRUCTION              DATE   03/23/98
                         PROCESS INSTRUCTIONS

GRADE    FSL7210AD                EQUIP DMXR5
BATCH    HC561        *****************************************   CC    3810
                      *          PRODUCTION SYSTEM            *   BLDG  42
                      *****************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| *FS* | 10 | **HEAT-UP AND COOK**<br><br>O  SET MIXER AT MAXIMUM SPEED.<br>O  SET THE NITROGEN GAS PURGE AT <u>30 SCFM</u>.<br>O  TURN ON REDUNDANT NITROGEN GAS PURGE.<br>**ALIGN VENT TO ATMOSPHERE, DO NOT USE CONDENSER VENT SYSTEM.** |
| *FS* | 11 | SET THE TEMPERATURE CONTROLLER AT 125C.<br>O  HEAT BATCH TO 120-130C. **DO NOT EXCEED 140C.** |
| *FS* | 12 | COOK BATCH 4 HOURS AT 120-130C.<br>O  RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG: |

**COOK LOG**

| OPERATOR | TIME | MIXER RPM | BATCH TEMP. | N2 FLOW | COMMENTS |
|---|---|---|---|---|---|
| FS | 17:30 | 10 | 120 | 30 | |
| FS | 18:30 | 10 | 126 | 30 | |
| FS | 19:30 | 10 | 127 | 30 | |
| FS | 20:30 | 10 | 128 | 30 | |
| FS | 21:30 | 10 | 128 | 30 | |

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE   12                   MANUFACTURING INSTRUCTION              DATE    03/23/98
                                 PROCESS INSTRUCTIONS

  GRADE     FSL7210AD                        EQUIP DMXR5
  BATCH     HC561     ******************************************    CC    3810
                      *         PRODUCTION SYSTEM              *    BLDG  42
                      ******************************************

  OPERATOR     STEP
  INITIALS     NUMBER
  __FS____
               13  COOLING

                   (A) SET MIXER SPEED 2-3 RPM.
                   (B) APPLY FULL COOLING TO MIXER.

  __WA____     14  WHEN BATCH REACHES 80C., CONTINUE PROCESS.
                   RECORD: TIME BATCH AT 80C. _2345_

  __WA____     15  REDUCE NITROGEN GAS PURGE TO 20 SCFM.
                   O  TURN OFF REDUNDANT NITROGEN GAS PURGE.

  __WA____     16  SCRAPE DOWN

                   STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
                   SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT.

  __WA____     17  POLYMER CHARGING (PART II)

                   CHARGE 88766 (PART II) WHEN BATCH TEMP. IS 80C. OR LESS.
                   RECORD: BATCH _GM632_  POUNDS _395#_
                                 _GG635_
                                 _GF634_
  __WA____     18  SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING.

  __WA____     19  FINAL ADDITIONS

                   ADD 88610 IN TWO (2) ADDITIONS.
                   O  MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED.
                   O  MAINTAIN FOLLOWING LOG:
```

### 88610 ADDITION LOG

| ADDITION NUMBER | POUNDS 88610 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 55 | 0130 | 0205 | 20 | 36.7 | |
| 2 | 55 | 0205 | 0240 | 20 | 38.2 | |

RECORD: TOTAL LBS. 88610  _110#_   BATCH NO. _GG150_

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             M007635

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   13                    MANUFACTURING INSTRUCTION              DATE    03/23/98
                                PROCESS INSTRUCTIONS

GRADE     FSL7210AD                    EQUIP DMXR5
BATCH     HC561      *******************************************   CC    3810
                     *         PRODUCTION SYSTEM              *    BLDG  42
                     *******************************************

OPERATOR      STEP
INITIALS      NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| WH | 20 | COOL BATCH TO 40C. OR LESS.<br>RECORD: BATCH TEMPERATURE  0300 |
| WH | 21 | **ADD 88629**<br>RECORD: BATCH  HC859  POUNDS  24 |
| WH | 22 | **ADD 88482**<br>RECORD: GRADE  88482X  BATCH  HA915  POUNDS  24 |
| WH | 23 | MIX BATCH APPROX. ONE (1) HOUR AT 8-12 RPM.<br>RECORD: TIME START  0315  FINISH  0415 |
| WH | 24 | **IN PROCESS SAMPLING**<br>STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING: |

| TEST  |                  | SPEC.           | RESULT |
|-------|------------------|-----------------|--------|
| A-3   | APPEARANCE       | OK, OFF WHITE   | OK     |
| P-15  | SPECIFIC GRAVITY | 1.27 - 1.33     | 1.278  |
| C-930 | APP. RATE, GMS/MIN | 50 - 150      | 114    |

| Operator Initials | Step | Instruction |
|---|---|---|
| AH | 25 | (A) IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP, **PLATINUM CATALYST ADDITION** SECTION.<br><br>(B) IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O.. |
|  | 26 | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)<br>CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING ANY ADJUSTMENT. LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT IS LIMITED TO 10% OR LESS OF THE INITIAL 06230 CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT CHEMIST OR AREA PRODUCTION ENGINEER. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              M007636

```
       GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE  14                    MANUFACTURING INSTRUCTION           DATE    03/23/98
                                  PROCESS INSTRUCTIONS
   GRADE     FSL7210AD                    EQUIP DMXR5
   BATCH     HC561     *****************************************  CC    3810
                       *           PRODUCTION SYSTEM            *  BLDG  42
                       *****************************************
   OPERATOR    STEP
   INITIALS    NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| A N | 27 | **PLATINUM CATALYST ADDITION**<br>ADD 88034.<br>RECORD: BATCH  6N194   GRAMS  598 gms |
| A H | 28 | MIX BATCH APPROX. 15 MINUTES AT MINIMUM RPM.<br>RECORD: TIME START _____ FINISH _____ |
| A/A | 29 | ADD ALL REWORK SPECIFIED.(OMIT STEP IF NO REWORK)<br>RECORD:    GRADE    BATCH    POUNDS |
| A. H | 30 | FINAL MIX BATCH APPROX. ONE (1) HOUR AT 18-22 RPM.<br>RECORD: TIME START  0845   FINISH  0945 |
| A N | 31 | **IN PROCESS SAMPLING**<br>STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING: |

| TEST | SPEC. | RESULT |
|---|---|---|
| A-3    APPEARANCE | OK, OFF WHITE | OK |
| C-1258 PLATINUM, PPM | 17 - 25 | 21 |

| Operator Initials | Step | Instruction |
|---|---|---|
| pc | 32 | ) IF ALL TEST RESULTS ARE IN SPEC, GO TO **DROP** SECTION.<br>(B) IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O.. |
|  | 33 | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)<br>CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT INSTRUCTION. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007637

```
              GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE   15                  MANUFACTURING INSTRUCTION              DATE   03/23/98
                                 PROCESS INSTRUCTIONS

    GRADE     FSL7210AD                    EQUIP DMXR5
    BATCH     HC561        ****************************************   CC    3810
                           *         PRODUCTION SYSTEM            *   BLDG  42
                           ****************************************

    OPERATOR     STEP
    INITIALS     NUMBER
```

| Operator Initials | Step |  |
|---|---|---|
| _FF_ | 34 | **DROP** |
| | | WHEN BATCH IS IN SPEC., DROP TO (55G9) 55 GAL CHIMED DRUMS WITH (09M3) ACCORDIAN LINERS. |
| | | O  APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM: ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE DRUM ON SIDE OPPOSITE SEAM. |
| | | O  CLOSE REGULAR AND REDUNDANT NITROGEN GAS FLOW. |
| _FF_ | 35 | SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL. |
| _FF_ | 36 | WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS. |
| | | RECORD: (A) TOTAL NET WEIGHT ON PAGE 2. |
| | | (B) APPLY PALLET TAG TO EACH PALLET; INCLUDE PALLET NET WEIGHT. |
| | | (C) **BATCH COMPLETE:** DATE _____ TIME _____ |

LAST UPDATE: 10/28/91

CONFIDENTIAL - ATTORNEYS' EYES ONLY