# EXHIBIT E

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   2                MANUFACTURING INSTRUCTION              DATE   03/18/98
                           GENERAL INSTRUCTIONS

GRADE     FSL7210BD                 EQUIP DMXR3
BATCH     HC561        ******************************    CC    3810
                       *   PRODUCTION SYSTEM        *    BLDG  42
                       ******************************
                                                                    3/23
OPERATOR   STEP                                                     1000
INITIALS   NUMBER                  ③           707581               425

   Alt       1 DATE COMPOUNDED _____       FSL7210BD
                                             NO. 3 DMX
                MANUF. ORDER NO. _____     BATCH NO. HC561
```

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH, TANK, OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT: POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| 88766 | PART I POLYMER | HC 631 | | PH | 1125# | 1125 | Alt |
| 88656 | RED MASTERBATCH | GC 047 | 1-5-C | | 52# | | |
| 06230 | 10 MICRON MINUSIL | HA 033 Cot 031 | | | 76# | 50 26 | AH |
| 88964 | D4 & HMDZ TR. FILLER | | | TF HOPPER #1 | 305# | 305 | Alt |
| 88625 | ZEOTHIX 95 TR. FILLER | GN 031 | | | 260# | 206 | AH |
| 88766 | PART II POLYMER | HC 631 | | PH | 400# | 400 | LgH |
| 88610 | FLUORO. PLASTICIZER | GG 150 | | DMX | 92# | 92# | LgH |
| ~~PP71491~~ 88629 | FLUORO. HYDROLYZATE | HC 859 | | DMX | 23# | 23# | LgH |
| 06435 | STAN MAG 112 | GC 048 | | DMX Sccly ~~25A~~ | 4# | 4 | LgH |
| ~~SF1173~~ 88452 | TETRAMER | HA 915 | | | 23# | 23# | LgH |
| 06861 | DIALLYL MALEATE | DH001 | | DMX | 970GMS | 970gm | LgH |
| *88104 | HYDRIDE | HA 399 | | | 40# | 40# | LgH |
| | | | | | 2400# | 2351 | TOTAL |

1181

352 + 39 = 533

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   M007669

* 88104 CALCULATION ON NEXT PAGE.(PAGE 2)

Case 5:09-cv-00491-TJC-TBS  Document 94-5  Filed 12/27/11  Page 3 of 17 PageID 1501

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007670

```
              GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
     PAGE    3                  MANUFACTURING INSTRUCTION              DATE    03/18/98
                                   GENERAL INSTRUCTIONS

     GRADE    FSL7210BD                        EQUIP DMXR3
     BATCH    HC561       *********************************   CC    3810
                          *        PRODUCTION SYSTEM       *   BLDG  42
                          *********************************
     OPERATOR    STEP
     INITIALS    NUMBER

          CONTINUED      1
```

| OUTPUT | | | CONTAINERS | | | |
|---|---|---|---|---|---|---|
| MATERIAL | POUNDS | | CODE | NO. OF CONT. NEW | USED | DESCRIPTION |
| FSL7210BD | | | 55G9 | | | 55 GAL OT DRUMS |
| | | | 09M3 | | | ACCORDIAN LINERS |

### 88104 CALCULATION (ST'D.= 0.90 H2)

O   MUST KNOW THE %H2 IN THE 88104 (SPEC.= 0.80% TO 1.2% H2)

O   TYPICAL CHARGE: 28 TO 43 LBS.

$$\frac{34}{0.84 \text{ \%H2}} = \underline{40} \text{ LBS. 88104 TO CHARGE.}$$

```
              GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
     PAGE    4                      MANUFACTURING INSTRUCTION                DATE    03/18/98
                                      GENERAL INSTRUCTIONS

     GRADE    FSL7210BD                     EQUIP DMXR3
     BATCH    HC561         *******************************************  CC    3810
                            *              PRODUCTION SYSTEM           *  BLDG  42
                            *******************************************
     OPERATOR    STEP
     INITIALS    NUMBER

        CONTINUED        1  GENERAL
```

1.  FSL7210B IS THE CROSSLINKING AGENT OF A TWO PART MOLDING COMPOUND WHICH IS USED FOR THE MANUFACTURE OF ELECTRICAL CONNECTOR INSERTS.

2.  BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT, YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION.

3.  INITIAL EACH STEP AS IT IS COMPLETED ON THE INSTRUCTIONS, SLASH, IF INCMPLETE.

4.  WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN SELECTING CORRECT MIXER BLADE SPEED.

**SAFETY INSTRUCTIONS**

1.  OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE RUNNING THIS EQUIPMENT.

2.  BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS; PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS.

3.  WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC CHARGE AND SPARKS.

4.  THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE SET AT A MINIMUM FOR THE OPERATION OF THE MIXER.

5.  USE DUST RESPIRATOR WHEN CHARGING FILLERS.

6.  ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE DISCUSSED WITH THE C.O. AND RESOLVED BEFORE PROCEEDING.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    M007672

```
      GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   5                   MANUFACTURING INSTRUCTION          DATE    03/18/98
                              GENERAL INSTRUCTIONS

GRADE     FSL7210BD                   EQUIP DMXR3
BATCH     HC561         *******************************   CC    3810
                        *      PRODUCTION SYSTEM      *   BLDG  42
                        *******************************
OPERATOR      STEP
INITIALS      NUMBER

CONTINUED        1  MATERIAL HANDLING & SAFETY OBSERVATIONS
```

### 88766 - VINYL STOPPED FLUOROSILICONE POLYMER

THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION ONLY.

### 88656 - RED MASTERBATCH

THIS IS A VINYL STOPPED FLUOROSILICONE POLYSILOXANE CONTAINING INERT PIGMENTS. GREASE LIKE CONSISTENCY. POSSIBLE HAZARD BY INGESTION ONLY.

### WERMI 06230 - 10 MICRON MINUSIL

THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK MUST BE USED WHEN HANDLING THIS MATERIAL.

### 88964 - TETRAMER & HMDZ TREATED FUMED SILICA

FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN IRRITATING DUST IF INHALED.

### 88625 - ZEOTHIX 95 TREATED PRECIPITATED SILICA

A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A DUST MASK WHILE HANDLING.

### 88610 - FLUOROSILICONE PLASTICIZER

THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN 200F. POSSIBLE HAZARD BY INGESTION ONLY.

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    6                      MANUFACTURING INSTRUCTION            DATE    03/18/98
                                 GENERAL INSTRUCTIONS

GRADE     FSL7210BD                    EQUIP DMXR3
BATCH     HC561        ******************************************  CC    3810
                       *            PRODUCTION SYSTEM            *  BLDG  42
                       ******************************************
OPERATOR    STEP
INITIALS    NUMBER
```

CONTINUED   1   **FF7149/88629 - FLUOROSILICONE HYDROLYZATE**

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

**WERMI 06435 - STAN MAG 112**

A RELATIVELY INACTIVE FORM OF MAGNESIUM DIOXIDE. INHALATION CAN CAUSE NASAL IRRITATION; WEAR A DUST MASK. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, FLUSH WITH WATER FOR 15 MINUTES.

**SF1173/88482 - METHYL TETRAMER**

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF IRRITATION PERSISTS.

**WERMI 06861 - DIALLYL MALEATE**

THIS IS TOXIC BY INGESTION, SKIN PENETRATION, AND INHALATION; THEREFORE, GREAT CARE MUST BE TAKEN WHEN HANDLING THIS PRODUCT] WEAR RUBBER GLOVES, RUBBER APRON, FACE SHIELD, AND NON-VENTED GOGGLES. DAM (06861) HAS A SPECIFIC GRAVITY OF 1.073 AND IS NOT VERY VOLATILE, BUT CARE SHOULD BE TAKEN TO AVOID BREATHING VAPORS. IN THE EVENT OF SKIN OR EYE CONTACT, THE AFFECTED AREA SHOULD BE FLUSHED WITH COLD WATER FOR 15 MINUTES. IF SPLASHED ON CLOTHES, REMOVE AND WASH BEFORE REUSE AS DAM (06861) IS CONSIDERED TOXIC BY SKIN PENETRATION. CONTACT THE MEDICAL CENTER IN THE EVENT OF ANY ABNORMAL OR ACCIDENTAL EXPOSURE.

**88104 - RESIN HYDRIDE**

A CLEAR, COLORLESS, LOW VISCOSITY LIQUID. MAY HAVE A SLIGHT SULFUROUS ODOR. THIS IS A HYDRIDE FLUID AND CARE SHOULD BE TAKEN TO AVOID CONTACT WITH STRONG ACIDS OR BASES SINCE HYDROGEN GAS CAN BE GENERATED.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         M007674

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE    7                MANUFACTURING INSTRUCTION              DATE    03/18/98
                              GENERAL INSTRUCTIONS

  GRADE    FSL7210BD                 EQUIP DMXR3
  BATCH    HC561        ************************************    CC    3810
                        *         PRODUCTION SYSTEM        *    BLDG  42
                        ************************************
  OPERATOR     STEP
  INITIALS     NUMBER

      CONTINUED      1
                                    MANUAL GUM WEIGHING FORM


                 DOUGHMXR NO.: _____.

                 PROD. GRADE:  _____.

                 BATCH NUMBER: _____.


                                         A          B          C          D

                 INPUT MAT'L.:  88766   _____    _____    _____    _____

                 LBS. REQUIRED: 1525    _____    _____    _____    _____

                 GROSS WEIGHT:  1741    _____    _____    _____    _____

                 TARE WEIGHT:   _____  _____    _____    _____    _____

                 NET WEIGHT:    _____  _____    _____    _____    _____

                 CORRECTION:
                 (IF REQUIRED)  _____  _____    _____    _____    _____



                 OPERATOR'S SIGNATURE:      _____.


                 CONTROL OPERATOR'S
                      (OR)
                 SUPERVISOR'S SIGNATURE:    _____.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007675

```
                GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
       PAGE    8                  MANUFACTURING INSTRUCTION                   DATE    03/18/98
                                SYSTEM PREPARATION INSTRUCTIONS

       GRADE   FSL7210BD                    EQUIP DMXR3
       BATCH   HC561       ******************************************   CC    3810
                           *          PRODUCTION SYSTEM             *   BLDG  42
                           ******************************************
       OPERATOR     STEP
       INITIALS   NUMBER
```

___AH___  1 **SYSTEM PREPARATION**

RECORD ON THE INSTRUCTIONS:
O ALL INGREDIENT ADDITIONS.
O MIX TIMES - START AND FINISH.
O ANY DATA SPECIFICALLY REQUESTED.
O INITIAL EACH STEP COMPLETED, SLASH, IF INCOMPLETE.

___AH___  2 THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A PREVIOUS BATCH OF FSL7210BD IS PERMITTED.

A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210BD IS REQUIRED.

RECORD: PREVIOUS MATERIAL IN MIXER: _966DD_ .
TYPE OF CLEANOUT PERFORMED: _S/O_ .

MIXER CLEAN AND READY FOR USE: _____ .
(CONTROL OPERATOR'S INITIALS)

___AH___  3 BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE CORRECT.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    9                   MANUFACTURING INSTRUCTION             DATE    03/18/98
                              PROCESS INSTRUCTIONS

GRADE    FSL7210BD                    EQUIP DMXR3
BATCH    HC561        ********************************     CC    3810
                      *       PRODUCTION SYSTEM       *    BLDG  42
                      ********************************

OPERATOR     STEP
INITIALS     NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| Alt | 1 | **POLYMER CHARGING (PART I).**<br>(A) **RECORD BATCH START:** DATE 3/19  TIME 23:00<br>(B) APPLY FULL COOLING TO MIXER BOWL AND BLADES. |
| Alt | 2 | **CHARGE 88766 (PART I).**<br>RECORD: BATCH HC631  POUNDS 1125 |
| Alt | 3 | CLOSE MIXER COVER. |
| Alt | 4 | SET THE NITROGEN PURGE TO MINIMUM FOR MIXER USED. |
| Alt | 5 | **FILLER ADDITIONS**<br>ADD (06230) 10 MICRON MINUSIL.<br>RECORD: BATCH HA035/1037  POUNDS 76 |
| Alt | 6 | MIX BATCH AT LEAST 15 MINUTES AT 18-22 RPM.<br>RECORD: TIME START _____ FINISH _____ |
| Alt | 7 | ADD 88964 IN THREE (3) ADDITIONS:<br>O  MIXER SPEED 8-12 RPM, OR LOWER TO AVOID FILLER LOSS.<br>O  MIX EACH ADDITION AT LEAST 15 MIN., OR UNTIL MASSED.<br>O  MAINTAIN FOLLOWING LOG: |

### 88964 FILLER ADDITION LOG

| ADDITION NUMBER | POUNDS 88964 | START | FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 100 | 0045 | 0115 | 8 | 13 | |
| 2 | 100 | 0130 | 0145 | 8 | 16 | |
| 3 | 105 | 0200 | 0215 | 8 | 14 | |

RECORD: TOTAL LBS. 88964  305   BATCH NO. _____

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              M007677

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE  10                    MANUFACTURING INSTRUCTION             DATE    03/18/98
                                  PROCESS INSTRUCTIONS
    GRADE    FSL7210BD                         EQUIP DMXR3
    BATCH    HC561        ***************************************   CC   3810
                          *           PRODUCTION SYSTEM          *   BLDG 42
                          ***************************************
    OPERATOR     STEP
    INITIALS     NUMBER
```

__A l N__   8  ADD 88625 IN THREE (3) ADDITIONS.
     O  MIX EACH ADDITION AT LEAST 20 MINUTES, AT A SPEED THAT WILL AVOID EXCESSIVE FILLER LOSS.
     O  MAINTAIN FOLLOWING LOG:

88625 FILLER ADDITION LOG

| ADDITION NUMBER | POUNDS 88625 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 85 | 0230 | 0245 | 2 | 15 | |
| 2 | 85 | 0315 | 0330 | 2 | 15 | |
| 3 | 90 | 0400 | 0415 | 2 | 16 | |

RECORD: TOTAL LBS. 88625 __260__   BATCH NO. __6N031__

__A N__   9  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007678

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE   11              MANUFACTURING INSTRUCTION              DATE    03/18/98
                              PROCESS INSTRUCTIONS

    GRADE    FSL7210BD                  EQUIP DMXR3
    BATCH    HC561       *********************************       CC   3810
                         *       PRODUCTION SYSTEM        *       BLDG 42
                         *********************************

    OPERATOR    STEP
    INITIALS    NUMBER
```

__AK__       10 **HEAT-UP AND COOK**

            O   SET MIXER AT MAXIMUM SPEED.
            O   SET THE NITROGEN GAS PURGE AT <u>30 SCFM</u>.
            O   TURN ON REDUNDANT NITROGEN GAS <u>PURGE</u>.

__AK__       11 SET THE TEMPERATURE CONTROLLER AT 125C.
            O   HEAT BATCH TO 120-130C. **DO NOT EXCEED 140C.**

__FS__       12 COOK BATCH 4 HOURS AT 120-130C.
            O   RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG:

### COOK LOG

| OPERATOR | TIME | MIXER RPM | BATCH TEMP. | N2FLOW RATE | COMMENTS |
|---|---|---|---|---|---|
| FS | 11:00 | 10 | 120 | 30 | |
| FS | 12:00 | 10 | 122 | 30 | |
| FS | 13:00 | 10 | 124 | 30 | |
| FS | 14:00 | 10 | 124 | 30 | |
| FS | 15:00 | 10 | 125 | 30 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
            GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE    12                       MANUFACTURING INSTRUCTION                DATE    03/18/98
                                     PROCESS INSTRUCTIONS
  GRADE   FSL7210BD                      EQUIP DMXR3
  BATCH   HC561        ******************************************    CC    3810
                       *               PRODUCTION SYSTEM         *    BLDG  42
                       ******************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| PS | 13 | **COOLING**<br>(A) SET MIXER SPEED AT A MINIMUM.<br>(B) APPLY FULL COOLING TO MIXER. |
| WA | 14 | WHEN BATCH REACHES 80C. OR LESS, CONTINUE PROCESS.<br>RECORD: TIME BATCH AT 80C. **1700** |
| WA | 15 | REDUCE NITROGEN GAS PURGE TO 20 SCFM.<br>O  TURN OFF REDUNDANT NITROGEN GAS PURGE. |
| WA | 16 | **SCRAPE DOWN**<br>STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT. |
| WA | 17 | **POLYMER CHARGING (PART II)**<br>**CHARGE 88766 (PART II)** WHEN BATCH TEMP. IS 80C. OR LESS.<br>RECORD: BATCH **400#** POUNDS **HC 631** |
| WA | 18 | SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING. |
| WA | 19 | **FINAL ADDITIONS**<br>ADD 88610 IN TWO (2) ADDITIONS.<br>O  MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED.<br>O  MAINTAIN FOLLOWING LOG: |

88610 ADDITION LOG

| ADDITION NUMBER | POUNDS 88610 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 46# | 1845 | 1915 | 10 | 36 | |
| 2 | 46# | 1915 | 1945 | 10 | 34 | |

RECORD: TOTAL LBS. 88610 **92#**   BATCH NO. **GG150**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007680

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE   13                  MANUFACTURING INSTRUCTION                DATE    03/18/98
                                  PROCESS INSTRUCTIONS

   GRADE     FSL7210BD                    EQUIP DMXR3
   BATCH     HC561       *******************************************   CC    3810
                         *              PRODUCTION SYSTEM          *   BLDG  42
                         *******************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| W/A | 20 | COOL BATCH TO 40C. OR LESS. |
| W/A | 21 | ADD FF7149/88629. RECORD: GRADE 88629 BATCH HC859 POUNDS 23# |
| W/A | 22 | ADD (06435) STAN MAG. RECORD: LOT NO. GC 048 POUNDS 4# |
| W/A | 23 | ADD 88656 RED MASTERBATCH. RECORD: BATCH GC-047 POUNDS 52# |
| W/A | 24 | ADD ~~SF1173~~/88482 WITH MIXER AT 8-12 RPM. RECORD: GRADE 88482 BATCH HA915 POUNDS 23# |
| W/A | 25 | MIX BATCH AT LEAST ONE (1) HOUR AT 8-12 RPM. RECORD: TIME START 2030 FINISH 2130 |
| W/A | 26 | **IN PROCESS SAMPLING** |

STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL
FOR **ALL** OF THE FOLLOWING: WAIT FOR RESULTS.

| TEST | | SPEC. | RESULT |
|---|---|---|---|
| A-3 | APPEARANCE | OK, REDDISH/BROWN | OK |
| P-15 | SPECIFIC GRAVITY | 1.27 - 1.33 | 1.281 |
| C-930 | APP. RATE, GMS/MIN | 50 - 150 | 111 |

W/A  27 (A) IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP,
             **(06861) DAM AND 88104 ADDITIONS** SECTION.

        (B) IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE
            C.O..

W/A  28 **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
         CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING
         A ADJUSTMENT.
         LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT OF 06230
         IS LIMITED TO 10% OR LESS OF THE INITIAL CHARGE. DO NOT
         ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT
         CHEMIST OR PRODUCTION ENGINEER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            M007681

```
       GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   14                    MANUFACTURING INSTRUCTION              DATE   03/18/98
                                PROCESS INSTRUCTIONS

GRADE     FSL7210BD                         EQUIP DMXR3
BATCH     HC561       *******************************************   CC    3810
                      *          PRODUCTION SYSTEM              *   BLDG  42
                      *******************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| *[initials]* | 29 | **(06861) DAM AND 88104 ADDITIONS.** |
| *[initials]* | | SEE **MATERIAL HANDLING & SAFETY OBSERVATIONS** SECTION BEFORE CHARGING (06861) DIALLYL MALEATE. |
| | 30 | OBTAIN DIALLYL MALEATE IMMEDIATELY PRIOR TO CHARGING. |
| | | O  (06861) DAM MUST BE COOLER STORED AND RETURNED TO COOLER IMMEDIATELY AFTER USE. |
| | | O  IF (06861) DAM APPEARS HAZY, SYRUPY, OR SEMI-SOLID, DO NOT USE. |
| *[initials]* | 31 | **CHARGE (06861) DIALLYL MALEATE.** RECORD: BATCH _DH 001_ GRAMS _970 gms_ |
| *[initials]* | 32 | MIX BATCH AT LEAST 15 MINUTES AT 5-6 RPM. RECORD: TIME START _2245_ FINISH _2300_ |
| *[initials]* | 33 | **ADD 88104.** RECORD: BATCH _HA 599_ POUNDS _40#_ |
| *W/A   [initials]* | 34 | ADD ALL REWORK SPECIFIED. (OMIT STEP IF NO REWORK) RECORD:    GRADE         BATCH         POUNDS |
| | | _____    _____    _____ |
| | | _____    _____    _____ |
| | | _____    _____    _____ |
| *[initials]/[initials]* | 35 | FINAL MIX BATCH AT LEAST 1 HOUR AT MAXIMUM RPM. RECORD: TIME START _2305_ FINISH _0004_ |

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE   15                    MANUFACTURING INSTRUCTION           DATE    03/18/98
                                   PROCESS INSTRUCTIONS
   GRADE      FSL7210BD                   EQUIP DMXR3
   BATCH      HC561       ************************************   CC    3810
                          *          PRODUCTION SYSTEM        *   BLDG  42
                          ************************************
   OPERATOR     STEP
   INITIALS    NUMBER
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| *JB/* (signed) | 36 | **IN PROCESS SAMPLING** |

STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING:

| TEST | | SPEC. | RESULT |
|---|---|---|---|
| A-3 | APPEARANCE | OK, REDDISH/BROWN | OK |
| C-1229 | HYDRIDE, PPM | 128 - 148 | 170 |

SAMPLE ON PINT TO 42 SEL QUALITY CONTROL FOR **ALL** OF THE FOLLOWING:

| TEST | | SPEC. | RESULT |
|---|---|---|---|
| C-1097 | T-90 | 15 - 51 | 42 |
| | MAX TORQUE IN SECONDS | 55 - 80 | ~~--~~ 68 |
| E-3 | SHORE A | 37 - 46 | 43 |

| | | |
|---|---|---|
| *JB* (signed) | 37 | (A) IF ALL TEST RESULTS ARE IN SPEC, GO TO **DROP** SECTION. |
| | | (B) IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O.. |
| ― | 38 | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED) CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT INSTRUCTION. |

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  16                  MANUFACTURING INSTRUCTION                DATE   03/18/98
                            PROCESS INSTRUCTIONS
```

| GRADE | FSL7210BD | EQUIP DMXR3 | | |
|---|---|---|---|---|
| BATCH | HC561 | ****************************************** | CC | 3810 |
| | | * PRODUCTION SYSTEM * | BLDG | 42 |
| | | ****************************************** | | |

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| *B-R* | 39 | **DROP** |

　　　　WHEN BATCH IS IN SPEC., DROP TO (55G9) RECYCLE DRUMS
　　　　WITH (09M3) ACCORDIAN LINERS.

　　　　O   APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM:
　　　　　　ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE
　　　　　　DRUM ON SIDE OPPOSITE SEAM.

　　　　O   CLOSE REDUNDANT GAS, LOWER MAIN PURGE TO MINIMUM.

*B-R*　　40 SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL.

*B-R*　　41 WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.

　　　　RECORD: (A) TOTAL NET WEIGHT ON PAGE 2.

　　　　　　　　(B) APPLY PALLET TAG TO EACH PALLET; INCLUDE
　　　　　　　　　　PALLET NET WEIGHT.

　　　　　　　　(C) **BATCH COMPLETE:** DATE *3-21-98* TIME *10:30*

　　　　LAST UPDATE: 10/28/91

CONFIDENTIAL - ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　M007684