# EXHIBIT F

GENERAL ELECTRIC CLASS III — TRADE SECRET AND CONFIDENTIAL INFORMATION

PAGE    2                    MANUFACTURING INSTRUCTION              DATE    11/20/98
                              GENERAL INSTRUCTIONS

GRADE    FSL7210AD                      EQUIP DMXR5
BATCH    HM563     ******************************************    CC    3810
                   *              PRODUCTION SYSTEM         *    BLDG  42
                   ******************************************

OPERATOR    STEP
INITIALS    NUMBER                                      840 164

_____    1  DATE COMPOUNDED   11/22/98   5    FSL7210AD
                                                      NO. 5 DMX
                    MANUF. ORDER NO.                  BATCH NO. HM5163

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH, TANK, OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT: POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| 88766 | PART I POLYMER | HC 633 | | 43 | 1185# | 1185 | RL |
| 06230 | 10 MICRON MINUSIL | HJ 035 | | | 78# | 78 | RL |
| 88964 | D4 & HMDZ TR. FILLER | HM 894 | TIF | | 315# | 315 | VR |
| 88625 | ZEOTHIX 95 TR. FILLER | HM 034 | T.K | | 268# | 268# | TC |
| 88766 | PART II POLYMER | HD 634 | 43 | | 395# | 395 | FF |
| 88610 | FLUORO. PLASTICIZER | HH 157 | | | 110# | 110 | FF |
| 88629 | FLUOPO. HYDROLYZATE | HK 902 | | | 24# | 24 | JB |
| 88482X | METHYL TETRAMER | HK 918 | | | 24# | 24 | JB |
| *88034 | PLATINUM CATALYST | GW 194 | DMY cab | | 598 GMS | 598 GMS | JB |
| | | | | | 2400# | 2195 | TOTAL |

* 88034 CALCULATION ON NEXT PAGE.(PAGE 2)

996

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
```
PAGE   3                MANUFACTURING INSTRUCTION           DATE    11/20/98
                          GENERAL INSTRUCTIONS
```

```
GRADE    FSL7210AD              EQUIP DMXR5
BATCH    HM563     *****************************************  CC    3810
                   *           PRODUCTION SYSTEM          *   BLDG  42
                   *****************************************
```

```
OPERATOR   STEP
INITIALS   NUMBER

    CONTINUED    1
```

| OUTPUT | | | CONTAINERS | | | |
|--------|--|--|------------|--|--|--|
| MATERIAL | POUNDS | | CODE | NO. OF NEW | CONT. USED | DESCRIPTION |
| FSL7210AD | | | 55G9 | | | 55 GAL OT DRUMS |
| | | | 09M3 | | | ACCORDIAN LINERS |

### 88034 CALCULATION (ST'D= 20 PPM @ 3.8 PT)

O   MUST KNOW THE %PT IN THE 88034 (SPEC.= 3.4% TO 4.0% PT)

O   TYPICAL CHARGE: 544 TO 640 GRAMS.

$$\frac{2179}{3.6450\ \%PT} = \underline{598}\ \ \text{GMS. 88034 TO CHARGE.}$$

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GENERAL ELECTRIC CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   4                    MANUFACTURING INSTRUCTION            DATE    11/20/98
                            GENERAL INSTRUCTIONS

```
GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    HM563     *****************************************  CC   3810
                   *            PRODUCTION SYSTEM          *  BLDG  42
                   *****************************************
```

OPERATOR     STEP
INITIALS    NUMBER

CONTINUED    1  **GENERAL**

1.  FSL7210A IS THE BASE COMPOUND OF A TWO PART MOLDING
    COMPOUND WHICH IS USED FOR THE MANUFACTURE OF
    ELECTRICAL CONNECTOR INSERTS.

2.  BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT,
    YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION.

3.  INITIAL EACH STEP AS IT IS COMPLETED ON THE
    INSTRUCTIONS.

4.  WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH
    TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN
    SELECTING CORRECT MIXER BLADE SPEED.

**SAFETY INSTRUCTIONS**

1.  OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE
    RUNNING THIS EQUIPMENT.

2.  BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS;
    PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN
    EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS.

3.  WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER
    WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC
    CHARGE AND SPARKS.

4.  THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE
    AT 15 SCFM AT ALL TIMES.

5.  USE DUST RESPIRATOR WHEN CHARGING FILLERS.

6.  ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE
    DISCUSSED WITH THE C.O. AND RESOLVED BEFORE
    PROCEEDING.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007657

GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   5                    MANUFACTURING INSTRUCTION            DATE    11/20/98
                              GENERAL INSTRUCTIONS

GRADE    FSL7210AD                        EQUIP DMXR5
BATCH    HM563        *****************************************    CC   3810
                      *               PRODUCTION SYSTEM        *    BLDG  42
                      *****************************************

OPERATOR    STEP
INITIALS    NUMBER

CONTINUED        1   **MATERIAL HANDLING & SAFETY OBSERVATIONS**

                     **88766 – VINYL STOPPED FLUOROSILICONE POLYMER**

                     THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO
                     DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH
                     POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION
                     ONLY.

                     **WERMI 06230 – 10 MICRON MINUSIL**

                     THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE
                     SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK
                     MUST BE USED WHEN HANDLING THIS MATERIAL.

                     **88964 – TETRAMER & HMDZ TREATED FUMED SILICA**

                     FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS
                     RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED
                     ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN
                     IRRITATING DUST IF INHALED.

                     **88625 – ZEOTHIX 95 TREATED PRECIPITATED SILICA**

                     A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A
                     SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A
                     DUST MASK WHILE HANDLING.

                     **88610 – FLUOROSILICONE PLASTICIZER**

                     THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A
                     SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN
                     200F. POSSIBLE HAZARD BY INGESTION ONLY.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007658

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| PAGE | 6 | MANUFACTURING INSTRUCTION | DATE | 11/20/98 |
| | | GENERAL INSTRUCTIONS | | |

| | | | | |
|---|---|---|---|---|
| GRADE | FSL7210AD | EQUIP DMXR5 | | |
| BATCH | HM563 | ****************************************** | CC | 3810 |
| | | *              PRODUCTION SYSTEM              * | BLDG | 42 |
| | | ****************************************** | | |

OPERATOR    STEP
INITIALS    NUMBER

CONTINUED        1   **88629/FF7149 - FLUOROSILICONE HYDROLYZATE**

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH
SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED
CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL
ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

**88482/SF1173 - METHYL TETRAMER**

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN,
WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE
FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF
IRRITATION PERSISTS.

**88034 - PLATINUM CATALYST**

DARK BROWN TO BLACK LIQUID, SLIGHT HCL SMELL, ALSO OCTANOL
ODOR. COMBUSTIBLE. NO HAZARD FROM HANDLING IS ANTICIPATED.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   7                    MANUFACTURING INSTRUCTION            DATE    11/20/98
                            GENERAL INSTRUCTIONS

GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    HM563         ****************************************   CC    3810
                       *              PRODUCTION SYSTEM        *   BLDG  42
                       ****************************************

OPERATOR    STEP
INITIALS    NUMBER

   CONTINUED    1              **MANUAL INPUT WEIGHING FORM**


                  DOUGHMXR NO.:  _____.

                  PROD. GRADE:   _____.

                  BATCH NUMBER:  _____.


                                     A       B       C       D

                  INPUT MAT'L.:  _____   ____   ____   ____   ____

                  LBS. REQUIRED: _____   ____   ____   ____   ____

                  GROSS WEIGHT:  _____   ____   ____   ____   ____

                  TARE WEIGHT:   _____   ____   ____   ____   ____

                  NET WEIGHT:    _____   ____   ____   ____   ____

                  CORRECTION:    _____   ____   ____   ____   ____
                  (IF REQUIRED)


                  **OPERATOR'S SIGNATURE:**        _____.


                  **CONTROL OPERATOR'S**
                       **(OR)**
                  **SUPERVISOR'S SIGNATURE:**      _____.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          M007660

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   8                MANUFACTURING INSTRUCTION          DATE    11/20/98
                     SYSTEM PREPARATION INSTRUCTIONS

GRADE    FSL7210AD              EQUIP DMXR5
BATCH    HM563     ***************************************  CC   3810
                   *         PRODUCTION SYSTEM          *   BLDG 42
                   ***************************************
```

OPERATOR   STEP
INITIALS   NUMBER

1 **SYSTEM PREPARATION**

   RECORD ON THE INSTRUCTIONS:
   O  ALL INGREDIENT ADDITIONS.
   O  MIX TIMES - START AND FINISH.
   O  ANY DATA SPECIFICALLY REQUESTED.
   O  INITIAL EACH STEP AS IT IS COMPLETED.

2 THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY
   CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER
   BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A
   PREVIOUS BATCH OF FSL7210AD IS PERMITTED.

   A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210AD IS
   REQUIRED.

   RECORD: PREVIOUS MATERIAL IN MIXER: _____.
           TYPE OF CLEANOUT PERFORMED: _____.

   MIXER CLEAN AND READY FOR USE: _____.
                                 (CONTROL OPERATOR'S INITIALS)

3 BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE
   IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE
   CORRECT.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              M007661

GENERAL ELECTRIC CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION

PAGE   9                    MANUFACTURING INSTRUCTION          DATE   11/20/98
                             PROCESS INSTRUCTIONS

GRADE   FSL7210AD                    EQUIP DMXR5
BATCH   HM563          ****************************************   CC   3810
                       *              PRODUCTION SYSTEM        *   BLDG  42
                       ****************************************

OPERATOR     STEP
INITIALS     NUMBER                        ⑤

_RLr_____   1 **POLYMER CHARGING (PART I)**

              (A) RECORD BATCH START: DATE _11-20-98_ TIME _____

_RLr_____   (B) APPLY FULL COOLING TO MIXER BOWL AND BLADES.

_RLr_____   2 **CHARGE 88766 (PART I).**
                RECORD: BATCH _HC633_ POUNDS _1185_

_RLr_____   3 CLOSE MIXER COVER.

_RLr_____   4 SET THE NITROGEN GAS PURGE AT 20 SCFM.

              5 **FILLER ADDITIONS**

_RLr_____   **ADD (06230) 10 MICRON MINUSIL.**
                RECORD: BATCH _HJ035_ POUNDS _78_

              6 MIX BATCH AT LEAST 15 MINUTES AT 18 TO 22 RPM.
                RECORD: TIME START _1800_ FINISH _1830_

_N/R_____   7 ADD 88964 IN THREE (3) ADDITIONS:
                O  SET MIXER SPEED AT 18 – 22 RPM.
                O  MIX EACH ADDITION AT LEAST 15 MINUTES OR UNTIL MASSED.
                O  MAINTAIN FOLLOWING LOG:

                                                        NOTE! GO VERY SLOW
                                                        ( Adding Filler )

                         **88964 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88964 | –TIME– START | FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 115 | 1830 | 1900 | 30 | 38 | |
| 2 | 100 | 1930 | 2000 | 10 | 41 | |
| 3 | 100 | 2020 | 2050 | 10 | 43 | |

RECORD: TOTAL LBS. 88964 _315_  BATCH NO. _HM894_

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    M007662

GENERAL ELECTRIC CLASS III ~ TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  10                    MANUFACTURING INSTRUCTION            DATE    11/20/98
                              PROCESS INSTRUCTIONS

GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    HM563          ****************************************  CC    3810
                        *          PRODUCTION SYSTEM          *   BLDG  42
                        ****************************************

OPERATOR     STEP
INITIALS   NUMBER

_____TC_____      8  ADD 88625 IN THREE (3) ADDITIONS.
                        O  MIX EACH ADDITION AT LEAST 20 MINUTES OR UNTIL MASSED
                           AT MAXIMUM SPEED.
                        O  MAINTAIN FOLLOWING LOG:

                              88625 FILLER ADDITION LOG

| ADDITION NUMBER | POUNDS 88625 | -TIME- START | FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|-----------------|--------------|--------------|--------|-----------|-------------|----------|
| 1               | 90#          | 02:00        | 02:45  | 10        | 20          |          |
| 2               | 90#          | 03:00        | 04:00  | 10        | 20          |          |
| 3               | 88#          | 04:30        | 05:30  | 10        | 23          |          |

268# TOTAL

RECORD: TOTAL LBS. 88625  268#  BATCH NO. HM034



9  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
   SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007663

```
GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  11              MANUFACTURING INSTRUCTION         DATE    11/20/98
                        PROCESS INSTRUCTIONS

GRADE    FSL7210AD                  EQUIP DMXR5
BATCH    HM563       **********************************   CC    3810
                     *            PRODUCTION SYSTEM     *  BLDG  42
                     **********************************

OPERATOR    STEP
INITIALS    NUMBER
```

_____  10 **HEAT-UP AND COOK**

   O  SET MIXER AT MAXIMUM SPEED.
   O  SET THE NITROGEN GAS PURGE AT 30 SCFM.
   O  TURN ON REDUNDANT NITROGEN GAS PURGE.
   **ALIGN VENT TO ATMOSPHERE, DO NOT USE CONDENSER VENT**
      **SYSTEM.**

_____  11 SET THE TEMPERATURE CONTROLLER AT 125C.
   O  HEAT BATCH TO 120-130C. **DO NOT EXCEED 140C.**

_____  12 COOK BATCH 4 HOURS AT 120-130C.
   O  RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG:

### COOK LOG

| OPERATOR | TIME | MIXER RPM | BATCH TEMP. | N2 FLOW | COMMENTS |
|----------|------|-----------|-------------|---------|----------|
| NR | 2200 | 10 | 120 | 30 | |
| RT | 2300 | | 121 | | |
| RT | 0000 | | 120 | | |
| RT | 0100 | | 122 | | |
| RT | 0200 | | 123 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GENERAL ELECTRIC CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  12                 MANUFACTURING INSTRUCTION            DATE     11/20/98
                         PROCESS INSTRUCTIONS

GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    HM563        *****************************************   CC    3810
                      *             PRODUCTION SYSTEM         *   BLDG  42
                      *****************************************

OPERATOR    STEP
INITIALS    NUMBER

_Rt_____      13  **COOLING**

                  (A) SET MIXER SPEED 2-3 RPM.
                  (B) APPLY FULL COOLING TO MIXER.

___EF___      14  WHEN BATCH REACHES 80C., CONTINUE PROCESS.
                  RECORD: TIME BATCH AT 80C.  _0430_

___EF___      15  REDUCE NITROGEN GAS PURGE TO 20 SCFM.
                  O  TURN OFF REDUNDANT NITROGEN GAS PURGE.

___EF___      16  **SCRAPE DOWN**

                  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
                  SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT.

___EF___      17  **POLYMER CHARGING (PART II)**

                  CHARGE 88766 (PART II) WHEN BATCH TEMP. IS 80C. OR LESS.
                  RECORD: BATCH _HD634_  POUNDS  _395_

___EF___      18  SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING.

___EF___      19  **FINAL ADDITIONS**

                  ADD 88610 IN TWO (2) ADDITIONS.
                  O  MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED.
                  O  MAINTAIN FOLLOWING LOG:

                           **88610 ADDITION LOG**

| ADDITION NUMBER | POUNDS 88610 | -TIME- START | -TIME- FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 55 | 0515 | 0545 | MAX | 55 | |
| ② | 55 | 0600 | 0630 | MAX | 50 | |

          RECORD: TOTAL LBS. 88610  _110_  BATCH NO. _HH157_

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   13                    MANUFACTURING INSTRUCTION                DATE     11/20/98
                              PROCESS INSTRUCTIONS

```
GRADE    FSL7210AD              EQUIP DMXR5
BATCH    HM563      *********************************      CC    3810
                    *         PRODUCTION SYSTEM       *    BLDG  42
                    *********************************
```

```
OPERATOR     STEP
INITIALS     NUMBER
```

*[initials]*  20 COOL BATCH TO 40C. OR LESS.
                 RECORD: BATCH TEMPERATURE _38_

*[initials]*  21 **ADD 88629**
                 RECORD: BATCH _HK902_ POUNDS _24_   ON DECK

*[initials]*  22 **ADD 88482**
                 RECORD: GRADE _24_  BATCH _HK918_ POUNDS _24_ ""

*[initials]*  23 MIX BATCH APPROX. ONE (1) HOUR AT 8-12 RPM.
                 RECORD: TIME START _0800_   FINISH _0900_

*[initials]*  24 **IN PROCESS SAMPLING**

                 STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL
                 FOR **ALL** OF THE FOLLOWING:

| TEST  |                | SPEC.          | RESULT |
|-------|----------------|----------------|--------|
| A-3   | APPEARANCE     | OK, OFF WHITE  | O/C    |
| P-15  | SPECIFIC GRAVITY | 1.27 - 1.33  | 1.293  |
| C-930 | APP. RATE, GMS/MIN | 50 - 150   | 77     |

*[initials]*  25 (A)  IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP,
                      **PLATINUM CATALYST ADDITION** SECTION.

                 (B)  IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE
                      C.O..

_____     26 **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
                 CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING ANY
                 ADJUSTMENT. LOW P-15 SHOULD BE ADJUSTED WITH 06230.
                 ADJUSTMENT IS LIMITED TO 10% OR LESS OF THE INITIAL 06230
                 CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY
                 PRODUCT CHEMIST OR AREA PRODUCTION ENGINEER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          M007666

GENERAL ELECTRIC CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  14                MANUFACTURING INSTRUCTION          DATE     11/20/98
                        PROCESS INSTRUCTIONS

GRADE    FSL7210AD              EQUIP DMXR5
BATCH    HM563        *****************************************   CC    3810
                      *         PRODUCTION SYSTEM            *   BLDG  42
                      *****************************************

OPERATOR    STEP
INITIALS    NUMBER

*JB*        27 **PLATINUM CATALYST ADDITION**

               **ADD 88034.**
               RECORD: BATCH *GW 194*  GRAMS *598*

*JB*        28 MIX BATCH APPROX. 15 MINUTES AT MINIMUM RPM.
               RECORD: TIME START *1045*   FINISH *1100*

            29 ADD ALL REWORK SPECIFIED.(OMIT STEP IF NO REWORK)
               RECORD:       GRADE       BATCH       POUNDS

               _____     _____     _____

               _____     _____     _____

               _____     _____     _____

*JB*        30 FINAL MIX BATCH APPROX. ONE (1) HOUR AT 18-22 RPM.
               RECORD: TIME START *1100*   FINISH *1200*

*JB*        31 **IN PROCESS SAMPLING**

               STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL
               FOR **ALL** OF THE FOLLOWING:

| TEST | | SPEC. | RESULT |
|---|---|---|---|
| A-3 | APPEARANCE | OK, OFF WHITE | *OK* |
| C-1258 | PLATINUM, PPM | 17 - 25 | *20* |

            32 )  IF ALL TEST RESULTS ARE IN SPEC, GO TO
                  **DROP** SECTION.

               (B)  IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE
                    C.O..

            33 **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
               CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT
               INSTRUCTION. _____  _____

               _____  _____

               _____  _____

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              M007667

GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION

PAGE  15                    MANUFACTURING INSTRUCTION           DATE    11/20/98
                              PROCESS INSTRUCTIONS

GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    HM563      *****************************************  CC    3810
                    *              PRODUCTION SYSTEM        *  BLDG  42
                    *****************************************

OPERATOR    STEP
INITIALS    NUMBER

*JR. GL*      34  **DROP**

                  WHEN BATCH IS IN SPEC., DROP TO (55G9) 55 GAL CHIMED DRUMS
                  WITH (09M3) ACCORDIAN LINERS.

                  O  APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM:
                     ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE
                     DRUM ON SIDE OPPOSITE SEAM.

                  O  CLOSE REGULAR AND REDUNDANT NITROGEN GAS FLOW.

              35  SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL.

              36  WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.

                  RECORD: (A) TOTAL NET WEIGHT ON PAGE 2.

                          (B) APPLY PALLET TAG TO EACH PALLET; INCLUDE
                              PALLET NET WEIGHT.

                          (C) **BATCH COMPLETE: DATE _____  TIME _____**

                  LAST UPDATE: 10/28/91

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007668