# EXHIBIT G

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    2              MANUFACTURING INSTRUCTION              DATE    11/20/98
                         GENERAL INSTRUCTIONS
```

GRADE   FSL7210BD                    EQUIP DMXR3
BATCH   HM563    ******************************************  CC   3810
                 *              PRODUCTION SYSTEM        *   BLDG  42
                 ******************************************

OPERATOR    STEP
INITIALS    NUMBER                                        840 165

_____  1 DATE COMPOUNDED  11/22/98    FSL7210BD
                                                NO. 3 DMX
                   MANUF. ORDER NO. _____   BATCH NO. H M 5 6 3

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH, TANK, OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT: POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| 88766 | PART I POLYMER | | | 413 | 1125# | 1125# | TC/TN |
| 88656 | RED MASTERBATCH | GC 047 | | DR. | 52# | 52 | FS |
| 06230 | 10 MICRON MINUSIL | HJ 035 | | | 76# | 76# | TC/TN |
| 88964 | D4 & HMDZ TR. FILLER | HM | | | 305# | 305 | WN |
| 88625 | ZEOTFIX 95 TR. FILLER | H.M 034 | | | 260# | 260# | TC |
| 88766 | PART II POLYMER | HC633 | | 43 | 400# | 400 | FS |
| 88610 | FLUORO. PLASTICIZER | HH 157 KC 157 | | | 92# | 92 | FS |
| FP7149 88629 | FLUORO. HYDROLYZATE | HK 902 | | | 23# | 23 | FS |
| 06435 | STAN MAG 112 | GC 048 | | DR | 4# | 4 | FS |
| SF1173 | TETRAMER | HK 918 | | | 23# | 23 | FS |
| 06861 | DIALLYL MALEATE | AH 001 | | cooker | 970GMS | 970 gms. | DA |
| *88104 | HYDRIDE | HD 602 | | | 37 # | 37# | DA |
| | | | | | 2400# | 2310 | TOTAL |

                                              20

      * 88104 CALCULATION ON NEXT PAGE.(PAGE 2)     OUT

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007685

```
         GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   3                MANUFACTURING INSTRUCTION                DATE   11/20/98
                          GENERAL INSTRUCTIONS
```

```
GRADE     FSL7210BD                    EQUIP DMXR3
BATCH     HM563     ***************************************  CC    3810
                    *            PRODUCTION SYSTEM        *  BLDG  42
                    ***************************************
```

OPERATOR     STEP
INITIALS     NUMBER

CONTINUED    1

| OUTPUT | | | CONTAINERS | | | |
|---|---|---|---|---|---|---|
| MATERIAL | POUNDS | | CODE | NO. OF NEW | CONT. USED | DESCRIPTION |
| FSL7210BD | 2310 | | 55G9 | | 6 | 55 GAL OT DRUMS |
| | | | 09M3 | 6 | | ACCORDIAN LINERS |

### 88104 CALCULATION (ST'D.= 0.90 H2)

O   MUST KNOW THE %H2 IN THE 88104 (SPEC.= 0.80% TO 1.2% H2)

O   TYPICAL CHARGE: 28 TO 43 LBS.


   __34__ = __37__ LBS. 88104 TO CHARGE.

   __0.93__ %H2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007686

```
      GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    4                   MANUFACTURING INSTRUCTION              DATE    11/20/98
                              GENERAL INSTRUCTIONS

   GRADE      FSL7210BD                    EQUIP DMXR3
   BATCH      HM563       ***************************************** CC    3810
                         *           PRODUCTION SYSTEM           * BLDG   42
                          *****************************************
OPERATOR    STEP
INITIALS    NUMBER
```

CONTINUED      1 __GENERAL__

    1.    FSL7210B IS THE CROSSLINKING AGENT OF A TWO PART MOLDING COMPOUND WHICH IS USED FOR THE MANUFACTURE OF ELECTRICAL CONNECTOR INSERTS.

    2.    BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT, YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION.

    3.    INITIAL EACH STEP AS IT IS COMPLETED ON THE INSTRUCTIONS, SLASH, IF INCMPLETE.

    4.    WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN SELECTING CORRECT MIXER BLADE SPEED.

__SAFETY INSTRUCTIONS__

    1.    OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE RUNNING THIS EQUIPMENT.

    2.    BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS; PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS.

    3.    WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC CHARGE AND SPARKS.

    4.    THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE SET AT A MINIMUM FOR THE OPERATION OF THE MIXER.

    5.    USE DUST RESPIRATOR WHEN CHARGING FILLERS.

    6.    ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE DISCUSSED WITH THE C.O. AND RESOLVED BEFORE PROCEEDING.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    M007687

```
        GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    5                    MANUFACTURING INSTRUCTION              DATE    11/20/98
                              GENERAL INSTRUCTIONS

   GRADE      FSL7210BD                       EQUIP DMXR3
   BATCH      HM563        ****************************************  CC    3810
                          *            PRODUCTION SYSTEM         *   BLDG  42
                          ****************************************

   OPERATOR     STEP
   INITIALS     NUMBER
```

CONTINUED      1 **MATERIAL HANDLING & SAFETY OBSERVATIONS**

### 88766 - VINYL STOPPED FLUOROSILICONE POLYMER

THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION ONLY.

### 88656 - RED MASTERBATCH

THIS IS A VINYL STOPPED FLUOROSILICONE POLYSILOXANE CONTAINING INERT PIGMENTS. GREASE LIKE CONSISTENCY. POSSIBLE HAZARD BY INGESTION ONLY.

### WERMI 06230 - 10 MICRON MINUSIL

THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK MUST BE USED WHEN HANDLING THIS MATERIAL.

### 88964 - TETRAMER & HMDZ TREATED FUMED SILICA

FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN IRRITATING DUST IF INHALED.

### 88625 - ZEOTHIX 95 TREATED PRECIPITATED SILICA

A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A DUST MASK WHILE HANDLING.

### 88610 - FLUOROSILICONE PLASTICIZER

THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN 200F. POSSIBLE HAZARD BY INGESTION ONLY.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007688

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    6                      MANUFACTURING INSTRUCTION              DATE    11/20/98
                                  GENERAL INSTRUCTIONS

    GRADE      FSL7210BD                     EQUIP DMXR3
    BATCH      HM563      *********************************************  CC    3810
                         *              PRODUCTION SYSTEM            *  BLDG  42
                         *********************************************

 OPERATOR     STEP
 INITIALS     NUMBER
```

CONTINUED          1   FF7149/88629 - FLUOROSILICONE HYDROLYZATE

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH
SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED
CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL
ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

WERMI 06435 - STAN MAG 112

A RELATIVELY INACTIVE FORM OF MAGNESIUM DIOXIDE. INHALATION
CAN CAUSE NASAL IRRITATION; WEAR A DUST MASK. IF IN CONTACT
WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH
EYES, FLUSH WITH WATER FOR 15 MINUTES.

SF1173/88482 - METHYL TETRAMER

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN,
WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE
FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF
IRRITATION PERSISTS.

WERMI 06861 - DIALLYL MALEATE

THIS IS TOXIC BY INGESTION, SKIN PENETRATION, AND
INHALATION; THEREFORE, GREAT CARE MUST BE TAKEN WHEN
HANDLING THIS PRODUCT] WEAR RUBBER GLOVES,RUBBER APRON,
FACE SHIELD, AND NON-VENTED GOGGLES. DAM (06861) HAS A
SPECIFIC GRAVITY OF 1.073 AND IS NOT VERY VOLATILE, BUT
CARE SHOULD BE TAKEN TO AVOID BREATHING VAPORS. IN THE
EVENT OF SKIN OR EYE CONTACT, THE AFFECTED AREA SHOULD BE
FLUSHED WITH COLD WATER FOR 15 MINUTES. IF SPLASHED ON
CLOTHES, REMOVE AND WASH BEFORE REUSE AS DAM (06861) IS
CONSIDERED TOXIC BY SKIN PENETRATION. CONTACT THE MEDICAL
CENTER IN THE EVENT OF ANY ABNORMAL OR ACCIDENTAL
EXPOSURE.

88104 - RESIN HYDRIDE

A CLEAR, COLORLESS, LOW VISCOSITY LIQUID. MAY HAVE A SLIGHT
SULFUROUS ODOR. THIS IS A HYDRIDE FLUID AND CARE SHOULD BE
TAKEN TO AVOID CONTACT WITH STRONG ACIDS OR BASES SINCE
HYDROGEN GAS CAN BE GENERATED.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                               M007689

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    7                     MANUFACTURING INSTRUCTION            DATE    11/20/98
                                 GENERAL INSTRUCTIONS

     GRADE    FSL7210BD                      EQUIP DMXR3
     BATCH    HM563      ************************************** CC   3810
                        *           PRODUCTION SYSTEM         * BLDG  42
                        **************************************

OPERATOR    STEP
INITIALS    NUMBER

        CONTINUED    1
```

**MANUAL GUM WEIGHING FORM**

**DOUGHMXR NO.:** _3_ .

**PROD. GRADE:** _FSL 7210 B_ .

**BATCH NUMBER:** _HM 563_ .

|                          | A | B | C | D |
|--------------------------|---|---|---|---|
| INPUT MAT'L.:            |   |   |   |   |
| LBS. REQUIRED:           |   |   |   |   |
| GROSS WEIGHT:            |   |   |   |   |
| TARE WEIGHT:             |   |   |   |   |
| NET WEIGHT:              |   |   |   |   |
| CORRECTION: (IF REQUIRED) |   |   |   |   |

OPERATOR'S SIGNATURE: _____.

CONTROL OPERATOR'S
        (OR)
SUPERVISOR'S SIGNATURE: _____.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007690

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    8                   MANUFACTURING INSTRUCTION              DATE    11/20/98
                         SYSTEM PREPARATION INSTRUCTIONS

GRADE     FSL7210BD                    EQUIP DMXR3
BATCH     HM563      **************************************   CC    3810
                     *          PRODUCTION SYSTEM         *   BLDG  42
                     **************************************

OPERATOR      STEP
INITIALS      NUMBER
```

_____ *fC*         1  **SYSTEM PREPARATION**

                        RECORD ON THE INSTRUCTIONS:
                        O   ALL INGREDIENT ADDITIONS.
                        O   MIX TIMES - START AND FINISH.
                        O   ANY DATA SPECIFICALLY REQUESTED.
                        O   INITIAL EACH STEP COMPLETED, SLASH, IF INCOMPLETE.

_____ *θL*         2  THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY
                        CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER
                        BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A
                        PREVIOUS BATCH OF FSL7210BD IS PERMITTED.

                        A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210BD IS
                        REQUIRED.

                        RECORD: PREVIOUS MATERIAL IN MIXER: ___*FSL7210 B*___ .
                                TYPE OF CLEANOUT PERFORMED: ___*NONE*___ .

                        MIXER CLEAN AND READY FOR USE: _____ .
                                               (CONTROL OPERATOR'S INITIALS)

_____ *qn*         3  BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE
                        IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE
                        CORRECT.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    M007691

GENERAL ELECTRIC CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    9                    MANUFACTURING INSTRUCTION              DATE    11/20/98
                              PROCESS INSTRUCTIONS

GRADE    FSL7210BD                        EQUIP DMXR3
BATCH    HM563      **************************************    CC    3810
                    *          PRODUCTION SYSTEM          *    BLDG  42
                    **************************************

OPERATOR    STEP
INITIALS    NUMBER

_TC/TN_       1  **POLYMER CHARGING (PART I).**              ③

                 (A) **RECORD BATCH START: DATE** 11/20/98 **TIME** _____

                 (B) **APPLY FULL COOLING TO MIXER BOWL AND BLADES.**

_TC/TN_       2  **CHARGE 88766 (PART I).**
                 **RECORD: BATCH** _HC633_ **POUNDS** _1125#_

_TC/TN_       3  **CLOSE MIXER COVER.**

_TC/TN_       4  **SET THE NITROGEN PURGE TO MINIMUM FOR MIXER USED.**

_TC/TN_       5  **FILLER ADDITIONS**

                 **ADD (06230) 10 MICRON MINUSIL.**
                 **RECORD: BATCH** _HJ035_ **POUNDS** _76#_

_TC/TN_       6  **MIX BATCH AT LEAST 15 MINUTES AT 18-22 RPM.**
                 **RECORD: TIME START** _22:45_ **FINISH** _23:15_

_Vn_          7  **ADD 88964 IN THREE (3) ADDITIONS:**
                 O   MIXER SPEED 8-12 RPM, OR LOWER TO AVOID FILLER LOSS.
                 O   MIX EACH ADDITION AT LEAST 15 MIN., OR UNTIL MASSED.
                 O   MAINTAIN FOLLOWING LOG:        _NOTE!_
                                                    _(Go VERY SLOW_
                      **88964 FILLER ADDITION LOG**  _ADDING FILLER )_

| ADDITION NUMBER | POUNDS 88964 | TIME START | FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 105 | 2120 | 2150 | 10 | 28 | |
| 2 | 100 | 2215 | 2245 | 10 | 32 | |
| 3 | 100 | 2330 | 0000 | 10 | 34 | |

RECORD: TOTAL LBS. 88964 _315_    BATCH NO. _HM894_

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          M007692

GENERAL ELECTRIC CLASS III -· TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  10                   MANUFACTURING INSTRUCTION              DATE    11/20/98
                             PROCESS INSTRUCTIONS

GRADE     FSL7210BD                      EQUIP DMXR3
BATCH     HM563       ***********************************************  CC   3810
                      *              PRODUCTION SYSTEM           *     BLDG  42
                      ***********************************************

OPERATOR     STEP
INITIALS     NUMBER

8  **ADD 88625** IN THREE (3) ADDITIONS.
   O  MIX EACH ADDITION AT LEAST 20 MINUTES, AT A SPEED THAT
      WILL AVOID EXCESSIVE FILLER LOSS.
   O  MAINTAIN FOLLOWING LOG:

### 88625 FILLER ADDITION LOG

| ADDITION NUMBER | POUNDS 88625 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 87# | 23:30 | 23:50 | 10 | 14 | |
| 2 | 87# | 00:00 | 00:30 | 10 | 14 | |
| 3 | 86# | 01:15 | 01:50 | 10 | 15 | |

260# TOTAL

RECORD: TOTAL LBS. 88625  _260#_  BATCH NO. _HM034_

9  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
   SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007693

```
            GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
      PAGE  11                   MANUFACTURING INSTRUCTION              DATE    11/20/98
                                   PROCESS INSTRUCTIONS
```

```
      GRADE    FSL7210BD                        EQUIP DMXR3
      BATCH    HM563      ****************************************   CC    3810
                         *              PRODUCTION SYSTEM        *   BLDG  42
                          ****************************************
```

```
      OPERATOR    STEP
      INITIALS    NUMBER
```

_____ 10 **HEAT-UP AND COOK**

- O  SET MIXER AT MAXIMUM SPEED.
- O  SET THE NITROGEN GAS PURGE AT 30 SCFM.
- O  TURN ON REDUNDANT NITROGEN GAS PURGE.


_____ 11 SET THE TEMPERATURE CONTROLLER AT 125C.
- O  HEAT BATCH TO 120-130C. **DO NOT EXCEED 140C.**

_____ 12 COOK BATCH 4 HOURS AT 120-130C.
- O  RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG:

### COOK LOG

| OPERATOR | TIME | MIXER RPM | BATCH TEMP. | N2 FLOW RATE | COMMENTS |
|----------|------|-----------|-------------|--------------|----------|
| _(initials)_ | 0200 | 10 | 120 | 30 | |
| _(initials)_ | 0310 | | 123 | | |
| _(initials)_ | 0400 | | 124 | | |
| _(initials)_ | 0500 | | 127 | | |
| _(initials)_ | 0600 | | 125 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007694

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   12                    MANUFACTURING INSTRUCTION              DATE    11/20/98
                              PROCESS INSTRUCTIONS

GRADE     FSL7210BD                      EQUIP DMXR3
BATCH     HM563      ************************************   CC    3810
                     *          PRODUCTION SYSTEM       *   BLDG  42
                     ************************************

OPERATOR      STEP
INITIALS      NUMBER

_RA_____   13  **COOLING**

                   (A) SET MIXER SPEED AT A MINIMUM.
                   (B) APPLY FULL COOLING TO MIXER.

_PS_____   14  WHEN BATCH REACHES 80C.OR LESS, CONTINUE PROCESS.
                   RECORD: TIME BATCH AT 80C. _08:00_

_PS_____   15  REDUCE NITROGEN GAS PURGE TO 20 SCFM.
                   O   TURN OFF REDUNDANT NITROGEN GAS PURGE.

_PS_____   16  **SCRAPE DOWN**

                   STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
                   SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT.

_PS_____   17  **POLYMER CHARGING (PART II)**

                   **CHARGE 88766 (PART II) WHEN BATCH TEMP. IS 80C. OR LESS.**
                   RECORD: BATCH _HC633_ POUNDS _400_

_FS_____   18  SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING.

_PS_____   19  **FINAL ADDITIONS**

                   ADD 88610 IN TWO (2) ADDITIONS.
                   O   MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED.
                   O   MAINTAIN FOLLOWING LOG:

                             **88610 ADDITION LOG**

| ADDITION NUMBER | POUNDS 88610 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 46 | 10:00 | 10:30 | 20 | 39 | |
| ② | 46 | 10:30 | 11:00 | 20 | 37 | |

RECORD: TOTAL LBS. 88610 _92_   BATCH NO. _HC154_

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   M007695

GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  13                    MANUFACTURING INSTRUCTION          DATE    11/20/98
                              PROCESS INSTRUCTIONS

GRADE     FSL7210BD                    EQUIP DMXR3
BATCH     HM563     ***********************************     CC    3810
                    *         PRODUCTION SYSTEM        *    BLDG  42
                    ***********************************

OPERATOR      STEP
INITIALS      NUMBER

_____ *FS*      20 COOL BATCH TO 40C. OR LESS.


_____ *FS*      21 **ADD FF7149/88629.**
                   RECORD: GRADE *88629*  BATCH *HK902* POUNDS *23*

_____ *FS*      22 **ADD (06435) STAN MAG.**
                   RECORD: LOT NO. *GC048* POUNDS *4*

_____ *FS*      23 **ADD 88656 RED MASTERBATCH.**
                   RECORD: BATCH *GC047* POUNDS *52*

_____ *FS*      24 **ADD SF1173/88482 WITH MIXER AT 8-12 RPM.**
                   RECORD: GRADE *88482x* BATCH *HK918* POUNDS *23*

_____ *FS*      25 MIX BATCH AT LEAST ONE (1) HOUR AT 8-12 RPM.
                   RECORD: TIME START *12:00* FINISH *13:00*

_____ *FS*      26 **IN PROCESS SAMPLING**

                   STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL
                   FOR **ALL** OF THE FOLLOWING: WAIT FOR RESULTS.

                   | TEST  |                  | SPEC.              | RESULT |
                   |-------|------------------|--------------------|--------|
                   | A-3   | APPEARANCE       | OK, REDDISH/BROWN  | *OK*   |
                   | P-15  | SPECIFIC GRAVITY | 1.27 - 1.33        | *1.294*|
                   | C-930 | APP. RATE, GMS/MIN | 50 - 150         | *100*  |

_____ *D.P.*    27 (A)  IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP,
                        **(06861) DAM AND 88104 ADDITIONS** SECTION.

                   (B)  IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE
                        C.O..

_____           28 **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
                   CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING
                   A ADJUSTMENT.
                   LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT OF 06230
                   IS LIMITED TO 10% OR LESS OF THE INITIAL CHARGE. DO NOT
                   ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT
                   CHEMIST OR PRODUCTION ENGINEER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007696

GENERAL ELECTRIC CLASS III — TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   14                 MANUFACTURING INSTRUCTION           DATE    11/20/98
                            PROCESS INSTRUCTIONS

GRADE    FSL7210BD                      EQUIP DMXR3
BATCH    HM563      ************************************************  CC   3810
                    *              PRODUCTION SYSTEM              *  BLDG  42
                    ************************************************

OPERATOR      STEP
INITIALS      NUMBER

29 **(06861) DAM AND 88104 ADDITIONS.**

SEE **MATERIAL HANDLING & SAFETY OBSERVATIONS** SECTION
BEFORE CHARGING (06861) DIALLYL MALEATE.

30 OBTAIN DIALLYL MALEATE IMMEDIATELY PRIOR TO CHARGING.

O   (06861) DAM MUST BE COOLER STORED AND RETURNED TO
    COOLER IMMEDIATELY AFTER USE.

O   IF (06861) DAM APPEARS HAZY, SYRUPY, OR SEMI-SOLID, DO
    NOT USE.

31 **CHARGE (06861) DIALLYL MALEATE.**
   RECORD: BATCH _64-011_ GRAMS _970#_

32 MIX BATCH AT LEAST 15 MINUTES AT 5-6 RPM.
   RECORD: TIME START _20:00_  FINISH _20:15_

33 **ADD 88104.** _HP-602_
   RECORD: BATCH ~~64-011~~ POUNDS _37#_

34 **ADD ALL REWORK SPECIFIED.**(OMIT STEP IF NO REWORK)
   RECORD:        GRADE        BATCH        POUNDS

   _____   _____   _____

   _____   _____   _____

   _____   _____   _____

35 FINAL MIX BATCH AT LEAST 1 HOUR AT MAXIMUM RPM.
   RECORD: TIME START _20:15_  FINISH _21:15_

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007697

```
           GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
     PAGE  15                 MANUFACTURING INSTRUCTION              DATE     11/20/98
                                  PROCESS INSTRUCTIONS

     GRADE     FSL7210BD                    EQUIP DMXR3
    ·BATCH     HM563      ********************************************* CC   3810
                          *              PRODUCTION SYSTEM           * BLDG  42
                          *********************************************
```

```
OPERATOR    STEP
INITIALS    NUMBER
```

36 **IN PROCESS SAMPLING**

STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL
FOR **ALL** OF THE FOLLOWING:

| TEST | | SPEC. | RESULT |
|------|--|-------|--------|
| A-3 | APPEARANCE | OK, REDDISH/BROWN | OK |
| C-1229 | HYDRIDE, PPM | 128 - 148 | 158 |

SAMPLE ON PINT TO 42 SEL QUALITY CONTROL FOR **ALL**
OF THE FOLLOWING:

| TEST | | SPEC. | RESULT |
|------|--|-------|--------|
| C-1097 | T-90 | 15 - 51 | 24 |
| | TORQUE IN SECONDS | 55 - 80 | 79 |
| E-3 | SHORE A | 37 - 46 | 44 |

37 (A)   IF ALL TEST RESULTS ARE IN SPEC, GO TO
         **DROP** SECTION.

   (B)   IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE
         C.O..

38 **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
      CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT
      INSTRUCTION.

                              ok to drop R.f 11/24/98

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            M007698

GENERAL ELECTRIC CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   16                    MANUFACTURING INSTRUCTION                DATE    11/20/98
                              PROCESS INSTRUCTIONS

```
GRADE      FSL7210BD                    EQUIP DMXR3
BATCH      HM563    ****************************************  CC    3810
                    *           PRODUCTION SYSTEM          *  BLDG  42
                    ****************************************
```

OPERATOR       STEP
INITIALS       NUMBER

_____*FF-TN*_____   39 **DROP**

                       WHEN BATCH IS IN SPEC., DROP TO (55G9) RECYCLE DRUMS
                       WITH (09M3) ACCORDIAN LINERS.

                       O    APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM:
                            ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE
                            DRUM ON SIDE OPPOSITE SEAM.

                       O    CLOSE REDUNDANT GAS, LOWER MAIN PURGE TO MINIMUM.

_____*FF*_____      40 SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL.

_____*FF*_____      41 WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.

                       RECORD:  (A) TOTAL NET WEIGHT ON PAGE 2.

                                (B) APPLY PALLET TAG TO EACH PALLET; INCLUDE
                                    PALLET NET WEIGHT.

                                (C) BATCH COMPLETE: DATE *11-24-98* TIME   *0600*

                       LAST UPDATE: 10/28/91

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007699

88766  HO  634- 773

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007700