# EXHIBIT H

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   2                 MANUFACTURING INSTRUCTION                DATE   05/25/99
                            GENERAL INSTRUCTIONS

GRADE   FSL7210AD                       EQUIP DMXR5
BATCH   JE566        *****************************************   CC   3810
                     *          PRODUCTION SYSTEM             *   BLDG  42
                     *****************************************
```

circled: 12

OPERATOR   STEP
INITIALS   NUMBER                                               874565

gm          1  DATE COMPOUNDED _____5/9/__          FSL7210AD
                                                   NO. 5 DMX    | J | E | 5 | 6 | 6 |
               MANUF. ORDER NO. _____        BATCH NO.

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH, TANK, OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT: POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| ✓ 88766 | PART I POLYMER | JE640 JD636 HC632 HC633 | | | 400 257 140 ~~386~~ | 400 257 140 356 | gm |
| 06230 | 10 MICRON MINUSIL | JD 034 | | RW | 78# | 78 | gm |
| ✓ 88964 | D4 & HMDZ TR. FILLER | JC 900 | | | 315# | 315 | gm / FF |
| ✓ 88625 | ZEOTHIX 95 TR. FILLER | JE 036 | #4 | | 268# | 268 | T |
| ✓ ~~88766~~ OP(1) FF160 06P | PART II POLYMER | HC633 JD640 | | 80 | ~~200~~ 200 | ~~200~~ 200 | R |
| ✓ 88610 | FLUORO. PLASTICIZER | JE 159 | | | 110# | 110 | JC |
| ✓ 88629 | FLUORO. HYDROLYZATE | JD 929 | | | 24# | 24 | RR |
| 88482X | METHYL TETRAMER | JB 922 | | | 24# | 24 | mm |
| *88034 | PLATINUM CATALYST | HJ 197 | RW 30 FREEZER MSCO | | 584 GMS | 584 Gms | |
| | | | | | 2400# | 2261# TOTAL | |

* 88034 CALCULATION ON NEXT PAGE.(PAGE 2)

                                    1603

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007431

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    3              MANUFACTURING INSTRUCTION          DATE    05/25/99
                         GENERAL INSTRUCTIONS

GRADE      FSL7210AD              EQUIP DMXR5
BATCH      JE566       *************************************    CC   3810
                       *        PRODUCTION SYSTEM          *     BLDG 42
                       *************************************

OPERATOR   STEP
INITIALS   NUMBER

CONTINUED    1
```

| OUTPUT | |
|---|---|
| MATERIAL | POUNDS |
| FSL7210AD | 2161# |

| CONTAINERS | | | |
|---|---|---|---|
| CODE | NO. OF NEW | CONT. USED | DESCRIPTION |
| 55G9 | | 6 | 55 GAL OT DRUMS |
| 09M3 | | 6 | ACCORDIAN LINERS |

### 88034 CALCULATION (ST'D= 20 PPM @

O  MUST KNOW THE %PT IN THE 88034 (SPEC.= 3.4% TO 4.0% PT)

O  TYPICAL CHARGE: 544 TO 640 GRAMS.

$$\frac{2179}{3733\ \%PT}\ \underline{4}\ =\ \underline{584}\ \text{GMS. 88034 TO CHARGE.}$$

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007432

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    4                      MANUFACTURING INSTRUCTION              DATE    05/25/99
                                  GENERAL INSTRUCTIONS

GRADE      FSL7210AD                     EQUIP DMXR5
BATCH      JE566       *******************************************   CC    3810
                       *             PRODUCTION SYSTEM            *   BLDG  42
                       *******************************************

OPERATOR     STEP
INITIALS     NUMBER
```

CONTINUED   1 **GENERAL**

    1. FSL7210A IS THE BASE COMPOUND OF A TWO PART MOLDING COMPOUND WHICH IS USED FOR THE MANUFACTURE OF ELECTRICAL CONNECTOR INSERTS.

    2. BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT, YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION.

    3. INITIAL EACH STEP AS IT IS COMPLETED ON THE INSTRUCTIONS.

    4. WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN SELECTING CORRECT MIXER BLADE SPEED.

**SAFETY INSTRUCTIONS**

    1. OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE RUNNING THIS EQUIPMENT.

    2. BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS; PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS.

    3. WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC CHARGE AND SPARKS.

    4. THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE AT 15 SCFM AT ALL TIMES.

    5. USE DUST RESPIRATOR WHEN CHARGING FILLERS.

    6. ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE DISCUSSED WITH THE C.O. AND RESOLVED BEFORE PROCEEDING.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007433

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE    5                     MANUFACTURING INSTRUCTION              DATE    05/25/99
                                   GENERAL INSTRUCTIONS

  GRADE      FSL7210AD                      EQUIP DMXR5
  BATCH      JE566          *******************************        CC    3810
                            *        PRODUCTION SYSTEM     *       BLDG  42
                            *******************************
  OPERATOR     STEP
  INITIALS     NUMBER

    CONTINUED      1  MATERIAL HANDLING & SAFETY OBSERVATIONS

                      88766 - VINYL STOPPED FLUOROSILICONE POLYMER

                      THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO
                      DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH
                      POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION
                      ONLY.

                      WERMI 06230 - 10 MICRON MINUSIL

                      THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE
                      SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK
                      MUST BE USED WHEN HANDLING THIS MATERIAL.

                      88964 - TETRAMER & HMDZ TREATED FUMED SILICA

                      FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS
                      RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED
                      ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN
                      IRRITATING DUST IF INHALED.

                      88625 - ZEOTHIX 95 TREATED PRECIPITATED SILICA

                      A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A
                      SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A
                      DUST MASK WHILE HANDLING.

                      88610 - FLUOROSILICONE PLASTICIZER

                      THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A
                      SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN
                      200F. POSSIBLE HAZARD BY INGESTION ONLY.
```

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                     M007434

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE    6                   MANUFACTURING INSTRUCTION                DATE    05/25/99
                                 GENERAL INSTRUCTIONS

   GRADE      FSL7210AD                      EQUIP DMXR5
   BATCH      JE566        ******************************************   CC     3810
                           *           PRODUCTION SYSTEM            *   BLDG   42
                           ******************************************
   OPERATOR    STEP
   INITIALS    NUMBER
```

CONTINUED       1  **88629/FF7149 - FLUOROSILICONE HYDROLYZATE**

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

**88482/SF1173 - METHYL TETRAMER**

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF IRRITATION PERSISTS.

**88034 - PLATINUM CATALYST**

DARK BROWN TO BLACK LIQUID, SLIGHT HCL SMELL, ALSO OCTANOL ODOR. COMBUSTIBLE. NO HAZARD FROM HANDLING IS ANTICIPATED.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007435

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE    7                   MANUFACTURING INSTRUCTION             DATE    05/25/99
                                  GENERAL INSTRUCTIONS

   GRADE      FSL7210AD                       EQUIP DMXR5
   BATCH      JE566         *******************************************  CC   3810
                            *              PRODUCTION SYSTEM           * BLDG 42
                            *******************************************

   OPERATOR       STEP
   INITIALS       NUMBER

     CONTINUED     1              MANUAL INPUT WEIGHING FORM
```

DOUGHMXR NO.: _____.

PROD. GRADE: _____.

BATCH NUMBER: _____.

|  | A | B | C | D |
|---|---|---|---|---|
| INPUT MAT'L.: | 8876 6 | | | |
| LBS. REQUIRED: | 1580 | | | |
| GROSS WEIGHT: | 1753 | | | |
| TARE WEIGHT: | | | | |
| NET WEIGHT: | | | | |
| CORRECTION: (IF REQUIRED) | | | | |

**OPERATOR'S SIGNATURE:** _____

**CONTROL OPERATOR'S**
          (OR)
**SUPERVISOR'S SIGNATURE:** _____

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                       M007436

```
     GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    8              MANUFACTURING INSTRUCTION              DATE    05/25/99
                       SYSTEM PREPARATION INSTRUCTIONS

GRADE    FSL7210AD               EQUIP DMXR5
BATCH    JE566        *******************************     CC    3810
                      *       PRODUCTION SYSTEM      *    BLDG  42
                      *******************************
OPERATOR      STEP
INITIALS      NUMBER
```

*(initials)*    1   **SYSTEM PREPARATION**

   RECORD ON THE INSTRUCTIONS:
   O  ALL INGREDIENT ADDITIONS.
   O  MIX TIMES - START AND FINISH.
   O  ANY DATA SPECIFICALLY REQUESTED.
   O  INITIAL EACH STEP AS IT IS COMPLETED.

*(initials)*    2   THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A PREVIOUS BATCH OF FSL7210AD IS PERMITTED.

   A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210AD IS REQUIRED.

   RECORD: PREVIOUS MATERIAL IN MIXER: _FSE-7340  JE-406_.
           TYPE OF CLEANOUT PERFORMED: _SO, B/O, W/O_.

   MIXER CLEAN AND READY FOR USE: _____.
                                  (CONTROL OPERATOR'S INITIALS)

*(initials)*    3   BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE CORRECT.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007437

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   9              MANUFACTURING INSTRUCTION             DATE   05/25/99
                        PROCESS INSTRUCTIONS

GRADE    FSL7210AD                EQUIP DMXR5
BATCH    JE566       *************************************    CC    3810
                     *          PRODUCTION SYSTEM         *    BLDG  42
                     *************************************

OPERATOR        STEP
INITIALS        NUMBER
```

*EM*        1  **POLYMER CHARGING (PART I)**

   (A) RECORD BATCH START: DATE  5/26/99    TIME  1515

   (B) APPLY FULL COOLING TO MIXER BOWL AND BLADES.

*EM*        2  **CHARGE 88766 (PART I).**
   RECORD: BATCH JE-640, JB-636,  POUNDS  1173
           HC-632, HC-633

*EM*        3  CLOSE MIXER COVER.

*EM*        4  SET THE NITROGEN GAS PURGE AT 20 SCFM.

*EM*        5  **FILLER ADDITIONS**

   ADD (06230) 10 MICRON MINUSIL.
   RECORD: BATCH  JD-039   POUNDS  78

*EM*        6  MIX BATCH AT LEAST 15 MINUTES AT 18 TO 22 RPM.
   RECORD: TIME START  1645   FINISH  1700

*EM/FF*     7  ADD 88964 IN THREE (3) ADDITIONS:
   O  SET MIXER SPEED AT 18 - 22 RPM.
   O  MIX EACH ADDITION AT LEAST 15 MINUTES OR UNTIL MASSED.
   O  MAINTAIN FOLLOWING LOG:

                   88964 FILLER ADDITION LOG

| ADDITION NUMBER | POUNDS 88964 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 100 | 1715 | 1745 | 20 | 21 |  |
| ② | 115 | 1755 | 1915 | 20 | 22 |  |
| 3 | 100 | 1915 | 2000 | 20 | 42 |  |

RECORD: TOTAL LBS. 88964  315   BATCH NO.  JC-90D

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007438

```
                GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   10                     MANUFACTURING INSTRUCTION                DATE    05/25/99
                                 PROCESS INSTRUCTIONS

GRADE     FSL7210AD                      EQUIP DMXR5
BATCH     JE566         ******************************************   CC    3810
                        *             PRODUCTION SYSTEM           *   BLDG  42
                        ******************************************

OPERATOR       STEP
INITIALS       NUMBER
```



8  **ADD 88625** IN THREE (3) ADDITIONS.
   O  MIX EACH ADDITION AT LEAST 20 MINUTES OR UNTIL MASSED AT MAXIMUM SPEED.
   O  MAINTAIN FOLLOWING LOG:

88625 FILLER ADDITION LOG

| ADDITION NUMBER | POUNDS 88625 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 90 | 0010 | 0030 | 10 | 43 | |
| 2 | 90 | 0050 | 0110 | 10 | 46 | |
| 3 | 88 | 0130 | 0150 | 10 | 60 | |

RECORD: TOTAL LBS. 88625  _268_   BATCH NO. _JE036_

9  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007439

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   11                    MANUFACTURING INSTRUCTION              DATE    05/25/99
                               PROCESS INSTRUCTIONS

GRADE     FSL7210AD                       EQUIP DMXR5
BATCH     JE566        ******************************************   CC    3810
                       *            PRODUCTION SYSTEM           *   BLDG  42
                       ******************************************

OPERATOR        STEP
INITIALS        NUMBER
```

_____  10 **HEAT-UP AND COOK**

    O  SET MIXER AT MAXIMUM SPEED.
    O  SET THE NITROGEN GAS PURGE AT <u>30 SCFM</u>.
    O  TURN ON REDUNDANT NITROGEN GAS PURGE.
    ALIGN VENT TO ATMOSPHERE, **DO NOT USE CONDENSER VENT SYSTEM.**

_____  11 SET THE TEMPERATURE CONTROLLER AT 125C.
    O  HEAT BATCH TO 120-130C. **DO NOT EXCEED 140C.**

_____  12 COOK BATCH 4 HOURS AT 120-130C.
    O  RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG:

<u>COOK LOG</u>

| OPERATOR | TIME | MIXER RPM | BATCH TEMP. | N2 FLOW | COMMENTS |
|---|---|---|---|---|---|
| T | 0330 | 15 | 120 | 30 | Cook-Start |
| T | 0430 | 15 | 121 | 30 | |
| T | 0530 | 15 | 128 | 30 | |
| T | 0630 | 15 | 126 | 30 | |
| JC | 0730 | 15 | 126 | 30 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   12                    MANUFACTURING INSTRUCTION            DATE    05/25/99
                               PROCESS INSTRUCTIONS

 GRADE     FSL7210AD                    EQUIP DMXR5
 BATCH     JE566       *******************************************  CC   3810
                       *           PRODUCTION SYSTEM             *  BLDG 42
                       *******************************************

 OPERATOR    STEP
 INITIALS    NUMBER
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| JC | 13 | **COOLING**<br>(A) SET MIXER SPEED 2-3 RPM.<br>(B) APPLY FULL COOLING TO MIXER. |
| JC | 14 | WHEN BATCH REACHES 80C., CONTINUE PROCESS.<br>RECORD: TIME BATCH AT 80C. _1000_ |
| JC | 15 | REDUCE NITROGEN GAS PURGE TO 20 SCFM.<br>O   TURN OFF REDUNDANT NITROGEN GAS PURGE. |
| JC | 16 | **SCRAPE DOWN**<br>STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT. |
| JC | 17 | **POLYMER CHARGING (PART II)**<br>**CHARGE 88766 (PART II)** WHEN BATCH TEMP. IS 80C. OR<br>RECORD: BATCH _____ POUNDS ____ _PER COVER SHEET_ |
| JC | 18 | SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING. |
| JC | 19 | **FINAL ADDITIONS**<br>ADD 88610 IN TWO (2) ADDITIONS.<br>O   MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED.<br>O   MAINTAIN FOLLOWING LOG: |

**88610 ADDITION LOG**

| ADDITION NUMBER | POUNDS 88610 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 55 | 1315 | 1345 | MAX | 46 | |
| ② | 55 | 1400 | 1430 | MAX | 45 | |

RECORD: TOTAL LBS. 88610  _110_  BATCH NO. _JE159_

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                      M007441

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   13                   MANUFACTURING INSTRUCTION              DATE    05/25/99
                              PROCESS INSTRUCTIONS
GRADE     FSL7210AD                    EQUIP DMXR5
BATCH     JE566        *******************************************   CC    3810
                       *           PRODUCTION SYSTEM             *   BLDG  42
                       *******************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| JC/RM | 20 | COOL BATCH TO 40C. OR LESS.<br>RECORD: BATCH TEMPERATURE _____ |
| RM | 21 | **ADD 88629**<br>RECORD: BATCH JD929 POUNDS 24 |
| RM | 22 | **ADD 88482**<br>RECORD: GRADE _____ BATCH JB922 POUNDS 24 |
| RM | 23 | MIX BATCH APPROX. ONE (1) HOUR AT 8-12 RPM.<br>RECORD: TIME START 1730 FINISH 1830 |
| RM | 24 | **IN PROCESS SAMPLING**<br><br>STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING: |

|  | TEST | | SPEC. | RESU |
|---|---|---|---|---|
| RM | A-3 | APPEARANCE | OK, OFF WHITE | OK |
| RM | P-15 | SPECIFIC GRAVITY | 1.27 - 1.33 | 1.291 |
| RM | C-930 | APP. RATE, GMS/MIN | 50 - 150 | 66 |

| | | |
|---|---|---|
| RM | 25 (A) | IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP, **PLATINUM CATALYST ADDITION** SECTION. |
| | (B) | IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O.. |
| | 26 | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)<br>CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING ANY ADJUSTMENT. LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT IS LIMITED TO 10% OR LESS OF THE INITIAL 06230 CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT CHEMIST OR AREA PRODUCTION ENGINEER. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007442

```
              GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE   14                      MANUFACTURING INSTRUCTION                DATE    05/25/99
                                    PROCESS INSTRUCTIONS
   GRADE      FSL7210AD                        EQUIP DMXR5
   BATCH      JE566          *******************************************   CC      3810
                             *          PRODUCTION SYSTEM              *   BLDG    42
                             *******************************************

   OPERATOR      STEP
   INITIALS      NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| mm | 27 | **PLATINUM CATALYST ADDITION**<br>ADD 88034.<br>RECORD: BATCH  HJ197   GRAMS  584 |
| mm | 28 | MIX BATCH APPROX. 15 MINUTES AT MINIMUM RPM.<br>RECORD: TIME START _____ FINISH _____ |
| n/a | 29 | ADD ALL REWORK SPECIFIED. (OMIT STEP IF NO REWORK)<br>RECORD:   **GRADE**     **BATCH**     **POUNDS** |
| mm | 30 | FINAL MIX BATCH APPROX. ONE (1) HOUR AT 18-22 RPM.<br>RECORD: TIME START  2030  FINISH  2130 |
| mm | 31 | **IN PROCESS SAMPLING**<br>STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING: |

| | TEST | SPEC. | RESULT |
|---|---|---|---|
| JB | A-3    APPEARANCE | OK, OFF WHITE | OK |
| JB | C-1258 PLATINUM, PPM | 17 - 25 | 19 |

| Operator | Step | Instruction |
|---|---|---|
| JB / TC | 32 | 'A)  IF ALL TEST RESULTS ARE IN SPEC, GO TO DROP SECTION.<br>(B)  IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O.. |
| | 33 | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)<br>CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT INSTRUCTION. |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                 M007443

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   15                    MANUFACTURING INSTRUCTION               DATE    05/25/99
                               PROCESS INSTRUCTIONS
  GRADE    FSL7210AD                    EQUIP DMXR5
  BATCH    JE566         ******************************************   CC    3810
                         *           PRODUCTION SYSTEM            *   BLDG  42
                         ******************************************

  OPERATOR       STEP
  INITIALS       NUMBER

   _JB_          34  DROP

                     WHEN BATCH IS IN SPEC., DROP TO (55G9) 55 GAL CHIMED DRUMS
                     WITH (09M3) ACCORDIAN LINERS.

                     O  APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM:
                        ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE
                        DRUM ON SIDE OPPOSITE SEAM.

                     O  CLOSE REGULAR AND REDUNDANT NITROGEN GAS FLOW.

  _JB/TC_       35  SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL.

  _JB/TC_       36  WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.

                     RECORD: (A) TOTAL NET WEIGHT ON PAGE 2.

                             (B) APPLY PALLET TAG TO EACH PALLET; INCLUDE
                                 PALLET NET WEIGHT.

                             (C) BATCH COMPLETE: DATE  5/27/99  TIME  00:00

                     LAST UPDATE: 10/28/91
```

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                        M007444