# EXHIBIT I

```
                GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    2                        MANUFACTURING INSTRUCTION                    DATE    05/20/99
                                    GENERAL INSTRUCTIONS

GRADE    FSL7210BD                      EQUIP DMXR3
BATCH    JE566              **************************************    CC   3810
                            *           PRODUCTION SYSTEM          *   BLDG 42
                            **************************************
                                                                                  874564
OPERATOR      STEP
INITIALS      NUMBER                                       ③

              1  DATE COMPOUNDED   5/25/99        FSL7210BD
                                                  NO. 3 DMX    | J | E | 5 | 6 | 6 |
                 MANUF. ORDER NO. _____         BATCH NO.
```

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH, TANK, OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT: POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| (OR1) 88766 | PART I POLYMER | JD637 JE640 | | | 1125# | 325 / 800 | NM / NM |
| 88656 | RED MASTERBATCH | HD 048 | | 1.4.E | 52# | 52 | D.P. |
| 06230 | 10 MICRON MINUSIL | JB 038 | | RTV | 76# | 76 | NM |
| (OR1) 88964 | D4 & HMDZ TR. FILLER | JC 900 | | | 305# | 305 | NM |
| 88625 | ZEOTHIX 95 TR. FILLER | JE 036 | #4 | TF | 260# | 260 | FE |
| (OR1) 88766 | PART II POLYMER | JE 640 | | | 400# | 400 | D.P. |
| 88610 | FLUORO. PLASTICIZER | JE-159 | | | 92# | 92# | D.P. |
| ~~FF7149~~ 88629 | FLUORO. HYDROLYZATE | JD-929 | | | 23# | 23# | D.P. |
| 06435 | STAN MAG 112 | EC 048 | ✓ | 3,5,10 | 4# | 4 | D.P. |
| ~~SF1173~~ 88482X | TETRAMER | JB-922 | ✓ | | 23# | 23# | D.P. |
| 06861 | DIALLYL MALEATE | JB 002 | | 30 COOLER | 970GMS | 970 gms | |
| *88104 | HYDRIDE | HD 602 | ✓ | | 36# | 36 | |
| | | | | | 2400# | | TOTAL |

```
                    * 88104 CALCULATION ON NEXT PAGE (PAGE 2)
                              -460    476        2294#
```

Confidential - Attorneys' Eyes Only                                              M005586

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    3                   MANUFACTURING INSTRUCTION              DATE   05/20/99
                                GENERAL INSTRUCTIONS

GRADE   FSL7210BD                    EQUIP DMXR3
BATCH   JE566          ******************************************   CC    3810
                       *              PRODUCTION SYSTEM          *   BLDG  42
                       ******************************************

OPERATOR    STEP
INITIALS    NUMBER

   CONTINUED    1
```



| OUTPUT | |
|---|---|
| MATERIAL | POUNDS |
| FSL7210BD | 2294 |

| CONTAINERS | | | |
|---|---|---|---|
| CODE | NO. OF CONT. NEW | USED | DESCRIPTION |
| 55G9 | | 6 | 55 GAL OT DRUMS |
| 09M3 | 6 | | ACCORDIAN LINERS |

### 88104 CALCULATION (ST'D.= 0.90 H2)

o  MUST KNOW THE %H2 IN THE 88104 (SPEC.= 0.80% TO 1.2% H2)

o  TYPICAL CHARGE: 28 TO 43 LBS.

$$\frac{34}{0.93 \ \%H2} = \underline{36} \text{ LBS. 88104 TO CHARGE.}$$

Confidential - Attorneys' Eyes Only                                           M005587

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    4                     MANUFACTURING INSTRUCTION              DATE   05/20/99
                                GENERAL INSTRUCTIONS

GRADE     FSL7210BD                    EQUIP DMXR3
BATCH     JE566           ******************************************   CC   3810
                          *                                        *
                          *            PRODUCTION SYSTEM           *   BLDG 42
                          ******************************************

OPERATOR    STEP
INITIALS    NUMBER

   CONTINUED      1   GENERAL
```

1. FSL7210B IS THE CROSSLINKING AGENT OF A TWO PART MOLDING COMPOUND WHICH IS USED FOR THE MANUFACTURE OF ELECTRICAL CONNECTOR INSERTS.

2. BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT, YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION.

3. INITIAL EACH STEP AS IT IS COMPLETED ON THE INSTRUCTIONS, SLASH, IF INCMPLETE.

4. WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN SELECTING CORRECT MIXER BLADE SPEED.

**SAFETY INSTRUCTIONS**

1. OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE RUNNING THIS EQUIPMENT.

2. BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS; PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS.

3. WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC CHARGE AND SPARKS.

4. THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE SET AT A MINIMUM FOR THE OPERATION OF THE MIXER.

5. USE DUST RESPIRATOR WHEN CHARGING FILLERS.

6. ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE DISCUSSED WITH THE C.O. AND RESOLVED BEFORE PROCEEDING.

Confidential - Attorneys' Eyes Only

M005588

```
            GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    5                    MANUFACTURING INSTRUCTION              DATE    05/20/99
                                GENERAL INSTRUCTIONS

GRADE      FSL7210BD                     EQUIP DMXR3
BATCH      JE566         ******************************************   CC   3810
                         *                                         *
                         *           PRODUCTION SYSTEM             *   BLDG 42
                         ******************************************

OPERATOR    STEP
INITIALS    NUMBER

  CONTINUED    1  MATERIAL HANDLING & SAFETY OBSERVATIONS
```

88766 - VINYL STOPPED FLUOROSILICONE POLYMER

THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION ONLY.

88656 - RED MASTERBATCH

THIS IS A VINYL STOPPED FLUOROSILICONE POLYSILOXANE CONTAINING INERT PIGMENTS. GREASE LIKE CONSISTENCY. POSSIBLE HAZARD BY INGESTION ONLY.

WERMI 06230 - 10 MICRON MINUSIL

THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK MUST BE USED WHEN HANDLING THIS MATERIAL.

88964 - TETRAMER & HMDZ TREATED FUMED SILICA

FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN IRRITATING DUST IF INHALED.

88625 - ZEOTHIX 95 TREATED PRECIPITATED SILICA

A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A DUST MASK WHILE HANDLING.

88610 - FLUOROSILICONE PLASTICIZER

THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN 200F. POSSIBLE HAZARD BY INGESTION ONLY.

Confidential - Attorneys' Eyes Only                                          M005589

```
              GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE    6                    MANUFACTURING INSTRUCTION              DATE    05/20/99
                                   GENERAL INSTRUCTIONS

   GRADE   FSL7210BD                    EQUIP DMXR3
   BATCH   JE566          ******************************************   CC    3810
                          *                                        *
                          *             PRODUCTION SYSTEM          *   BLDG  42
                          ******************************************

   OPERATOR       STEP
   INITIALS       NUMBER

         CONTINUED     1   FF7149/88629 - FLUOROSILICONE HYDROLYZATE
```

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

**WERMI 06435 - STAN MAG 112**

A RELATIVELY INACTIVE FORM OF MAGNESIUM DIOXIDE. INHALATION CAN CAUSE NASAL IRRITATION; WEAR A DUST MASK. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, FLUSH WITH WATER FOR 15 MINUTES.

**SF1173/88482 - METHYL TETRAMER**

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF IRRITATION PERSISTS.

**WERMI 06861 - DIALLYL MALEATE**

THIS IS <u>TOXIC</u> BY INGESTION, SKIN PENETRATION, AND INHALATION; THEREFORE, GREAT CARE MUST BE TAKEN WHEN HANDLING THIS PRODUCT! WEAR RUBBER GLOVES, RUBBER APRON, FACE SHIELD, AND NON-VENTED GOGGLES. DAM (06861) HAS A SPECIFIC GRAVITY OF 1.073 AND IS NOT VERY VOLATILE, BUT CARE SHOULD BE TAKEN TO AVOID BREATHING VAPORS. IN THE EVENT OF SKIN OR EYE CONTACT, THE AFFECTED AREA SHOULD BE FLUSHED WITH COLD WATER FOR 15 MINUTES. IF SPLASHED ON CLOTHES, REMOVE AND WASH BEFORE REUSE AS DAM (06861) IS CONSIDERED TOXIC BY SKIN PENETRATION. CONTACT THE MEDICAL CENTER IN THE EVENT OF <u>ANY ABNORMAL OR ACCIDENTAL</u> EXPOSURE.

**88104 - RESIN HYDRIDE**

A CLEAR, COLORLESS, LOW VISCOSITY LIQUID. MAY HAVE A SLIGHT SULFUROUS ODOR. THIS IS A HYDRIDE FLUID AND CARE SHOULD BE TAKEN TO AVOID CONTACT WITH STRONG ACIDS OR BASES SINCE HYDROGEN GAS CAN BE GENERATED.

Confidential - Attorneys' Eyes Only                                      M005590

```
               GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    7                    MANUFACTURING INSTRUCTION                DATE    05/20/99
                               GENERAL INSTRUCTIONS

GRADE    FSL7210BD                     EQUIP DMXR3
BATCH    JE566         *******************************************    CC     3810
                       *            PRODUCTION SYSTEM            *     BLDG   42
                       *******************************************

OPERATOR      STEP
INITIALS      NUMBER

           CONTINUED     1
                                        MANUAL GUM WEIGHING FORM
```

DOUGHMXR NO.: __3__.

PROD. GRADE: __FSL7210BD__.

BATCH NUMBER: __JE566__.

|  | A | B | C | D |
|---|---|---|---|---|
| INPUT MAT'L.: | SB766 | | | |
| LBS. REQUIRED: | 1525 | | | |
| GROSS WEIGHT: | 1697 | | | |
| TARE WEIGHT: | 171 | | | |
| NET WEIGHT: | 1525 | | | |
| CORRECTION: (IF REQUIRED) | | | | |

OPERATOR'S SIGNATURE: _____

CONTROL OPERATOR'S
    (OR)
SUPERVISOR'S SIGNATURE: _____

Confidential - Attorneys' Eyes Only

```
            GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
 PAGE    8                   MANUFACTURING INSTRUCTION            DATE   05/20/99
                          SYSTEM PREPARATION INSTRUCTIONS

  GRADE    FSL7210BD              EQUIP DMXR3
  BATCH    JE566         *******************************           CC    3810
                         *                               *
                         *       PRODUCTION SYSTEM       *         BLDG   42
                         *                               *
                         *******************************

  OPERATOR    STEP
  INITIALS   NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| VA | 1 | **SYSTEM PREPARATION**<br><br>RECORD ON THE INSTRUCTIONS:<br>O   ALL INGREDIENT ADDITIONS.<br>O   MIX TIMES - START AND FINISH.<br>O   ANY DATA SPECIFICALLY REQUESTED.<br>O   INITIAL EACH STEP COMPLETED, SLASH, IF INCOMPLETE. |
| N/A | 2 | THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A PREVIOUS BATCH OF FSL7210BD IS PERMITTED.<br><br>A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210BD IS REQUIRED.<br><br>RECORD: PREVIOUS MATERIAL IN MIXER: _88255_<br>        TYPE OF CLEANOUT PERFORMED: _C/O_<br><br>MIXER CLEAN AND READY FOR USE: _[initials]_<br>        (CONTROL OPERATOR'S INITIALS) |
| NV | 3 | BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE CORRECT. |

Confidential - Attorneys' Eyes Only

M005592

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    9              MANUFACTURING INSTRUCTION              DATE   05/20/99
                          PROCESS INSTRUCTIONS

GRADE    FSL7210BD              EQUIP DMXR3
BATCH    JE566       *******************************       CC   3810
                     *       PRODUCTION SYSTEM      *       BLDG 42
                     *******************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| _NR_ | 1 | **POLYMER CHARGING (PART I).** <br> (A) **RECORD BATCH START:** DATE 5/25/99 TIME 1900 <br> (B) APPLY FULL COOLING TO MIXER BOWL AND BLADES. |
| _NR_ | 2 | **CHARGE 88766 (PART I).** <br> RECORD: BATCH JD637/JE640  POUNDS 325/800 |
| _NR_ | 3 | CLOSE MIXER COVER. |
| _NR_ | 4 | SET THE NITROGEN PURGE TO MINIMUM FOR MIXER USED. |
| _NR_ | 5 | **FILLER ADDITIONS** <br> ADD (06230) 10 MICRON MINUSIL. <br> RECORD: BATCH JB038  POUNDS 76 |
| _NR_ | 6 | MIX BATCH AT LEAST 15 MINUTES AT 18-22 RPM. <br> RECORD: TIME START 2000  FINISH 2015 |
| _NR_ | 7 | ADD 88964 IN THREE (3) ADDITIONS: <br> O  MIXER SPEED 8-12 RPM, OR LOWER TO AVOID FILLER LOSS. <br> O  MIX EACH ADDITION AT LEAST 15 MIN., OR UNTIL MASSED. <br> O  MAINTAIN FOLLOWING LOG: |

**88964 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88964 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 105 | 2130 | 2200 | 10 | 40 | |
| 2 | 100 | 2210 | 2230 | 10 | 41 | |
| 3 | 100 | 2240 | 2305 | 10 | 42 | |

RECORD: TOTAL LBS. 88964  305   BATCH NO. JC900

Confidential - Attorneys' Eyes Only                                      M005593

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    10              MANUFACTURING INSTRUCTION              DATE    05/20/99
                          PROCESS INSTRUCTIONS

GRADE    FSL7210BD                EQUIP DMXR3
BATCH    JE566         ***************************************  CC    3810
                       *          PRODUCTION SYSTEM           *  BLDG  42
                       ***************************************

OPERATOR      STEP
INITIALS     NUMBER
```



8 ADD 88625 IN THREE (3) ADDITIONS.
  O  MIX EACH ADDITION AT LEAST 20 MINUTES, AT A SPEED THAT
     WILL AVOID EXCESSIVE FILLER LOSS.
  O  MAINTAIN FOLLOWING LOG:

**88625 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88625 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 90 | 2330 | 0015 | 10 | 41 | |
| ② | 90 | 0015 | 0050 | 10 | 45 | |
| ③ | 80 | 0115 | 0145 | 10 | 54 | |

RECORD: TOTAL LBS. 88625  260   BATCH NO. JE036

_FF_   9 STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
         SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

Confidential - Attorneys' Eyes Only

M005594

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   11                MANUFACTURING INSTRUCTION              DATE   05/20/99
                           PROCESS INSTRUCTIONS
GRADE    FSL7210BD                EQUIP DMXR3
BATCH    JE566         *******************************************   CC    3810
                       *          PRODUCTION SYSTEM              *   BLDG  42
                       *******************************************

OPERATOR       STEP
INITIALS       NUMBER
```

___FF___   10  **HEAT-UP AND COOK**

      O  SET MIXER AT MAXIMUM SPEED.
      O  SET THE NITROGEN GAS PURGE AT 30 SCFM.
      O  TURN ON REDUNDANT NITROGEN GAS PURGE.

___FF___   11  SET THE TEMPERATURE CONTROLLER AT 125C.
      O  HEAT BATCH TO 120-130C. **DO NOT EXCEED 140C.**

___FF___   12  COOK BATCH 4 HOURS AT 120-130C.
      O  RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG:

**COOK LOG**

| OPERATOR | TIME | MIXER RPM | BATCH TEMP. | N2 FLOW RATE | COMMENTS |
|---|---|---|---|---|---|
| FF | 0230 | 15 | 120 | 30 | |
| FF | 0330 | " | 123 | 30 | |
| FF | 0430 | " | 126 | 30 | |
| FF | 0530 | " | 125 | 30 | |
| FF | 0630 | " | 120 | 30 | |

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   12                  MANUFACTURING INSTRUCTION           DATE    05/20/99
                              PROCESS INSTRUCTIONS

GRADE    FSL7210BD                  EQUIP DMXR3
BATCH    JE566           *********************************    CC     3810
                         *        PRODUCTION SYSTEM       *    BLDG   42
                         *********************************

OPERATOR       STEP
INITIALS       NUMBER
```

| Operator Initials | Step |  |
|---|---|---|
| FF / D.P. | 13 | **COOLING**<br>(A) SET MIXER SPEED AT A MINIMUM.<br>(B) APPLY FULL COOLING TO MIXER. |
| D.P. | 14 | WHEN BATCH REACHES 80C. OR LESS, CONTINUE PROCESS.<br>RECORD: TIME BATCH AT 80C.  _08:30_ |
| D.P. | 15 | REDUCE NITROGEN GAS PURGE TO 20 SCFM.<br>O   TURN OFF REDUNDANT NITROGEN GAS PURGE. |
| D.P. | 16 | **SCRAPE DOWN**<br>STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT. |
| D.P. | 17 | **POLYMER CHARGING (PART II)**<br>CHARGE 88766 (PART II) WHEN BATCH TEMP. IS 80C. OR<br>RECORD: BATCH _JE-640_ POUNDS _400#_ |
| D.P. | 18 | SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING. |
| D.P. | 19 | **FINAL ADDITIONS**<br>ADD 88610 IN TWO (2) ADDITIONS.<br>O   MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED.<br>O   MAINTAIN FOLLOWING LOG: |

**88610 ADDITION LOG**

| ADDITION NUMBER | POUNDS 88610 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 454# | 10:30 | 11:00 | 15 | 57°C | |
| 2 | 47# | 11:15 | 11:45 | 15 | 48°C | |

RECORD: TOTAL LBS. 88610  _92#_  BATCH NO.  _JE-159_

Confidential - Attorneys' Eyes Only                                      M005596

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   13              MANUFACTURING INSTRUCTION           DATE   05/20/99
                         PROCESS INSTRUCTIONS

GRADE    FSL7210BD                EQUIP DMXR3
BATCH    JE566       *********************************     CC    3810
                     *        PRODUCTION SYSTEM       *    BLDG  42
                     *********************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| D.P. | 20 | COOL BATCH TO 40C. OR LESS. |
| D.P. | 21 | ADD ~~FF7149~~/88629. RECORD: GRADE **88629** BATCH **JD-929** POUNDS **23#** |
| D.P. | 22 | ADD (06435) STAN MAG. RECORD: LOT NO. **GC-048** POUNDS **4#** |
| D.P. | 23 | ADD 88656 RED MASTERBATCH. RECORD: BATCH **HD-048** POUNDS **52#** |
| D.P. | 24 | ADD ~~SF1173~~/88482 WITH MIXER AT 8-12 RPM. RECORD: GRADE **88482X** BATCH **JB-922** POUNDS **23#** |
| D.P./m | 25 | MIX BATCH AT LEAST ONE (1) HOUR AT 8-12 RPM. RECORD: TIME START **14:30** FINISH **15:30** |
| m | 26 | **IN PROCESS SAMPLING** |

STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING: WAIT FOR RESULTS

| | TEST | | SPEC. | RESU |
|---|---|---|---|---|
| mm | A-3 | APPEARANCE | OK, REDDISH/BROWN | OK |
| m | P-15 | SPECIFIC GRAVITY | 1.27 - 1.33 | 1.298 |
| m | C-930 | APP. RATE, GMS/MIN | 50 - 150 | 80 |

| m | 27 | (A) | IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP, (06861) DAM AND 88104 ADDITIONS SECTI |
|---|---|---|---|

(B) IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O..

28 **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING A ADJUSTMENT.
LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT OF 06230 IS LIMITED TO 10% OR LESS OF THE INITIAL CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT CHEMIST OR PRODUCTION ENGINEER.

Confidential - Attorneys' Eyes Only                                           M005597

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   14              MANUFACTURING INSTRUCTION              DATE   05/20/99
                          PROCESS INSTRUCTIONS

GRADE    FSL7210BD              EQUIP DMXR3
BATCH    JE566         **********************************   CC    3810
                       *                                 *   BLDG  42
                       *        PRODUCTION SYSTEM        *
                       **********************************

OPERATOR    STEP
INITIALS    NUMBER
```

| Initials | Step | Instruction |
|---|---|---|
| nn | 29 | **(06861) DAM AND 88104 ADDITIONS.** |
| nn |  | SEE **MATERIAL HANDLING & SAFETY OBSERVATIONS** BEFORE CHARGING (06861) DIALLYL MALEATE. |
| nn | 30 | OBTAIN DIALLYL MALEATE IMMEDIATELY PRIOR TO CHARGING. |
| nn |  | o (06861) DAM MUST BE COOLER STORED AND RETURNED TO COOLER IMMEDIATELY AFTER USE. |
| nn |  | o IF (06861) DAM APPEARS HAZY, SYRUPY, OR SEMI-SOLID, DO NOT USE. |
| nn | 31 | **CHARGE (06861) DIALLYL MALEATE.** RECORD: BATCH JB202 GRAMS 970 |
| nn | 32 | MIX BATCH AT LEAST 15 MINUTES AT 5-6 RPM. RECORD: TIME START 2035 FINISH 2050 |
| nn | 33 | **ADD 88104.** RECORD: BATCH HD602 POUNDS 36 |
| — | 34 | ADD ALL REWORK SPECIFIED. (OMIT STEP IF NO REWORK) RECORD:  GRADE  BATCH  POUNDS |
| nn | 35 | FINAL MIX BATCH AT LEAST 1 HOUR AT MAXIMUM RPM. RECORD: TIME START ____ FINISH ____ |

Confidential - Attorneys' Eyes Only

M005598

```
     GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   15              MANUFACTURING INSTRUCTION              DATE    05/20/99
                          PROCESS INSTRUCTIONS
GRADE    FSL7210BD              EQUIP DMXR3
BATCH    JE566        ******************************************   CC   3810
                      *         PRODUCTION SYSTEM              *   BLDG 42
                      ******************************************
OPERATOR      STEP
INITIALS      NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| hm | 36 | **IN PROCESS SAMPLING** |

STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING:

| Initials | TEST | | SPEC. | RESU[LT] |
|---|---|---|---|---|
| nn | A-3 | APPEARANCE | OK, REDDISH/BROWN | OK |
| nn | C-1229 | HYDRIDE, PPM | 128 - 148 | 157 |

| Initials | | |
|---|---|---|
| nn | SAMPLE ON PINT TO 42 SEL QUALITY CONTROL FOR ALL OF THE FOLLOWING: | |

| Initials | TEST | | SPEC. | RESUL[T] |
|---|---|---|---|---|
| nn | C-1097 | T-90 IN SECONDS | 15 - 51 | 80 |
| nn | C-1097 | 3 MIN. MAX. TORQUE | 55 - 80 | 58 |
| nn | E-3 | SHORE A | 37 - 46 | 38 |

37 (A)  IF ALL TEST RESULTS ARE IN SPEC, GO TO **DROP** SECTION.

  (B)  IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O..

38 **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
   CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT INSTRUCTION.

Confidential - Attorneys' Eyes Only

M005599

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE   16                MANUFACTURING INSTRUCTION            DATE   05/20/99
                               PROCESS INSTRUCTIONS
  GRADE    FSL7210BD                EQUIP DMXR3
  BATCH    JE566        *******************************************   CC   3810
                        *         PRODUCTION SYSTEM               *   BLDG 42
                        *******************************************

  OPERATOR    STEP
  INITIALS    NUMBER
```

| Initials | Step | Instruction |
|---|---|---|
| FF | 39 | **DROP**<br><br>WHEN BATCH IS IN SPEC., DROP TO (55G9) RECYCLE DRUMS WITH (09M3) ACCORDIAN LINERS.<br><br>O  APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM: ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE DRUM ON SIDE OPPOSITE SEAM.<br><br>O  CLOSE REDUNDANT GAS, LOWER MAIN PURGE TO MINIMUM. |
| FF | 40 | SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL. |
| FF | 41 | WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.<br><br>RECORD: (A) TOTAL NET WEIGHT ON PAGE 2.<br><br>       (B) APPLY PALLET TAG TO EACH PALLET; INCLUDE PALLET NET WEIGHT.<br><br>       (C) **BATCH COMPLETE: DATE** _5-27-99_ **TIME** _0300_ |

LAST UPDATE: 10/28/91

Confidential - Attorneys' Eyes Only                                          M005600