# EXHIBIT J

**CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION**
**MANUFACTURING INSTRUCTIONS**
**GENERAL INSTRUCTIONS**

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 1

Grade:    FSL7210AD          DMXR NO. 5

SAP Mat. #:  35696           PO #: 2542542

Batch #: 095034                    2250#

NOTE: ALL CONTACT WITH FLUOROSILICONE INPUTS REQUIRES PROPER PPE TO INCLUDE ORGANIC VAPOR RESPIRATOR AND APPROPRIATE GLOVES.

OPERATOR
INITIALS
_____

**Batch Report Out:**

# OF TOTAL DRUMS :   _____ DRUMS

TOTAL WEIGHT OF BATCH :   _____ LBS

NOTE
PRE BATCH
AND HOLD

Confidential Attorneys' Eyes Only

M008021

**CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION**
**MANUFACTURING INSTRUCTIONS**
**GENERAL INSTRUCTIONS**

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 2

MSCO Initials ___

### PART I

| SAP# | GRADE | BATCH | DESCRIPTION | BLDG LOC | MATL STGD | DMXR 5 | ACTUAL LBS/GMS | OPER INIT |
|------|-------|-------|-------------|----------|-----------|--------|----------------|-----------|
| 33437 | 88766 | 09E050 | POLYMER | P/BD | ON DECK | 1148 | 1148 | JM |
| 30395 | 06230 | 09G003 | 10 MICRON MINUSIL | P/BD | ON DECK | 76 | 76 | JM |
| 33296 | 88318 | 09H472 | D4 & HDMZ TREATED FILLER | hopp #2 | N/A | 305 | 305 | JM |
| 33392 | 88625 | 09J021 | ZEOTHIX 95 TREATED FILLER |  |  | 260 | 260 | P |

ORD
SILO
ROMLER

### PART II

| SAP# | GRADE | BATCH | DESCRIPTION | BLDG LOC | MATL STGD | DMXR 5 | ACTUAL LBS/GMS | OPER INIT |
|------|-------|-------|-------------|----------|-----------|--------|----------------|-----------|
| 33437 | 88766 | 09E050 | POLYMER | P/BD | 1ST FLOOR AS DAY | 383 | 383 | JN |
| 33389 | 88610 | 08H008 | FLUORO PLASTICIZER |  | STAGED UNDER 5 | 107 | 107 | JN |
| 33393 | 88629 | 09C055 | FLUORO HYDROLYZATE | ON Deck | STAGED UNDER 5 | 23 | 23 | P |
| 33343 | 88482X | 09G047 | METHYL TETRAMER |  |  | 23 | 23 | P |

Aprint/l
ok
ok

### PART III

| SAP# | GRADE | BATCH | DESCRIPTION | BLDG LOC | MATL STGD | DMXR 5 | ACTUAL LBS/GMS | OPER INIT |
|------|-------|-------|-------------|----------|-----------|--------|----------------|-----------|
| 33233 | 88034 | 09E006 | PLATINUM CATALYST |  | P | 617 GMS | 617 | JM/BD |

JRMS
Arebeth on Deck

*88034 CALCULATION ON NEXT PAGE

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210AD
CMXR 5

10/14/2008
Page 3

| TOTAL INPUT LBS. |
|---|
| 2326 |

| CONTAINERS | | | |
|---|---|---|---|
| CODE | NO. OF NEW | NO. OF USED | DESCRIPTION |
| W1A1 | | | 55 GAL STRAIGHTSIDE |
| 09M1 | | | STRAIGHT LINER |

### 88034 CALCULATION

MSCO INITIALS: AN
STEP NUMBER: 1.

- MUST KNOW THE %PT IN THE 88034
  - (SPEC: 3.4% TO 4.0% PT)
- TYPICAL CHARGE IS 527 TO 620 GRAMS

EXAMPLE:
35,671 (PT PPM) / 10,000 = 3.5671 (% PT)
2111 / 3.5671 (% PT) = 592 GRAMS OF 88034 REQUIRED FOR THIS CHARGE

| CALCULATE 88034 FOR THIS BATCH |
|---|
| __34163__ PT PPM / 10,000 = __3.42__ (% PT) |
| 2111 / __3.42__ %PT = __617__ GMS 88034 TO CHARGE. |

Confidential Attorneys' Eyes Only

M008023

**CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION**
**MANUFACTURING INSTRUCTIONS**
**GENERAL INSTRUCTIONS**

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 11

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| JN | | **PART II** |
| JN | 22. | CHARGE 88766
(NOTE: WHEN BATCH TEMP IS 80 DEG. C OR LESS)
RECORD: __383__ LBS |
| JN | 23. | SET MIXER SPEED AT 8-12 RPM AND CONTINUE FULL COOLING. |
| N/A | 24. | ACKNOWLEDGE THE COMPLETION OF THE "PART II POLYMER" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "PART II ADDS" STEP IS NEXT. |
| JN | 25. | ADD 88610
A. ADD IN TWO ADDITIONS
B. MIX EACH ADDITION AT LEAST 30 MINUTES AT 15-20 RPM.
C. MAINTAIN THE FOLLOWING LOG: |

| ADDITION NUMBER | TIME START ADDITION | BATCH MASSED (YES/NO) | LBS ADDED | OPERATOR INITIALS |
|---|---|---|---|---|
| 1 | 2100 | yes | 54 | JN |
| 2 | 2130 | yes | 53 | JN |

| | | |
|---|---|---|
| P | 26. | COOL BATCH TO 40 DEG. C OR LESS
RECORD: TIME AT 40 DEG. C: __24:00__ |
| P | 27. | ADD 88629
RECORD: __23__ LBS ON DECK |

> **NOTE:**
> 88629 SHOULD BE CONSIDERED HAZARDOUS. CARE TO BE TAKEN DURING HANDLING TO AVOID SKIN CONTACT. WEAR RUBBER GLOVES, ORGANIC VAPOR RESPIRATOR, AND GOGGLES. IN EVENT OF CONTACT, WASH WITH SOAP AND RINSE WITH COPIOUS AMOUNTS OF WATER. DISCARD ALL CONTAMINATED CLOTHING.

| | | |
|---|---|---|
| P | 28. | ADD 88482X
RECORD: __23__ LBS |
| P | 29. | MIX BATCH APPROXIMATELY 1 HOUR AT 8-12 RPM.
RECORD: TIME START: __00:15__
TIME FINISH: __01:15__ |

**CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION**
**MANUFACTURING INSTRUCTIONS**
**GENERAL INSTRUCTIONS**

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 12

OPERATOR INITIALS | STEP NUMBER
---|---

_P_  30.  **IN-PROCESS SAMPLING**
   A. STOP MIXER BLADES
   B. SAMPLE ONE PINT TO 42 QC LAB FOR ALL OF THE FOLLOWING:

| PHYSICAL SAMPLE NO. | | 900579415 |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (OFF WHITE) | OK |
| P-15 SPECFIC GRAVITY | (1.27 – 1.33) | 1.25 |
| C-930 APP. RATE, (GMS/MIN) | (40 – 150) | 91 |

   A. IF ALL TESTS RESULTS ARE IN SPEC, GO TO NEXT STEP (PLATINUM CATALYST ADDITION)
   B. IF ANY RESULT IS OOS, RESAMPLE

RESAMPLE:

| PHYSICAL SAMPLE NO. | | 900579416 |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (OFF WHITE) | OK |
| P-15 SPECFIC GRAVITY | (1.27 – 1.33) | 1.250 |
| C-930 APP. RATE, (GMS/MIN) | (40 – 150) | 57 |

Adjustment #1
SM 9/10/09

   A. IF ALL TESTS RESULTS ARE IN SPEC, GO TO NEXT STEP (PLATINUM CATALYST ADDITION)
   B. IF ANY RESULT IS STILL OSS, CONTACT PRODUCTION ENGINEER.

_BD_ Add 100 # of 88318 filler.
_BD_ Mix for 1 hr @ 10 rpm  1300 – 1400
_BD_ Resample: phys sample #: 900579417
             Appearance  NOK
             Spec Grav  1.26
             C-930  2.1

**Confidential Attorneys' Eyes Only**                                                                 M008025

**CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION**
**MANUFACTURING INSTRUCTIONS**
**GENERAL INSTRUCTIONS**

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 13

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| | | #2  SM  9/10/09 |
| _____ | 31. | **ADJUSTMENT INSTRUCTIONS (IF REQUIRED)** |
| | | CAUTION: CONFIRM ANY OUT OF SPEC RESULTS BEFORE MAKING AN ADJUSTMENT |

ADD 50# 88766
mix for 1½ hr @ 10 RPM
Resample per Sean
BD
START 0000  BD
END 0130  BD
APP  900579511  NOK
Spec gravity 1.28
C-930 PART III  7.0

LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT OF 06230 IS LIMITED TO 10% OR LESS OF THE INITIAL CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT CHEMIST OR PRODUCTION ENGINEER.

Add 8# of 06230 (10M MINUSIL)
Add 2.3# of 88629
Mix for 1 hr @ 10 RPM
Resample: ~~physical sample~~
App NOK
Spec Gav 1.283
C-930  2.7

JM/BD  32. **ADD 88034, PLATINUM CATALYST**
RECORD: 617 GMS

Sample 1230 PM – 9/11
900579512
APP  OK
Spec Gravity 1.318
C-930  17

JM/BD  33. MIX BATCH APPROXIMATELY 15 MINUTES AT 10 RPM.
RECORD: TIME START: 17:00
TIME FINISH: 18:00

N/A  34. **ADD ALL REWORK SPECIFIED. (OMIT STEP IF NO REWORK)**

GRADE         BATCH         POUNDS
_____        _____        _____
_____        _____        _____
_____        _____        _____

N/A  35. ACKNOWLEDGE THE COMPLETION OF THE "PART II ADDS" ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "SAMPLE" STEP IS NEXT.

ADD 100# 88766 09E050 MIX FOR 1 hr + Resample

Adj  Add 5# 88629
10# 88610 MIX 1hr + Resample Per Sean – done
START MIX 1600 HR – Sample # 900579513 – APP  OK
– Spec Gravity 1.27
C-930 –  18

ADD 150# 88766 – mix 2hrs – Sample  JM/BD
F OOS – Leave Down TIL Mon.  A3 OK
P-15  1.260

Confidential Attorneys' Eyes Only

M008026

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 14

| OPERATOR INITIALS | STEP NUMBER | | |
|---|---|---|---|
| RD | 36. | IN-PROCESS SAMPLING  STOP THE BLADES, SAMPLE ONE PINT TO 42 QC LAB FOR ALL OF THE FOLLOWING: | |

| PHYSICAL SAMPLE NO. | | 900580437 |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (OFF WHITE) | OK |
| C-1258 PLATINUM, PPM | (17 – 25) | 9.0 |

19:15 Run 10 ppms / hr - Resample Don't Exceed 50°

A. IF ALL TEST RESULTS ARE IN SPEC, GO TO DROP SECTION.
B. IF ANY RESULT IS OOS, RESAMPLE.

RESAMPLE:

| PHYSICAL SAMPLE NO. | | 900580438 |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (OFF WHITE) | |
| C-1258 ~~C-1225~~ PLATINUM, PPM | (17 – 25) | 8. |

A. IF ALL TEST RESULTS ARE IN SPEC, GO TO DROP SECTION.
B. IF ANY RESULT IS STILL OOS, CONTACT PRODUCTION ENGINEER.

_____  37.  ADJUSTMENT INSTRUCTIONS (IF REQUIRED)
CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT INSTRUCTION.
ADD 300 gms. 88034 mix 15 min. Resample for A-3, C-1258. If still O.O.S. call Sean. Done JH
Physical Sample # 900580439 - A-3 - OK
                              - C1258 - 15.0 - low

N/A  38.  ACKNOWLEDGE THE COMPLETION OF THE "SAMPLE" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "DROP" STEP IS NEXT.

Add 50 gms. - JO    900580354

Confidential Attorneys' Eyes Only

M008027

**CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION**
**MANUFACTURING INSTRUCTIONS**
**GENERAL INSTRUCTIONS**

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 15

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| JM/BD | 39. | **DROP** WHEN BATCH IS IN SPEC, DROP TO STRAIGHT SIDED DRUMS (31860-06CW1A1) AND STRAIGHT LINERS (09M1), FILL EACH DRUM TO A WEIGHT OF 450 LBS. APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM: ONE LABLE ON DRUM COVER; THE SECOND MIDWAY DOWN THE DRUM ON OPPOSITE SIDE OF SEAM. VERIFY REDUNDANT GAS OFF, LOWER MAIN PURGE AT 10 SCFM. |
| JM/BD | 40. | SAMPLE 3 PINTS TO SEL QUALITY CONTROL FOR FINAL. |
| JM/BD | 41. | WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS. **RECORD:** A. TOTAL NET WEIGHT B. APPLY PALLET TAG TO EACH PALLET AND INCLUDE PALLET WEIGHT |
| N/A | 42. | ACKNOWLEDGE THE COMPLETION OF THE "DROP" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. DELETE THE COMPLETED BATCH FROM THE DELTAV SCREEN. |



**Confidential Attorneys' Eyes Only**

M008028

2300 Hrs - JN.

Added 4# 10m minusil mixing for 3 Hrs Resample
for all test phys Sample # 900580133

A-3  N/6 - Black specks

C-930  41.1  OK

P-15  1.270  OK

---

After 3Hr mix an additional 1 Hr Ant Resample
per Shawn's directive. phys Sample II 900580271

A-3  OK  ok

C-930  43.6  ok

P-15  1.260  Failed!      3:24 AM

TP- 9/15/09

Drop out 400# of FSL7210A 09J039 then mix
for 30min + Resample Complete per Sean 9/15/09
900579969

A-3  OK.

C-930  43

P-15  1.30

**Confidential Attorneys' Eyes Only**                                          M008029

88706 — 1148# — 393" + 50" + 100" + 50" + 150" = 1181 #
06230 — 76# + 8# + 4# + 4# = 92#
88385 — 305# + 100# = 405#
88625 — 260#
88660 — 107# + 80# = 187#
88679 — 23# + 2.3# + 5# = 30.3#
88682x — 23#
88034 — 617 gms — 300 gms — 50 gms = 267 gms

Total input #5
for FSC72104D
0aJ039

Confidential Attorneys' Eyes Only

M008030