UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| RES DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOMENTIVE PERFORMANCE MATERIALS INC.,<br><br>Defendant. | 5:09-cv-491-Oc-32TBS |

### AMENDED DECLARATION OF JOHN S. RAZZANO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

I, JOHN S. RAZZANO, declare the following:

1. I am employed as a process chemist by Momentive Performance Materials Inc. ("Momentive") in Waterford, New York. I have worked for Momentive and its predecessor, the General Electric Company ("GE"), for 44 years. I have worked at the Waterford facility for approximately 40 of those 44 years.

2. I received a B.S. in Chemistry from Rensselaer Polytechnic Institute ("RPI") as well as Masters of Science and Ph.D. degrees from Clarkson University in New York. My Master's Degree was in Physical Chemistry and my Ph.D. was in Polymer Chemistry. I also received a Masters of Business Administration from RPI.

3. I am a named inventor on more than 25 U.S. patents relating to chemical methods and products with an emphasis on silicone based compositions.

4. As a process chemist, I am responsible for developing methods to make certain types of materials that are used by Momentive (and GE before it) in manufacturing its products. I am familiar with FSL 7208 and FSL 7210 as well as the materials that have been used to manufacture these products.

5. I have reviewed the patent-in-suit, U.S. Patent No. 6,841,602. I also had my deposition taken in this case by counsel for RES on November 3, 2010. I was designated by Momentive to testify on behalf of the company on the technical issues and documents relating to FSL 7208 and 7210, including the batch sheets produced by Momentive.

6. GE began making and selling FSL 7208 and 7210 in Waterford, New York in the early 1980s. These products are called "two-part" fluorosilicone molding compounds because the product consists of two parts: a Part A and a Part B. When the customer wants to manufacture a product such as an electrical connector using FSL 7210, the customer will generally feed equal parts of FSL 7210A and FSL7210B into an injection molding machine. Part A and Part B flow into the mixing chamber or mold, heat is typically applied and the mixture cures (or sets) within a few seconds forming a silicone rubber part.

7. The four main components of FSL 7210A are: (a) the base copolymer (vinyl terminated 40m% polymethyl 3, 3, 3-trifluoropropylsiloxane) which is referred to by its specification number - GE 88766; (b) a 50m% fluorosilicone copolymer plasticizer

fluid which is referred to as GE 88610; (c) a platinum catalyst which is referred to as GE 88034; and (d) a process aid (polytrifluoropropylsiloxane) which is referred to as GE 88629. The four main components of FSL 7210B are: (a) GE 88766 (see above), (b) GE 88610 (see above), (c) GE 88629 (see above), and (d) a hydride crosslinker which is used as a curing agent and is referred to as GE 88104. Based on my personal knowledge and a review of the records kept by GE and Momentive, these exact same materials have been used to manufacture FSL 7210A and FSL 7210B from the 1980's to date.[1]

8. The four main components of FSL 7208A are: (a) the base copolymer (vinyl terminated 28m% polymethyl 3, 3, 3- trifluoropropylsiloxane polydimethylsiloxane) which is also referred to by its specification number - GE 88676, (b) the same fluorosilicone plasticizer as in FSL 7210 – GE 88610; (c) the same platinum catalyst as in FSL 7210A - GE 88034, and (d) the same process aid as in FSL 7210A – GE 88629 (the saleable form is known as FF 7149). The four main components in FSL 7208 B are: (a) GE 88676, (b) GE 88610, (c) GE 88629, and (d) the same hydride crosslinker as in FSL 7210B – GE 88104. Based on my personal knowledge and a review of the records kept by GE and Momentive, these exact same materials have been used to manufacture FSL 7208A and FSL 7208B from the 1980's to date.

9. I recall that in the mid-1980s, a small amount of magnesium oxide was added to the B component of each product to prevent premature curing at the customer's manufacturing facility. This is the only change of any significance in the products that I am aware of since sales began in the early 1980s.

---

[1] The process to make GE 88610 changed slightly in the 1980s but the chemical

10. I understand that RES has alleged that the polytrifluoropropylsiloxane listed in a Material Safety Data Sheet for FSL 7210 dated August 28, 2007 (Exhibit A hereto) is a polyfluoroalkylsiloxane ("PFAS") additive as required by the claims of U.S. Patent No. 6,841,602. FSL 7208 and 7210 have contained the same polytrifluoropropylsiloxane for over 25 years. As mentioned above, this material has been referred to internally at GE and Momentive by its specification number, GE 88629. It is also individually sold outside the company by its brand name FF 7149 and is sometimes referred to in batch sheets and other documents by this number. GE 88629 and FF 7149 are chemically identical. They are referred to within the company as a process aid, a hydrolyzate and/or a fluorosilicone siloxanol (or silanol) fluid.

11. By way of example, in the process letter for FSL 7210, dated September 7, 1983, the "Procedure" in Section 3 for making FSL 7210 calls for a Fluorosilicone Silanol Fluid having Specification No. GE 88629. [Ex. B, M000019]. The amount of GE 88629 used in the composition, which is 1.5 – 2.0 parts, appears in Section 2 of the Process Letter. The Process Letter specifies that you can use 1.5 – 2.0 parts of GE 88629 or 3.1 parts of GE 88658 (a filtered fluorosilicone hydrolyzate). Both GE 88629 and GE 88658 are polytrifluoropropylsiloxanes. Both amounts are less than 5% of the entire composition.

12. The process letter for FSL 7208, dated August 2, 1983, also identifies GE 88629 as the Fluorosilicone Process Aid. [Ex. C, M000092]. The amount used in the

---

composition of the material remained the same.

base is identified as 3.1 Parts of 149.1 Parts or 2.08% of the Base. This is less than 5% of the entire composition.

13. It has been standard practice at GE and Momentive that if a material is labeled with a specific internal specification number (like 88629), then the chemical composition of the material stays the same regardless of whether the material was made in 1987 or 2007. This is important because if these materials are used to make other products, even a slight change in composition could adversely affect the properties of the final product.

14. As I testified at my deposition, every time a product is made at the Waterford, New York facility, a batch sheet is generated. The batch sheet contains the exact formulation and identifies the number of pounds or grams of every ingredient used in the formulation. The batch sheets show exactly what was made.

15. In an effort to determine whether there have been any changes to the formulation or the ingredients for FSL 7210 over the last thirteen and one-half years, I reviewed a number of original batch sheets from March 1998, November 1998, May 1999 and September 2009. Attached to my Declaration are true and correct copies of the following batch sheets:

> Exhibit D: March 1998 Batch Sheet No. HC561 for FSL 7210A;
>
> Exhibit E: March 1998 Batch Sheet No. HC561 for FSL 7210B;
>
> Exhibit F: November 1998 Batch Sheet No. HM563 for FSL 7210A;
>
> Exhibit G: November 1998 Batch Sheet No. HM563 for FSL 7210B;
>
> Exhibit H: May 1999 Batch Sheet No. JE566 for FSL 7210A;

> Exhibit I: May 1999 Batch Sheet No. JE566 for FSL 7210B;
>
> Exhibit J: September 2009 Batch Sheet No. 09J039 for FSL 7210A (pages 1-3 and 11-15);
>
> Exhibit K: September 2009 Batch Sheet No. 09J039 for FSL 7210B (pages 1-4, 10-15 and 17).

16. By way of example, Exhibit H is a copy of the batch sheet for Batch JE566 for the A component of FSL 7210. Preparation of the Batch was started on May 26, 1999 at 3:15 p.m. (Ex. H, M007438) and it was completed on May 27, 1999 at 12:00 a.m. (*Id.*, M007444). The summary page on the front of the document contains columns that list: the materials that were used by number and summary description, the batch or tank that the materials came from, the amount called for by the formula, the amount actually used and the initials of the operator that was responsible for that step in the process. (Ex. H, M007431). At the bottom of the column titled "POUNDS USED" is the total pounds used for all of the materials. The next page of the batch sheet provides the weight of the material after the process is performed; in this case, 2161 pounds. (*Id.*, M007432). From that amount, six 55 gallon drums of FSL 7210A were prepared. (*Id.*, M007432). As seen on the first page of this batch sheet, 24 pounds of GE 88629 (the polytrifluoropropylsiloxane fluid) was used in the process. 24 pounds is 1.06% of the 2,261 pounds of materials that were used in the process and 1.11% of the final output.

17. Attached as Exhibit L is a chart that lists all of the materials used to make FSL 7210 A and B in March 1998, November 1998, May 1999 and September 2009. As noted in the footnote to the chart, GE 88482X (the internal specification number) and SF

1173 (the saleable form of GE 88482X) are identical chemicals. As Exhibit L shows, the materials used to make these products have not changed. The only other specification number that is different is the "D4 & HDMZ Treated Filler." GE 88964 and GE 88318 are both Hexamethyldisilazane treated silicone dioxide which is a solid powder used as a filler. These two materials (GE 88964 and GE 88318) are chemically identical and are interchangeable. In fact, GE 88318, which was used in the 2009 batch sheet, was also the silazane treated fumed silica filler specified in the 1983 Process Letter for FSL 7210. [See Ex. B, M000019].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2012 in Waterford, New York.

_____
John S. Razzano

30665392.doc

## **CERTIFICATE OF SERVICE**

I certify that on January 30, 2012, a true copy of the foregoing AMENDED DECLARATION OF JOHN S. RAZZANO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY was filed via electronic filing with the Clerk of Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system directly upon all counsel of record.

        /s/Lisa Ng
        Lisa Ng

30665802.doc