# EXHIBIT B

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION             SEP 9 1983

PROCESS LETTER

SECTION I

Product No.: FSL 7210                Two-Part Fluorosilicone
Issue No. 2                          Molding Compound
                                     Date: September 7, 1983

A two-part addition cured fluorosilicone molding compound for electrical connectors this system provides better resistance to tension set. The lower viscosity of this compound -- when mixed 1:1 -- increases productivity while reducing flash. The system provides a working shelf life up to 10 days (at RT) when mixed

This is a <u>platinum catalyzed composition</u>, and as such, the compound and all of the components -- of the formulation -- must be prepared under a nitrogen atmosphere. <u>Inert gas is not suitable</u>; it can contain trace amounts of carbon monoxide which is a known poison for platinum - contact of either the compound or any of the components with said gas might adversely offset the performance of this material.

| | |
|---|---|
| Product Responsibility | RFP Product Services Section |
| Process Responsibility | FRS Manufacturing Engineering |
| Release Responsibility | FRS Quality Control |

Manager - RFPD Products Services Section

Distribtution

R. C. Atwood
G. R. Browning
R. B. Bush
E. R. Evans
D. J. Lussier
N. J. Reo (2)
M. P. Scarbel (2)
E. I. Stein
A. Torkelson
Library
Legal Operation
Medical Operation (Sec. 7)

Evans
EXHIBIT NO. 3
11/2/10
K. SCHMIEDER

Confidential - Attorneys' Eyes Only

M000014

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 2

COMPOSITION, TESTS AND SPECIFICATIONS

Product No.: FSL 7210  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date: September 7, 1983

COMPOSITION BASE

| Material | Specification | Lbs/100 lbs. Product | % |
|---|---|---|---|
| Vinyl terminated polymethyl 3,3,3-trifluoropropylsiloxane copolymer | GE 88766 | 100 | 67.07 |
| Silazane treated Fumed Silica | GE 88318 | 16.0 | 10.73 |
| Silazane treated Zeothix 95 | GE 88625 | 21.0 | 14.08 |
| 10 Micron Minusil | WERMI 6230 | 5 | 3.35 |
| 1/2M-1/2 Vi Chainstopped 50m % FS copolymer fluid | GE 88610 | 4 | 2.68 |
| Fluorosilicone Silanol Fluid | GE 88658* | 3.1 | 2.08 |
| | | 149.1 | 99.99 |

*can be replaced with 1.5-2.0 parts 88629

A- Portion                                                          Parts

| | | | |
|---|---|---|---|
| -- | Base | 100 | (149.1) |
| Platinum Catalyst | GE 88034 | .056 | (.084) |
| Diallylmaleate | WERMI 6861 | .06 | (.090) |

B- Portion                                                          Parts

| | | | | |
|---|---|---|---|---|
| -- | Base | 100 | (149.1) | 96.54 % |
| Color Masterbatch | GE 88656 | 2.28 | (3.4) | 2.20 |
| Hydride Crosslinker | GE 88104 | 1.30 | (1.94)** | 1.26 |
| | | 103.58 | | |

** Amt only valid for 88104 having <u>0.87 wgt% hydrogen</u> and the <u>88766 with an HP level of 0.18 wgt%</u>. See attached curve for 88104 level versus HP content of 88766.



GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 2

COMPOSITION, TESTS AND SPECIFICATIONS   (Continued)

Product No.:  FSL 7210  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date: September 7, 1983

PRODUCT TESTS & SPECIFICATIONS

Unmixed

| Test No. | Property | Specification |
|---|---|---|
| A-7 | Color, Part A | Off-white |
| A-7 | Color, Part B | Reddish Brown |

Mixed Properties

| Test No. | Property | Specification |
|---|---|---|
| A-7 | Color | Reddish Brown |
| E-2 | Appearance | Devoid of lumps and foreign particles |
| P-3D | Working Shelf Life at 75°F, days to 10MM cps. | 4 - 10 days |
| U-43 | Penetration, MMX$10^{-1}$ | 22 - 30 |
| P-3 | Brookfield viscosity, 2 min. reading, No. 7 Spindle, 10 RPM, 77°F, cps. | 850M - 1,500M |
| C-1097 | Rheometer, Model 100, 1°ARC, 400°F (Ea 204°C) 25 range, 6" Motor  T-90, seconds  Maximum reading at 3 min. | 0.25 - .85 min.  40 - 65 |
| S-47 | RTV Sheet Preparation Equal amounts of A&B | 5"/350°F and PB 8 hrs/400°F |
| E-3 | Shore A | 45 ± 5 |

Confidential - Attorneys' Eyes Only

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 2

COMPOSITION, TESTS AND SPECIFICATIONS

Product No.: FSL 7210  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date: September 7, 1983

PRODUCT TESTS & SPECIFICATIONS (Continued)

Mixed Properties (continued)

| Test No. | Property | Specification |
|---|---|---|
| E-1 | Tensile strength, psi | 600 (min) |
| E-1 | Elongation | 320 (min) |
| E-19 | Tear, Strength, psi | 80 (min) |
| P-15 | Specific gravity | 1.30 ± 0.03 |
| E-11 | Compression Set, 22 hrs/350°F | 35 (max) |
| E-73 | Shrinkage | 4.0 ± 0.05 |
| U-11A | Bashore | 30 (min) |
| L-20A | Dielectric Strength, on 0.075 inch ASTM sheet | 400 volts/mil (min.) |

_R. C. Atwood  8/5/83_  
Process Engineer

_G. Robert Evans_  
Product Chemist

_H. R. Browning  9/7/83_  
Manager-Quality Control

_[signature]  9/7/83_  
Manager-RFPD Product Service Section

_R. C. Atwood  8/5/83_  
Manager-PS&E Manufacturing Engr.

_[signature]  9/7/83_  
Manager-Research & Program Development

_E. Finale  08/05/83_  
Manager-Production

Confidential - Attorneys' Eyes Only                                                                                         M000018

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 3

PROCEDURE

Product No.: FSL 7210  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date: September 7, 1983

Properties of Inputs and Products

| Material | Specification | Mol. Wgt. | B.P. °C/ATM | Density |
|---|---|---|---|---|
| Vinyl terminated, 40m% methyl-3,3,3-trifluoro-propylsiloxane-polydimethyl-siloxane copolymer | GE 88766 | ca 44-47M($\bar{M}_w$) | - | 1.119 - 1.131 |
| Silazane treated fumed silica | GE 88318 | - | - | 0.20 - 0.25 (bulk values) |
| Silazane treated Zeothix 95 | GE 88625 | - | - | 0.160 - 0.165 (bulk values) |
| Drakenfeld black/red iron oxide masterbatch | GE 88656 | - | - | - |
| Hydride crosslinker | GE 88104 | - | - | 1.19 - 1.21 |
| Platinum Catalyst | GE 88034 | - | - | 1.017 |
| Fluorosilicone Silanol Fluid | GE 88629 | - | - | 1.29 - 1.33 |
| 1/2M - 1/2Vi chain stopped 50m% fluorosilicone copolymer fluid | GE 88610 | 8-10M | - | 1.55 - 1.182 |
| 10 Micron Minusil | WERMI 6230 | - | - | - |
| Diallylmaleate | WERMI 6861 | 196 | 260° | 1.077 |

Introduction

A two-component fluorosilicone molding compound for electrical connectors which provides good electrical properties and displays good processability. This compound also demonstrates good resistance to both tension set and compression set. The separate components display good shelf life with a viscosity of 1-2MM upon standing for 90 days at RT (77°F) - when mixed, a working shelf life -- time to 10MM cps viscosity -- of 10 days at RT is observed.

Confidential - Attorneys' Eyes Only

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 3

PROCEDURE   (Continued)

Product No.: FSL 7210  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date:  September 7, 1983

Introduction   (continued)

Diallylmaleate (inhibitor) has a tendency to polymerize on standing - any material which appears to be hazy, high in viscosity (syrup like) or a semi-solid should not be used.

Equipment:

A stainless steel (SS316) vessel which is capable of being agitated should be used - Doughmixer or change-can mixer. The reactor is cleaned prior to using via an approved solvent -- capable of cleaning the vessel - followed by a wipe-down then nitrogen purge dried.

BASE

Process:

To a clean vessel charge all the 88766 then add the 10 micron Minusil. Complete the compounding of the base accordingly.

- Add the 88318 in three equal additions - mixing well between each increment to insure massing. Blade scraping may be required.

- Add the 88625 in three equal additions - mixing well between additions.

- Mix the batch for one hour, scrape walls and blades of mixer if necessary.

- Add the 88610, and when dispersed, heat batch to 120-135°C under nitrogen purge for 2 hours.

- Cool down mixture to 50°C then add the 88629, after the material is thoroughly dispersed, cool batch temperature down to less than 50°C and drop the batch.

- Filter batch thru 75 micron spiral wound filter.

PART A

- To a clean and dry vessel add the base material then add the 88034; mix thoroughly for 30 minutes.

Confidential - Attorneys' Eyes Only

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 3

PROCEDURE (Continued)

Product No.: FSL 7210  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date: September 7, 1983

PART A (Continued)

º   Add the diallylmaleate and mix thoroughly for 30 minutes then cool to less than 50°C.

º   Drop the A portion out, package, and label.

Process

PART B

To a clean and dry vessel charge the base material.

º   Add the 88656 and mix thoroughly for 30 minutes.

º   Cool the batch to less than 40°C and add the hydride crosslinker -- 88104 -- and mix thoroughly for 30 minutes to one hour while cooling.

º   Drop the batch, package and label part B.

_____  _____  
RC Atwood  8/5/83              E. Robert Evans  
Process Engineer               Chemist

Confidential - Attorneys' Eyes Only

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 4

FLOW SHEET

Product No. FSL 7210  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date: September 7, 1983



R.C. Atwood 8/5/83  
Process Engineer

E. Robert Evans  
Chemist

Confidential - Attorneys' Eyes Only

M000022

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 5

Product No. FSL-7210　　　　　　　　　　Two-Part Fluorosilicone
Issue No. 2　　　　　　　　　　　　　　　Molding Compounding
　　　　　　　　　　　　　　　　　　　　Date:　September 7, 1983


Manufactured under RPMs 42133, 42134 and 42135, April 5, 1982.

Process Letter, Issue No. 1, 18 August 82.


　　　　　　　　　　　　　　　　　　_E. Robert Evans_____
　　　　　　　　　　　　　　　　　　Chemist

Confidential - Attorneys' Eyes                                                      M000023

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 6

Product FSL-7210  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date: September 7, 1983

## PATENT STATUS

To the best of my knowledge, the subject Process Letter and the product derived therefrom (circle appropriate response):

1. Does/does not        contain patented subject matter as found in U. S. Patent _____.

2. (Does)/does not       contain subject matter contained in an application for U. S. Patent (i.e. patent pending).

3. (Is)/is not            the subject of an SPBD patent disclosure letter (60 SI- <u>449</u>).

I understand that in order to avoid statutory penalties for the mismarking of products under 35 U.S.C. 292, Division Patent Counsel shall be notified of all changes to the subject Process Letter.

_____  
Process Development Chemist

_____  
Manager-RFPD Product Service Section

Confidential - Attorneys' Eyes Only      M000024

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 7

MATERIALS HANDLING & SAFETY

Product No. FSL 7210  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date: September 7, 1983

### 40m% Polymethyl - 3,3,3-trifluoropropylsiloxy polydimethylsiloxane copolymer, 88766

The copolymer should be handled with care. The physiological properties are unknown; but the material is suspected of having biological and/or physiological activity. Until information is available concerning its character, avoid all topical contact. If contact is made, emulsifyu the material with liquid detergent; then rinse with copious amounts of water. All contaminated clothing should be discarded.

### 1/2M 1/2Vi Terminated, 50m% Polymethyl-3,3,3-trifluoropropylsiloxy polydimethyl-siloxane copolymer, 88610

A copolymer plasticizer fluid which is suspected of having biological and/or physiological activity. Avoid ingestion or topical contact; if contact is made, first emulsify with liquid detergent then rinse with copious amounts of water.

### Silazane treated MS-7 Fumed Silica, 88318

The filler is considered to be non-hazardous, however, inhalation of large quantities of airborne particles (dust) should be avoided. A face mask should be worn when adding material from containers to DMX to reduce the tendency for respiratory irritation.

### Silazane treated Zeothix 95, 88625

The filler is considered to be non-hazardous, however, it can be somewhat dusty when dealing with bulk quantities. A face mask should be worn when loading DMX to reduce the tendency for respiratory irritation.

### Diallylmaleate, WERMI 6861

An inhibitor for platinum which should be stored in a sealed container at temperatures below 80°F. The material is moderately toxic and has an acute oral LD50 of 1040 mg/Kg in rats; the acute dermal LD50 is 500 mg/Kg for rabbits which is toxic. The material causes both eye and skin irritation; care should also be taken to avoid inhalation of the fumes (b.p. = 260°C). In the event of eye or skin contact, flush with water for at least 15 minutes then seek help from a physician. In the event of a spill, absorb on inert material, e.g., floor dry, sawdust, or sand for incineration (98-7091-30) with vapor scrubbers.

Confidential - Attorneys' Eyes                                                                                                          M000025

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section 7

MATERIALS HANDLING & SAFETY (CONTINUED)

Product No. FSL 7210　　　　　　　　　　　　　Two-Part Fluorosilicone
Issue No. 2　　　　　　　　　　　　　　　　　 Molding Compound
　　　　　　　　　　　　　　　　　　　　　　　Date: September 7, 1983

### Hydride Crosslinker, 88104

A low viscosity fluid which is flammable, but non toxic. A reactive material which must be kept away from open flames and caustic solutions. Scrap material or cleaned up spills should be disposed of in accordance with 22-7035-30.

### Fluorosilicone Hydrolyzate, 88658

A mixture of cyclics and linear silanol species, the toxicity of which is presently unknown. The material should be considered to be potentially hazardous, and care must be taken to avoid topical contact. The material should be first emulsified with a liquid detergent then rinsed thoroughly with water. All contaminated clothing should be discarded.

### Platinum Catalyst, 88034

Alcoholic reaction product of chloroplatinic acid with 2-ethylhexanoic acid. The catalyst is considered to be non-hazardous, but flammable. Care should be taken to insure against contact with open flames.

　　　　　　　　　　　　　　　　　　　　　　　E. Robert Evans
　　　　　　　　　　　　　　　　　　　　　　　Process Chemist

Confidential - Attorneys' Eyes Only　　　　　　　　　　　　　　　　　　　　　　　M000026

GENERAL ELECTRIC COMPANY

SILICONE PRODUCTS BUSINESS DIVISION

PROCESS LETTER - Section

ENVIRONMENTAL IMPACT

Product No. FSL-7210  
Issue No. 2

Two-Part Fluorosilicone  
Molding Compound  
Date: September 7, 1983

The effect of the individual parts or the final compound upon the environment is thought to be minimal. The compound does not have an appreciable vapor pressure, is insoluble in water, and has sufficient green strength to resist flow. Cleanup of spills can be facilitated thru the use of floordri or sand to absorb the somewhat sticky mess. All residues should be disposed of in accordance with the following code P-7251-30.

_____  
Process Chemist

_____  
Process Engineer   8/5/83

0774h  
6/7/83

Confidential - Attorneys' Eyes Only                                                                                          M000027