# EXHIBIT E

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   2              MANUFACTURING INSTRUCTION            DATE    03/18/98
                         GENERAL INSTRUCTIONS
```

GRADE    FSL7210BD                  EQUIP DMXR3
BATCH    HC561        ***************************************   CC    3810
                      *      PRODUCTION SYSTEM              *   BLDG  42
                      ***************************************

OPERATOR    STEP                                                   3/23
INITIALS    NUMBER                      ③              707581      1000
                                                                   425
  A1+        1  DATE COMPOUNDED _____       FSL7210BD
                                              NO. 3 DMX
               MANUF. ORDER NO. _____       BATCH NO. |H|C|5|6|1|

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH, TANK, OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT: POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| 88766 | PART I POLYMER | HC 631 | | PH | 1125# | 1125 | A1+ |
| 88656 | RED MASTERBATCH | GC 047 | 1-5-C | | 52# | | |
| 06230 | 10 MICRON MINUSIL | HA 033 Cert 031 | | | 76# | 50 / 26 | AH |
| 88964 | D4 & HMDZ TR. FILLER | | | TF HOPPER #1 | 305# | 305 | A1+ |
| 88625 | ZEOTHIX 95 TR. FILLER | 6N 031 | | | 260# | 206 | AH |
| 88766 | PART II POLYMER | HC 631 | | PH | 400# | 400 | (init) |
| 88610 | FLUORO. PLASTICIZER | GG 150 | | DMX | 92# | 93# | (init) |
| ~~FP7149~~ 88629 | FLUORO. HYDROLYZATE | HC 859 | | DMX | 23# | 23# | (init) |
| 06435 | STAN MAG 112 | GC 048 | | DMX Scale 25A | 4# | 4 | (init) |
| ~~SF1173~~ 88452 | TETRAMER | HA 915 | | | 23# | 23# | (init) |
| 06861 | DIALLYL MALEATE | DH001 | | DMX | 970GMS | 970gm | (init) |
| *88104 | HYDRIDE | HA 399 | | | 40# | 40# | (init) |
| | | | | | 2400# | 2351 | TOTAL |

1181

352 539
   533

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     M007669

* 88104 CALCULATION ON NEXT PAGE.(PAGE 2)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007670

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE    3                MANUFACTURING INSTRUCTION             DATE    03/18/98
                               GENERAL INSTRUCTIONS

   GRADE    FSL7210BD                  EQUIP DMXR3
   BATCH    HC561        ***********************************    CC    3810
                         *          PRODUCTION SYSTEM       *    BLDG  42
                         ***********************************
   OPERATOR      STEP
   INITIALS      NUMBER

       CONTINUED      1    _____   _____
                          !OUTPUT           !  ! !CONTAINERS                          !
                          !_____!__! !_____!
                          !MATERIAL !POUNDS!  ! !       ! NO. OF CONT.!              !
                          !_____!_____!  ! ! CODE  ! NEW ! USED  ! DESCRIPTION  !
                          !FSL7210BD!      !  ! !_____!_____!_____!_____!
                          !_____!_____!  ! ! 55G9  !     !       !55 GAL OT DRUMS!
                                               ! !_____!_____!_____!_____!
                                               ! ! 09M3  !     !       !ACCORDIAN LINERS!
                                               ! !_____!_____!_____!_____!
```

## 88104 CALCULATION (ST'D.= 0.90 H2)

O   MUST KNOW THE %H2 IN THE 88104 (SPEC.= 0.80% TO 1.2% H2)

O   TYPICAL CHARGE: 28 TO 43 LBS.


  __34__  =  _40_  LBS. 88104 TO CHARGE.
  0.84 %H2

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              M007671

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    4                       MANUFACTURING INSTRUCTION              DATE    03/18/98
                                  GENERAL INSTRUCTIONS

GRADE     FSL7210BD                         EQUIP DMXR3
BATCH     HC561           *********************************      CC    3810
                          *         PRODUCTION SYSTEM      *      BLDG  42
                          *********************************
OPERATOR    STEP
INITIALS    NUMBER

   CONTINUED      1  GENERAL
```

1. FSL7210B IS THE CROSSLINKING AGENT OF A TWO PART MOLDING COMPOUND WHICH IS USED FOR THE MANUFACTURE OF ELECTRICAL CONNECTOR INSERTS.

2. BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT, YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION.

3. INITIAL EACH STEP AS IT IS COMPLETED ON THE INSTRUCTIONS, SLASH, IF INCMPLETE.

4. WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN SELECTING CORRECT MIXER BLADE SPEED.

**SAFETY INSTRUCTIONS**

1. OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE RUNNING THIS EQUIPMENT.

2. BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS; PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS.

3. WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC CHARGE AND SPARKS.

4. THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE SET AT A MINIMUM FOR THE OPERATION OF THE MIXER.

5. USE DUST RESPIRATOR WHEN CHARGING FILLERS.

6. ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE DISCUSSED WITH THE C.O. AND RESOLVED BEFORE PROCEEDING.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                  M007672

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE    5                     MANUFACTURING INSTRUCTION               DATE   03/18/98
                                   GENERAL INSTRUCTIONS
  GRADE    FSL7210BD                       EQUIP DMXR3
  BATCH    HC561        ******************************************  CC    3810
                        *          PRODUCTION SYSTEM              *  BLDG  42
                        ******************************************
  OPERATOR    STEP
  INITIALS    NUMBER

   CONTINUED     1  MATERIAL HANDLING & SAFETY OBSERVATIONS
```

### 88766 - VINYL STOPPED FLUOROSILICONE POLYMER

THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION ONLY.

### 88656 - RED MASTERBATCH

THIS IS A VINYL STOPPED FLUOROSILICONE POLYSILOXANE CONTAINING INERT PIGMENTS. GREASE LIKE CONSISTENCY. POSSIBLE HAZARD BY INGESTION ONLY.

### WERMI 06230 - 10 MICRON MINUSIL

THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK MUST BE USED WHEN HANDLING THIS MATERIAL.

### 88964 - TETRAMER & HMDZ TREATED FUMED SILICA

FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN IRRITATING DUST IF INHALED.

### 88625 - ZEOTHIX 95 TREATED PRECIPITATED SILICA

A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A DUST MASK WHILE HANDLING.

### 88610 - FLUOROSILICONE PLASTICIZER

THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN 200F. POSSIBLE HAZARD BY INGESTION ONLY.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          M007673

```
               GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE    6                      MANUFACTURING INSTRUCTION              DATE    03/18/98
                                      GENERAL INSTRUCTIONS

    GRADE     FSL7210BD                    EQUIP DMXR3
    BATCH     HC561        *******************************        CC      3810
                           *      PRODUCTION SYSTEM       *        BLDG    42
                           *******************************
    OPERATOR    STEP
    INITIALS    NUMBER
```

CONTINUED       1   **FF7149/88629 - FLUOROSILICONE HYDROLYZATE**

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

**WERMI 06435 - STAN MAG 112**

A RELATIVELY INACTIVE FORM OF MAGNESIUM DIOXIDE. INHALATION CAN CAUSE NASAL IRRITATION; WEAR A DUST MASK. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, FLUSH WITH WATER FOR 15 MINUTES.

**SF1173/88482 - METHYL TETRAMER**

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF IRRITATION PERSISTS.

**WERMI 06861 - DIALLYL MALEATE**

THIS IS TOXIC BY INGESTION, SKIN PENETRATION, AND INHALATION; THEREFORE, GREAT CARE MUST BE TAKEN WHEN HANDLING THIS PRODUCT] WEAR RUBBER GLOVES, RUBBER APRON, FACE SHIELD, AND NON-VENTED GOGGLES. DAM (06861) HAS A SPECIFIC GRAVITY OF 1.073 AND IS NOT VERY VOLATILE, BUT CARE SHOULD BE TAKEN TO AVOID BREATHING VAPORS. IN THE EVENT OF SKIN OR EYE CONTACT, THE AFFECTED AREA SHOULD BE FLUSHED WITH COLD WATER FOR 15 MINUTES. IF SPLASHED ON CLOTHES, REMOVE AND WASH BEFORE REUSE AS DAM (06861) IS CONSIDERED TOXIC BY SKIN PENETRATION. CONTACT THE MEDICAL CENTER IN THE EVENT OF ANY ABNORMAL OR ACCIDENTAL EXPOSURE.

**88104 - RESIN HYDRIDE**

A CLEAR, COLORLESS, LOW VISCOSITY LIQUID. MAY HAVE A SLIGHT SULFUROUS ODOR. THIS IS A HYDRIDE FLUID AND CARE SHOULD BE TAKEN TO AVOID CONTACT WITH STRONG ACIDS OR BASES SINCE HYDROGEN GAS CAN BE GENERATED.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                 M007674

```
              GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE    7                   MANUFACTURING INSTRUCTION             DATE     03/18/98
                                  GENERAL INSTRUCTIONS

    GRADE    FSL7210BD                  EQUIP DMXR3
    BATCH    HC561        ******************************   CC   3810
                          *      PRODUCTION SYSTEM     *   BLDG  42
                          ******************************
    OPERATOR  STEP
    INITIALS  NUMBER

             CONTINUED     1
                                        MANUAL GUM WEIGHING FORM
```

                    DOUGHMXR NO.: _____.

                    PROD. GRADE: _____.

                    BATCH NUMBER: _____.

                                            **A**       **B**      **C**      **D**

            INPUT MAT'L.:   88766    ____    ____    ____    ____

            LBS. REQUIRED:  1525     ____    ____    ____    ____

            GROSS WEIGHT:   1741     ____    ____    ____    ____

            TARE WEIGHT:    ____     ____    ____    ____    ____

            NET WEIGHT:     ____     ____    ____    ____    ____

            CORRECTION:
            (IF REQUIRED)   ____     ____    ____    ____    ____


            OPERATOR'S SIGNATURE:   _____.


            CONTROL OPERATOR'S
                  (OR)
            SUPERVISOR'S SIGNATURE: _____.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             M007675

```
           GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE    8                    MANUFACTURING INSTRUCTION           DATE    03/18/98
                              SYSTEM PREPARATION INSTRUCTIONS
  GRADE    FSL7210BD                    EQUIP DMXR3
  BATCH    HC561      *******************************************    CC    3810
                      *           PRODUCTION SYSTEM              *    BLDG  42
                      *******************************************

  OPERATOR     STEP
  INITIALS     NUMBER
```

___AH___    1 **SYSTEM PREPARATION**

   RECORD ON THE INSTRUCTIONS:
   O   ALL INGREDIENT ADDITIONS.
   O   MIX TIMES - START AND FINISH.
   O   ANY DATA SPECIFICALLY REQUESTED.
   O   INITIAL EACH STEP COMPLETED, SLASH, IF INCOMPLETE.

___AH___    2 THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY
   CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER
   BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A
   PREVIOUS BATCH OF FSL7210BD IS PERMITTED.

   A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210BD IS
   REQUIRED.

   RECORD: PREVIOUS MATERIAL IN MIXER: __966WD__ .
           TYPE OF CLEANOUT PERFORMED:  __S/O__ .

   MIXER CLEAN AND READY FOR USE:_____ .
                                 (CONTROL OPERATOR'S INITIALS)

___AH___    3 BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE
   IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE
   CORRECT.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007676

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE    9                  MANUFACTURING INSTRUCTION              DATE    03/18/98
                                PROCESS INSTRUCTIONS

  GRADE    FSL7210BD                     EQUIP DMXR3
  BATCH    HC561        *******************************       CC   3810
                        *    PRODUCTION SYSTEM         *       BLDG 42
                        *******************************

  OPERATOR     STEP
  INITIALS     NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| Alt | 1 | **POLYMER CHARGING (PART I).**<br>(A) **RECORD BATCH START: DATE** 3/19 **TIME** 23:00<br>(B) APPLY FULL COOLING TO MIXER BOWL AND BLADES. |
| Alt | 2 | **CHARGE 88766 (PART I).**<br>RECORD: BATCH HC631 POUNDS 1125 |
| Alt | 3 | CLOSE MIXER COVER. |
| Alt | 4 | SET THE NITROGEN PURGE TO MINIMUM FOR MIXER USED. |
| Alt | 5 | **FILLER ADDITIONS**<br>ADD (06230) 10 MICRON MINUSIL.<br>RECORD: BATCH HA035/037 POUNDS 76 |
| Alt | 6 | MIX BATCH AT LEAST 15 MINUTES AT 18-22 RPM.<br>RECORD: TIME START _____ FINISH _____ |
| Alt | 7 | ADD 88964 IN THREE (3) ADDITIONS:<br>O  MIXER SPEED 8-12 RPM, OR LOWER TO AVOID FILLER LOSS.<br>O  MIX EACH ADDITION AT LEAST 15 MIN., OR UNTIL MASSED.<br>O  MAINTAIN FOLLOWING LOG: |

**88964 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88964 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 100 | 0045 | 0115 | 8 | 13 | |
| 2 | 100 | 01:30 | 0145 | 8 | 16 | |
| 3 | 105 | 0200 | 0215 | 8 | 14 | |

RECORD: TOTAL LBS. 88964   305   BATCH NO. _____

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007677

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
 PAGE   10                   MANUFACTURING INSTRUCTION               DATE    03/18/98
                                PROCESS INSTRUCTIONS
  GRADE      FSL7210BD                   EQUIP DMXR3
  BATCH      HC561       ***********************************   CC    3810
                         *         PRODUCTION SYSTEM       *   BLDG  42
                         ***********************************
  OPERATOR       STEP
  INITIALS       NUMBER
```

_A l h_                8  **ADD 88625** IN THREE (3) ADDITIONS.
                          O  MIX EACH ADDITION AT LEAST 20 MINUTES, AT A SPEED THAT
                             WILL AVOID EXCESSIVE FILLER LOSS.
                          O  MAINTAIN FOLLOWING LOG:

                             88625 FILLER ADDITION LOG

| ADDITION NUMBER | POUNDS 88625 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 85 | 0230 | 0245 | 2 | 15 | |
| 2 | 85 | 0315 | 0330 | 2 | 15 | |
| 3 | 90 | 0400 | 0415 | 2 | 16 | |

RECORD: TOTAL LBS. 88625  _260_   BATCH NO. _6N031_

_A N_                  9  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
                          SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                M007678

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   11              MANUFACTURING INSTRUCTION                 DATE    03/18/98
                          PROCESS INSTRUCTIONS

GRADE    FSL7210BD                 EQUIP DMXR3
BATCH    HC561       *******************************************  CC   3810
                     *          PRODUCTION SYSTEM              *  BLDG 42
                     *******************************************

OPERATOR      STEP
INITIALS      NUMBER
```

__AK__          10  **HEAT-UP AND COOK**

       O  SET MIXER AT MAXIMUM SPEED.
       O  SET THE NITROGEN GAS PURGE AT <u>30 SCFM</u>.
       O  TURN ON REDUNDANT NITROGEN GAS PURGE.

__AK__          11  SET THE TEMPERATURE CONTROLLER AT 125C.
       O  HEAT BATCH TO 120-130C. **DO NOT EXCEED 140C.**

__FS__          12  COOK BATCH 4 HOURS AT 120-130C.
       O  RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG:

### COOK LOG

| OPERATOR | TIME  | MIXER RPM | BATCH TEMP. | N2 FLOW RATE | COMMENTS |
|----------|-------|-----------|-------------|--------------|----------|
| FS       | 11:00 | 10        | 120         | 30           |          |
| FS       | 12:00 | 10        | 122         | 30           |          |
| FS       | 13:00 | 10        | 124         | 30           |          |
| FS       | 14:00 | 10        | 124         | 30           |          |
| FS       | 15:00 | 10        | 125         | 30           |          |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007679

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   12                    MANUFACTURING INSTRUCTION               DATE   03/18/98
                               PROCESS INSTRUCTIONS
GRADE    FSL7210BD                       EQUIP DMXR3
BATCH    HC561        ******************************************    CC    3810
                      *           PRODUCTION SYSTEM            *    BLDG  42
                      ******************************************
```

OPERATOR    STEP
INITIALS    NUMBER

*PS*   13 **COOLING**

   (A) SET MIXER SPEED AT A MINIMUM.
   (B) APPLY FULL COOLING TO MIXER.

*WA*   14 WHEN BATCH REACHES 80C. OR LESS, CONTINUE PROCESS.
      RECORD: TIME BATCH AT 80C. __1700__

*WA*   15 REDUCE NITROGEN GAS PURGE TO 20 SCFM.
      O  TURN OFF REDUNDANT NITROGEN GAS PURGE.

*WA*   16 **SCRAPE DOWN**

      STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
      SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT.

*WA*   17 **POLYMER CHARGING (PART II)**

      **CHARGE 88766 (PART II)** WHEN BATCH TEMP. IS 80C. OR LESS.
      RECORD: BATCH __400#__ POUNDS __HC 631__

*WA*   18 SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING.

*WA*   19 **FINAL ADDITIONS**

      ADD 88610 IN TWO (2) ADDITIONS.
      O  MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED.
      O  MAINTAIN FOLLOWING LOG:

                           88610 ADDITION LOG

| ADDITION NUMBER | POUNDS 88610 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ①  | 46# | 1845 | 1915 | 10 | 36 | |
| 2  | 46# | 1915 | 1945 | 10 | 34 | |

      RECORD: TOTAL LBS. 88610 __92#__   BATCH NO. __~~GG~~150__

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   13                    MANUFACTURING INSTRUCTION                DATE    03/18/98
                                PROCESS INSTRUCTIONS

GRADE     FSL7210BD                 EQUIP DMXR3
BATCH     HC561        ******************************************  CC   3810
                       *            PRODUCTION SYSTEM           *  BLDG 42
                       ******************************************
OPERATOR       STEP
INITIALS       NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| W/A | 20 | COOL BATCH TO 40C. OR LESS. |
| W/A | 21 | ADD FF7149/88629. RECORD: GRADE **88629** BATCH **HC859** POUNDS **23#** |
| W/A | 22 | ADD (06435) STAN MAG. RECORD: LOT NO. **GC 048** POUNDS **4#** |
| W/A | 23 | ADD 88656 RED MASTERBATCH. RECORD: BATCH **GC-047** POUNDS **52#** |
| W/A | 24 | ADD ~~SF1173~~/88482 WITH MIXER AT 8-12 RPM. RECORD: GRADE **88482** BATCH **HA915** POUNDS **23#** |
| W/A | 25 | MIX BATCH AT LEAST ONE (1) HOUR AT 8-12 RPM. RECORD: TIME START **2030** FINISH **2130** |
| W/A | 26 | **IN PROCESS SAMPLING** |

STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL
FOR **ALL** OF THE FOLLOWING: WAIT FOR RESULTS.

| TEST | | SPEC. | RESULT |
|---|---|---|---|
| A-3 | APPEARANCE | OK, REDDISH/BROWN | OK |
| P-15 | SPECIFIC GRAVITY | 1.27 - 1.33 | 1.281 |
| C-930 | APP. RATE, GMS/MIN | 50 - 150 | 111 |

| Operator Initials | Step | Instruction |
|---|---|---|
| W/A | 27 (A) | IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP, **(06861) DAM AND 88104 ADDITIONS** SECTION. |
| | (B) | IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O.. |
| W/A W/A | 28 | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED) CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING A ADJUSTMENT. LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT OF 06230 IS LIMITED TO 10% OR LESS OF THE INITIAL CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT CHEMIST OR PRODUCTION ENGINEER. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
       GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  14                 MANUFACTURING INSTRUCTION            DATE    03/18/98
                           PROCESS INSTRUCTIONS

GRADE    FSL7210BD                  EQUIP DMXR3
BATCH    HC561       *****************************************   CC   3810
                     *           PRODUCTION SYSTEM           *   BLDG  42
                     *****************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| WH | 29 | **(06861) DAM AND 88104 ADDITIONS.** |
| WH | | SEE **MATERIAL HANDLING & SAFETY OBSERVATIONS** SECTION BEFORE CHARGING (06861) DIALLYL MALEATE. |
| WH | 30 | OBTAIN DIALLYL MALEATE IMMEDIATELY PRIOR TO CHARGING. |
| | | O  (06861) DAM MUST BE COOLER STORED AND RETURNED TO COOLER IMMEDIATELY AFTER USE. |
| | | O  IF (06861) DAM APPEARS HAZY, SYRUPY, OR SEMI-SOLID, DO NOT USE. |
| WH | 31 | **CHARGE (06861) DIALLYL MALEATE.** RECORD: BATCH _DH001_ GRAMS _970 gms_ |
| WH | 32 | MIX BATCH AT LEAST 15 MINUTES AT 5-6 RPM. RECORD: TIME START _2245_ FINISH _2300_ |
| WH | 33 | **ADD 88104.** RECORD: BATCH _HA599_ POUNDS _40#_ |
| W/A  WH | 34 | ADD ALL REWORK SPECIFIED.(OMIT STEP IF NO REWORK) RECORD:      GRADE      BATCH      POUNDS |
| WH/JB | 35 | FINAL MIX BATCH AT LEAST 1 HOUR AT MAXIMUM RPM. RECORD: TIME START _2305_ FINISH _0004_ |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007682

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE   15                   MANUFACTURING INSTRUCTION            DATE    03/18/98
                                 PROCESS INSTRUCTIONS

   GRADE     FSL7210BD                    EQUIP DMXR3
   BATCH     HC561        ******************************************  CC   3810
                          *              PRODUCTION SYSTEM         *  BLDG 42
                          ******************************************

   OPERATOR    STEP
   INITIALS    NUMBER
```

*JB/*     36 **IN PROCESS SAMPLING**

STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING:

| TEST  |            | SPEC.              | RESULT |
|-------|------------|--------------------|--------|
| A-3   | APPEARANCE | OK, REDDISH/BROWN  | OK     |
| C-1229| HYDRIDE, PPM | 128 - 148        | 170    |

SAMPLE ON PINT TO 42 SEL QUALITY CONTROL FOR **ALL** OF THE FOLLOWING:

| TEST  |                    | SPEC.   | RESULT |
|-------|--------------------|---------|--------|
| C-1097| T-90               | 15 - 51 | 42     |
|       | MAX TORQUE IN SECONDS | 55 - 80 | ~~--~~ 68 |
| E-3   | SHORE A            | 37 - 46 | 43     |

*JB*     37 (A) IF ALL TEST RESULTS ARE IN SPEC, GO TO **DROP** SECTION.

              (B) IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O..

             38 **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT INSTRUCTION.

CONFIDENTIAL - ATTORNEYS' EYES ONLY     M007683

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  16                    MANUFACTURING INSTRUCTION            DATE    03/18/98
                              PROCESS INSTRUCTIONS

GRADE    FSL7210BD                    EQUIP DMXR3
BATCH    HC561      ******************************************    CC    3810
                    *          PRODUCTION SYSTEM             *    BLDG  42
                    ******************************************

OPERATOR      STEP
INITIALS      NUMBER
```

___B-R___     39 **DROP**

              WHEN BATCH IS IN SPEC., DROP TO (55G9) RECYCLE DRUMS
              WITH (09M3) ACCORDIAN LINERS.

              O   APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM:
                  ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE
                  DRUM ON SIDE OPPOSITE SEAM.

              O   CLOSE REDUNDANT GAS, LOWER MAIN PURGE TO MINIMUM.

___B-R___     40 SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL.

___B-R___     41 WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.

              RECORD: (A) TOTAL NET WEIGHT ON PAGE 2.

                      (B) APPLY PALLET TAG TO EACH PALLET; INCLUDE
                          PALLET NET WEIGHT.

                      (C) **BATCH COMPLETE: DATE** _3-21-98_ **TIME** _10:30_

              LAST UPDATE: 10/28/91

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007684