# EXHIBIT F

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   2                  MANUFACTURING INSTRUCTION                   DATE   11/20/98
                              GENERAL INSTRUCTIONS

GRADE    FSL7210AD                  EQUIP DMXR5
BATCH    HM563       ******************************************  CC    3810
                     *          PRODUCTION SYSTEM             *   BLDG  42
                     ******************************************

OPERATOR     STEP
INITIALS     NUMBER                                         840/64
                                              5
             1 DATE COMPOUNDED  11/22/98        FSL7210AD
                                                NO. 5 DMX
               MANUF. ORDER NO. _____     BATCH NO. HM5 63
```

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH, TANK, OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| ord 88766 | PART I POLYMER | HC 633 | | 43 | 1185# | 1185 | RL |
| 06230 | 10 MICRON MINUSIL | HJ 035 | | | 78# | 78 | RL |
| 88964 | D4 & HMDZ TR. FILLER | HM 894 | TLF | | 315# | 315 | HK |
| 88625 | ZEOTHIX 95 TR. FILLER | HM 034 | T.K | | 268# | 268# | TC |
| ord 88766 | PART II POLYMER | HD 634 | | 43 | 395# | 395 | FF |
| 88610 | FLUORO. PLASTICIZER | HH 157 | | | 110# | 110 | FF |
| 88629 | FLUORO. HYDROLYZATE | HK 902 | | | 24# | 24 | JB |
| 88482X | METHYL TETRAMER | HK 918 | | | 24# | 24 | JB |
| *88034 | PLATINUM CATALYST | GW 194 | PMV cab | | 598 GMS | 598 gms | JB |
| | | | | | 2400# | 2195 | TOTAL |

* 88034 CALCULATION ON NEXT PAGE. (PAGE 2)

-996

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             M007655

```
                GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
       PAGE   3                   MANUFACTURING INSTRUCTION                    DATE    11/20/98
                                    GENERAL INSTRUCTIONS

       GRADE     FSL7210AD                    EQUIP DMXR5
       BATCH     HM563       *******************************************  CC     3810
                             *           PRODUCTION SYSTEM              *  BLDG   42
                             *******************************************

       OPERATOR       STEP
       INITIALS       NUMBER

           CONTINUED       1
```

| OUTPUT | | | CONTAINERS | | | |
|---|---|---|---|---|---|---|
| MATERIAL | POUNDS | | CODE | NO. OF NEW | CONT. USED | DESCRIPTION |
| FSL7210AD | | | 55G9 | | | 55 GAL OT DRUMS |
| | | | 09M3 | | | ACCORDIAN LINERS |

**88034 CALCULATION** (ST'D= 20 PPM @ 3.8 PT)

O  MUST KNOW THE %PT IN THE 88034 (SPEC.= 3.4% TO 4.0% PT)

O  TYPICAL CHARGE: 544 TO 640 GRAMS.

$$\frac{2179}{3.6450 \text{ \%PT}} = \underline{598} \text{ GMS. 88034 TO CHARGE.}$$

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007656

```
            GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE    4                    MANUFACTURING INSTRUCTION              DATE    11/20/98
                                  GENERAL INSTRUCTIONS
  GRADE      FSL7210AD                    EQUIP DMXR5
  BATCH      HM563       ******************************************   CC    3810
                         *              PRODUCTION SYSTEM         *   BLDG  42
                         ******************************************
  OPERATOR   STEP
  INITIALS   NUMBER
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| CONTINUED | 1 | **GENERAL** |
| | 1. | FSL7210A IS THE BASE COMPOUND OF A TWO PART MOLDING COMPOUND WHICH IS USED FOR THE MANUFACTURE OF ELECTRICAL CONNECTOR INSERTS. |
| | 2. | BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT, YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION. |
| | 3. | INITIAL EACH STEP AS IT IS COMPLETED ON THE INSTRUCTIONS. |
| | 4. | WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN SELECTING CORRECT MIXER BLADE SPEED. |
| | | **SAFETY INSTRUCTIONS** |
| | 1. | OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE RUNNING THIS EQUIPMENT. |
| | 2. | BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS; PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS. |
| | 3. | WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC CHARGE AND SPARKS. |
| | 4. | THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE AT 15 SCFM AT ALL TIMES. |
| | 5. | USE DUST RESPIRATOR WHEN CHARGING FILLERS. |
| | 6. | ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE DISCUSSED WITH THE C.O. AND RESOLVED BEFORE PROCEEDING. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    M007657

```
         GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    5                    MANUFACTURING INSTRUCTION              DATE   11/20/98
                                GENERAL INSTRUCTIONS

GRADE      FSL7210AD                    EQUIP DMXR5
BATCH      HM563       *******************************************   CC    3810
                       *            PRODUCTION SYSTEM            *   BLDG  42
                       *******************************************
OPERATOR   STEP
INITIALS   NUMBER

CONTINUED     1  MATERIAL HANDLING & SAFETY OBSERVATIONS
```

### 88766 - VINYL STOPPED FLUOROSILICONE POLYMER

THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION ONLY.

### WERMI 06230 - 10 MICRON MINUSIL

THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK MUST BE USED WHEN HANDLING THIS MATERIAL.

### 88964 - TETRAMER & HMDZ TREATED FUMED SILICA

FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN IRRITATING DUST IF INHALED.

### 88625 - ZEOTHIX 95 TREATED PRECIPITATED SILICA

A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A DUST MASK WHILE HANDLING.

### 88610 - FLUOROSILICONE PLASTICIZER

THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN 200F. POSSIBLE HAZARD BY INGESTION ONLY.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    6                MANUFACTURING INSTRUCTION              DATE    11/20/98
                             GENERAL INSTRUCTIONS

GRADE      FSL7210AD                    EQUIP DMXR5
BATCH      HM563       *****************************************  CC   3810
                       *          PRODUCTION SYSTEM            *  BLDG  42
                       *****************************************
OPERATOR   STEP
INITIALS   NUMBER

CONTINUED   1  88629/FF7149 - FLUOROSILICONE HYDROLYZATE
```

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

**88482/SF1173 - METHYL TETRAMER**

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF IRRITATION PERSISTS.

**88034 - PLATINUM CATALYST**

DARK BROWN TO BLACK LIQUID, SLIGHT HCL SMELL, ALSO OCTANOL ODOR. COMBUSTIBLE. NO HAZARD FROM HANDLING IS ANTICIPATED.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      M007659

```
              GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
     PAGE    7                  MANUFACTURING INSTRUCTION              DATE    11/20/98
                                   GENERAL INSTRUCTIONS

     GRADE       FSL7210AD                    EQUIP DMXR5
     BATCH       HM563       *******************************           CC    3810
                             *        PRODUCTION SYSTEM     *           BLDG  42
                             *******************************

     OPERATOR    STEP
     INITIALS    NUMBER

        CONTINUED       1              MANUAL INPUT WEIGHING FORM


                              DOUGHMXR NO.:  _____.

                              PROD. GRADE:   _____.

                              BATCH NUMBER:  _____.


                                                  A       B       C       D

                              INPUT MAT'L.:  ____  ____  ____  ____  ____

                              LBS. REQUIRED: ____  ____  ____  ____  ____

                              GROSS WEIGHT:  ____  ____  ____  ____  ____

                              TARE WEIGHT:   ____  ____  ____  ____  ____

                              NET WEIGHT:    ____  ____  ____  ____  ____

                              CORRECTION:    ____  ____  ____  ____  ____
                              (IF REQUIRED)



                              OPERATOR'S SIGNATURE:     _____.


                              CONTROL OPERATOR'S
                                   (OR)
                              SUPERVISOR'S SIGNATURE:   _____.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              M007660

```
                GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    8                       MANUFACTURING INSTRUCTION                 DATE    11/20/98
                                SYSTEM PREPARATION INSTRUCTIONS

GRADE     FSL7210AD                        EQUIP DMXR5
BATCH     HM563           *******************************************   CC    3810
                          *           PRODUCTION SYSTEM              *   BLDG  42
                          *******************************************
```

OPERATOR      STEP
INITIALS      NUMBER

_(initialed)_   1  **SYSTEM PREPARATION**

   RECORD ON THE INSTRUCTIONS:
   O  ALL INGREDIENT ADDITIONS.
   O  MIX TIMES - START AND FINISH.
   O  ANY DATA SPECIFICALLY REQUESTED.
   O  INITIAL EACH STEP AS IT IS COMPLETED.

2  THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A PREVIOUS BATCH OF FSL7210AD IS PERMITTED.

   A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210AD IS REQUIRED.

   RECORD: PREVIOUS MATERIAL IN MIXER: _SAME_ .
           TYPE OF CLEANOUT PERFORMED: _N/A_ .
   MIXER CLEAN AND READY FOR USE: _(initialed)_ .
                                  (CONTROL OPERATOR'S INITIALS)

3  BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE CORRECT.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007661

```
                GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    9                      MANUFACTURING INSTRUCTION              DATE    11/20/98
                                 PROCESS INSTRUCTIONS
```

GRADE   FSL7210AD                      EQUIP DMXR5
BATCH   HM563       ***************************************   CC    3810
                    *         PRODUCTION SYSTEM           *   BLDG  42
                    ***************************************

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| RR | | ⑤ |
| | 1 | **POLYMER CHARGING (PART I)** |
| | | (A) RECORD BATCH START: DATE 11-20-98 TIME _____ |
| RR | | (B) APPLY FULL COOLING TO MIXER BOWL AND BLADES. |
| RR | 2 | **CHARGE 88766 (PART I).** RECORD: BATCH HC633 POUNDS 1185 |
| RR | 3 | CLOSE MIXER COVER. |
| RR | 4 | SET THE NITROGEN GAS PURGE AT 20 SCFM. |
| | 5 | **FILLER ADDITIONS** |
| RR | | ADD (06230) 10 MICRON MINUSIL. RECORD: BATCH HJ033 POUNDS 78 |
| | 6 | MIX BATCH AT LEAST 15 MINUTES AT 18 TO 22 RPM. RECORD: TIME START 1800 FINISH 1830 |
| RR | 7 | **ADD 88964 IN THREE (3) ADDITIONS:** O SET MIXER SPEED AT 18 - 22 RPM. O MIX EACH ADDITION AT LEAST 15 MINUTES OR UNTIL MASSED. O MAINTAIN FOLLOWING LOG: |

NOTE! GO VERY SLOW (Adding Filler)

**88964 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88964 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 115 | 1830 | 1900 | 30 | 38 | |
| 2 | 100 | 1930 | 2000 | 10 | 41 | |
| 3 | 100 | 2020 | 2050 | 10 | 43 | |

RECORD: TOTAL LBS. 88964  315   BATCH NO. HM894

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            M007662

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  10                 MANUFACTURING INSTRUCTION             DATE    11/20/98
                           PROCESS INSTRUCTIONS

GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    HM563      *********************************     CC    3810
                    *        PRODUCTION SYSTEM       *     BLDG  42
                    *********************************

OPERATOR     STEP
INITIALS     NUMBER
```

(5)

__TC__  8  **ADD 88625** IN THREE (3) ADDITIONS.
    O  MIX EACH ADDITION AT LEAST 20 MINUTES OR UNTIL MASSED AT MAXIMUM SPEED.
    O  MAINTAIN FOLLOWING LOG:

### 88625 FILLER ADDITION LOG

| ADDITION NUMBER | POUNDS 88625 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 90# | 02:00 | 02:45 | 10 | 20 | |
| 2 | 90# | 03:00 | 04:00 | 10 | 20 | |
| 3 | 88# | 04:30 | 05:30 | 10 | 23 | |

268# TOTAL

RECORD: TOTAL LBS. 88625 __268#__ BATCH NO. __HM034__

__JN__  9  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007663

```
              GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE   11                    MANUFACTURING INSTRUCTION             DATE     11/20/98
                                  PROCESS INSTRUCTIONS

   GRADE     FSL7210AD                        EQUIP DMXR5
   BATCH     HM563        *************************************   CC    3810
                          *          PRODUCTION SYSTEM         *   BLDG  42
                          *************************************

   OPERATOR       STEP
   INITIALS       NUMBER
```

_____  10 **HEAT-UP AND COOK**

   O   SET MIXER AT MAXIMUM SPEED.
   O   SET THE NITROGEN GAS PURGE AT <u>30 SCFM</u>.
   O   TURN ON REDUNDANT NITROGEN GAS PURGE.
   **ALIGN VENT TO ATMOSPHERE, DO NOT USE CONDENSER VENT
   SYSTEM.**

_____  11 SET THE TEMPERATURE CONTROLLER AT 125C.
   O   HEAT BATCH TO 120-130C. **DO NOT EXCEED 140C.**

_____  12 COOK BATCH 4 HOURS AT 120-130C.
   O   RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG:

### COOK LOG

| OPERATOR | TIME | MIXER RPM | BATCH TEMP. | N2 FLOW | COMMENTS |
|---|---|---|---|---|---|
| NR | 2200 | 10 | 120 | 30 | |
| RF | 2300 |  | 121 |  | |
| RF | 0000 |  | 120 |  | |
| RF | 0100 |  | 122 |  | |
| RF | 0200 |  | 123 |  | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            M007664

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   12              MANUFACTURING INSTRUCTION              DATE    11/20/98
                         PROCESS INSTRUCTIONS

GRADE     FSL7210AD                    EQUIP DMXR5
BATCH     HM563      ******************************************   CC   3810
                     *          PRODUCTION SYSTEM             *   BLDG 42
                     ******************************************

OPERATOR       STEP
INITIALS       NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| R+ | 13 | **COOLING**<br>(A) SET MIXER SPEED 2-3 RPM.<br>(B) APPLY FULL COOLING TO MIXER. |
| FF | 14 | WHEN BATCH REACHES 80C., CONTINUE PROCESS.<br>RECORD: TIME BATCH AT 80C. _0430_ |
| EF | 15 | REDUCE NITROGEN GAS PURGE TO 20 SCFM.<br>O   TURN OFF REDUNDANT NITROGEN GAS PURGE. |
| FF | 16 | **SCRAPE DOWN**<br>STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT. |
| EF | 17 | **POLYMER CHARGING (PART II)**<br>**CHARGE 88766 (PART II) WHEN BATCH TEMP. IS 80C. OR LESS.**<br>RECORD: BATCH _HD634_ POUNDS _395_ |
| EF | 18 | SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING. |
| FF | 19 | **FINAL ADDITIONS**<br>ADD 88610 IN TWO (2) ADDITIONS.<br>O   MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED.<br>O   MAINTAIN FOLLOWING LOG: |

88610 ADDITION LOG

| ADDITION NUMBER | POUNDS 88610 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 55 | 0515 | 0545 | MAX | 55 | |
| ② | 55 | 0600 | 0630 | MAX | 50 | |

RECORD: TOTAL LBS. 88610  _110_    BATCH NO. _HH157_

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           M007665

```
            GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE   13                    MANUFACTURING INSTRUCTION              DATE    11/20/98
                                    PROCESS INSTRUCTIONS
    GRADE     FSL7210AD                      EQUIP DMXR5
    BATCH     HM563        ******************************************  CC    3810
                           *          PRODUCTION SYSTEM              *  BLDG  42
                           ******************************************
    OPERATOR        STEP
    INITIALS        NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| JB | 20 | COOL BATCH TO 40C. OR LESS.<br>RECORD: BATCH TEMPERATURE  38 |
| JB | 21 | **ADD 88629**<br>RECORD: BATCH  HK902  POUNDS  24    ON DECK |
| JB | 22 | **ADD 88482**<br>RECORD: GRADE  24    BATCH  HK918  POUNDS  24 TT |
| JB | 23 | MIX BATCH APPROX. ONE (1) HOUR AT 8-12 RPM.<br>RECORD: TIME START  0800   FINISH  0900 |
| JB | 24 | **IN PROCESS SAMPLING**<br><br>STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING: |

| TEST  |              | SPEC.          | RESULT |
|-------|--------------|----------------|--------|
| A-3   | APPEARANCE   | OK, OFF WHITE  | O/C    |
| P-15  | SPECIFIC GRAVITY | 1.27 - 1.33 | 1.293  |
| C-930 | APP. RATE, GMS/MIN | 50 - 150 | 77    |

| Operator Initials | Step | Instruction |
|---|---|---|
| JB | 25 | (A) IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP, **PLATINUM CATALYST ADDITION** SECTION.<br><br>(B) IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O.. |
|  | 26 | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)<br>CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING ANY ADJUSTMENT. LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT IS LIMITED TO 10% OR LESS OF THE INITIAL 06230 CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT CHEMIST OR AREA PRODUCTION ENGINEER. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           M007666

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  14                    MANUFACTURING INSTRUCTION         DATE    11/20/98
                              PROCESS INSTRUCTIONS

GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    HM563        ***************************************   CC    3810
                      *         PRODUCTION SYSTEM           *   BLDG  42
                      ***************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| JB | 27 | **PLATINUM CATALYST ADDITION**<br>ADD 88034.<br>RECORD: BATCH _GW 194_  GRAMS _598_ |
| JB | 28 | MIX BATCH APPROX. 15 MINUTES AT MINIMUM RPM.<br>RECORD: TIME START _1045_  FINISH _1100_ |
| | 29 | ADD ALL REWORK SPECIFIED. (OMIT STEP IF NO REWORK)<br>RECORD:     GRADE        BATCH        POUNDS |
| JB | 30 | FINAL MIX BATCH APPROX. ONE (1) HOUR AT 18-22 RPM.<br>RECORD: TIME START _1100_  FINISH _1200_ |
| JB/ | 31 | **IN PROCESS SAMPLING**<br>STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING: |

| TEST | | SPEC. | RESULT |
|---|---|---|---|
| A-3 | APPEARANCE | OK, OFF WHITE | OK |
| C-1258 | PLATINUM, PPM | 17 - 25 | 20 |

32 ) IF ALL TEST RESULTS ARE IN SPEC, GO TO **DROP** SECTION.

(B) IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O..

33 **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT INSTRUCTION.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                       M007667

```
                GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE    15                      MANUFACTURING INSTRUCTION              DATE      11/20/98
                                     PROCESS INSTRUCTIONS

   GRADE      FSL7210AD                      EQUIP DMXR5
   BATCH      HM563        ******************************************   CC     3810
                           *           PRODUCTION SYSTEM             *   BLDG   42
                           ******************************************

   OPERATOR       STEP
   INITIALS       NUMBER

   JR. RL          34  DROP

                       WHEN BATCH IS IN SPEC., DROP TO (55G9) 55 GAL CHIMED DRUMS
                       WITH (09M3) ACCORDIAN LINERS.

                       O   APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM:
                           ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE
                           DRUM ON SIDE OPPOSITE SEAM.

                       O   CLOSE REGULAR AND REDUNDANT NITROGEN GAS FLOW.

                   35  SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL.

                   36  WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.

                       RECORD:  (A)  TOTAL NET WEIGHT ON PAGE 2.

                                (B)  APPLY PALLET TAG TO EACH PALLET; INCLUDE
                                     PALLET NET WEIGHT.

                                (C)  BATCH COMPLETE: DATE _____  TIME _____

                       LAST UPDATE: 10/28/91
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    M007668