# EXHIBIT G

Case 5:09-cv-00491-TJC-TBS Document 106-7 Filed 01/30/12 Page 2 of 17 PageID 2016

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   2              MANUFACTURING INSTRUCTION              DATE    11/20/98
                         GENERAL INSTRUCTIONS

GRADE    FSL7210BD                  EQUIP DMXR3
BATCH    HM563       ********************************      CC    3810
                     *       PRODUCTION SYSTEM       *      BLDG  42
                     ********************************

OPERATOR    STEP
INITIALS    NUMBER                                            840 165
                                         3
                    1  DATE COMPOUNDED  11/22/98      FSL7210BD
                                                      NO. 3 DMX
                       MANUF. ORDER NO. _____   BATCH NO. H M 5 6 3
```

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH, TANK OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT: POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| ov 88766 | PART I POLYMER | | | 43 | 1125# | 1125# | TC/TN |
| 88656 | RED MASTERBATCH | GC 047 | | DR | 52# | 52 | FS |
| 06230 | 10 MICRON MINUSIL | HJ 035 | | | 76# | 76# | TC/TN |
| 88964 | D4 & HMDZ TR. FILLER | ~~HM~~ ~~---~~ | | | 305# | 305 | WN |
| 88625 | ZEOTHIX 95 TR. FILLER | HM 034 | | | 260# | 260# | TC |
| ov 88766 | PART II POLYMER | HC633 | | 43 | 400# | 400 | FS |
| 88610 | FLUORO. PLASTICIZER | HH 157 / KC 154 | | | 92# | 92 | FS |
| 88629 ~~FP7149~~ | FLUORO. HYDROLYZATE | HK 902 | | | 23# | 23 | FS |
| 06435 | STAN MAG 112 | GC 048 | | DR | 4# | 4 | FS |
| SF1173 JR482X | TETRAMER | JK918 | | | 23# | 23 | FS |
| 06861 | DIALLYL MALEATE | AH 001 | | cooker | 970 GMS | 970 gms | DA |
| *88104 | HYDRIDE | HD 602 | | | 37 # | 37# | DA |
| | | | | | 2400# | 2310 | TOTAL |

```
                                         20
          * 88104 CALCULATION ON NEXT PAGE. (PAGE 2)
                                                       OUT
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              M007685

```
               GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
   PAGE    3                    MANUFACTURING INSTRUCTION                DATE    11/20/98
                                   GENERAL INSTRUCTIONS

   GRADE    FSL7210BD                    EQUIP DMXR3
   BATCH    HM563       ************************************      CC    3810
                        *           PRODUCTION SYSTEM       *      BLDG  42
                        ************************************

   OPERATOR     STEP
   INITIALS     NUMBER

        CONTINUED       1
```

| OUTPUT | | | CONTAINERS | | | |
|---|---|---|---|---|---|---|
| MATERIAL | POUNDS | | CODE | NO. OF NEW | CONT. USED | DESCRIPTION |
| FSL7210BD | 2310 | | 55G9 | | 6 | 55 GAL OT DRUMS |
| | | | 09M3 | 6 | | ACCORDIAN LINERS |

### 88104 CALCULATION (ST'D.= 0.90 H2)

O   MUST KNOW THE %H2 IN THE 88104 (SPEC.= 0.80% TO 1.2% H2)

O   TYPICAL CHARGE: 28 TO 43 LBS.

$$\frac{34}{0.93 \,\%H2} = \underline{37} \text{ LBS. 88104 TO CHARGE.}$$

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                     M007686

```
             GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE   4                    MANUFACTURING INSTRUCTION           DATE    11/20/98
                                  GENERAL INSTRUCTIONS

    GRADE     FSL7210BD                EQUIP DMXR3
    BATCH     HM563        ************************************  CC   3810
                           *           PRODUCTION SYSTEM       *  BLDG 42
                           ************************************

    OPERATOR    STEP
    INITIALS    NUMBER

    CONTINUED    1  GENERAL
```

1. FSL7210B IS THE CROSSLINKING AGENT OF A TWO PART MOLDING COMPOUND WHICH IS USED FOR THE MANUFACTURE OF ELECTRICAL CONNECTOR INSERTS.

2. BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT, YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION.

3. INITIAL EACH STEP AS IT IS COMPLETED ON THE INSTRUCTIONS, SLASH, IF INCMPLETE.

4. WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN SELECTING CORRECT MIXER BLADE SPEED.

**SAFETY INSTRUCTIONS**

1. OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE RUNNING THIS EQUIPMENT.

2. BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS; PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS.

3. WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC CHARGE AND SPARKS.

4. THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE SET AT A MINIMUM FOR THE OPERATION OF THE MIXER.

5. USE DUST RESPIRATOR WHEN CHARGING FILLERS.

6. ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE DISCUSSED WITH THE C.O. AND RESOLVED BEFORE PROCEEDING.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              M007687

```
               GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
      PAGE    5                   MANUFACTURING INSTRUCTION              DATE   11/20/98
                                     GENERAL INSTRUCTIONS

      GRADE      FSL7210BD                        EQUIP DMXR3
      BATCH      HM563         *******************************************   CC    3810
                               *           PRODUCTION SYSTEM             *   BLDG  42
                               *******************************************

      OPERATOR      STEP
      INITIALS    NUMBER

      CONTINUED       1  MATERIAL HANDLING & SAFETY OBSERVATIONS
```

**88766 - VINYL STOPPED FLUOROSILICONE POLYMER**

THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION ONLY.

**88656 - RED MASTERBATCH**

THIS IS A VINYL STOPPED FLUOROSILICONE POLYSILOXANE CONTAINING INERT PIGMENTS. GREASE LIKE CONSISTENCY. POSSIBLE HAZARD BY INGESTION ONLY.

**WERMI 06230 - 10 MICRON MINUSIL**

THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK MUST BE USED WHEN HANDLING THIS MATERIAL.

**88964 - TETRAMER & HMDZ TREATED FUMED SILICA**

FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN IRRITATING DUST IF INHALED.

**88625 - ZEOTHIX 95 TREATED PRECIPITATED SILICA**

A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A DUST MASK WHILE HANDLING.

**88610 - FLUOROSILICONE PLASTICIZER**

THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN 200F. POSSIBLE HAZARD BY INGESTION ONLY.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007688

```
            GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   6                   MANUFACTURING INSTRUCTION              DATE    11/20/98
                              GENERAL INSTRUCTIONS

GRADE      FSL7210BD                      EQUIP DMXR3
BATCH      HM563        ****************************************   CC    3810
                        *            PRODUCTION SYSTEM         *   BLDG  42
                        ****************************************

OPERATOR       STEP
INITIALS       NUMBER

           CONTINUED       1  FF7149/88629 - FLUOROSILICONE HYDROLYZATE
```

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

WERMI 06435 - STAN MAG 112

A RELATIVELY INACTIVE FORM OF MAGNESIUM DIOXIDE. INHALATION CAN CAUSE NASAL IRRITATION; WEAR A DUST MASK. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, FLUSH WITH WATER FOR 15 MINUTES.

SF1173/88482 - METHYL TETRAMER

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF IRRITATION PERSISTS.

WERMI 06861 - DIALLYL MALEATE

THIS IS TOXIC BY INGESTION, SKIN PENETRATION, AND INHALATION; THEREFORE, GREAT CARE MUST BE TAKEN WHEN HANDLING THIS PRODUCT] WEAR RUBBER GLOVES, RUBBER APRON, FACE SHIELD, AND NON-VENTED GOGGLES. DAM (06861) HAS A SPECIFIC GRAVITY OF 1.073 AND IS NOT VERY VOLATILE, BUT CARE SHOULD BE TAKEN TO AVOID BREATHING VAPORS. IN THE EVENT OF SKIN OR EYE CONTACT, THE AFFECTED AREA SHOULD BE FLUSHED WITH COLD WATER FOR 15 MINUTES. IF SPLASHED ON CLOTHES, REMOVE AND WASH BEFORE REUSE AS DAM (06861) IS CONSIDERED TOXIC BY SKIN PENETRATION. CONTACT THE MEDICAL CENTER IN THE EVENT OF ANY ABNORMAL OR ACCIDENTAL EXPOSURE.

88104 - RESIN HYDRIDE

A CLEAR, COLORLESS, LOW VISCOSITY LIQUID. MAY HAVE A SLIGHT SULFUROUS ODOR. THIS IS A HYDRIDE FLUID AND CARE SHOULD BE TAKEN TO AVOID CONTACT WITH STRONG ACIDS OR BASES SINCE HYDROGEN GAS CAN BE GENERATED.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    7               MANUFACTURING INSTRUCTION           DATE     11/20/98
                           GENERAL INSTRUCTIONS

GRADE     FSL7210BD                    EQUIP DMXR3
BATCH     HM563        ******************************       CC   3810
                       *      PRODUCTION SYSTEM     *       BLDG 42
                       ******************************

OPERATOR    STEP
INITIALS    NUMBER

  CONTINUED    1
                                   MANUAL GUM WEIGHING FORM

                          DOUGHMXR NO.:   3   .

                          PROD. GRADE:   FSL 7210 B   .

                          BATCH NUMBER:   HM 563   .


                                          A      B      C      D

                    INPUT MAT'L.:    ____  ____  ____  ____  ____

                    LBS. REQUIRED:   ____  ____  ____  ____  ____

                    GROSS WEIGHT:    ____  ____  ____  ____  ____

                    TARE WEIGHT:     ____  ____  ____  ____  ____

                    NET WEIGHT:      ____  ____  ____  ____  ____

                    CORRECTION:      ____  ____  ____  ____  ____
                    (IF REQUIRED)


                    OPERATOR'S SIGNATURE:    _____.


                    CONTROL OPERATOR'S
                         (OR)
                    SUPERVISOR'S SIGNATURE:  _____.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007690

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   8                  MANUFACTURING INSTRUCTION                DATE    11/20/98
                         SYSTEM PREPARATION INSTRUCTIONS

GRADE    FSL7210BD                    EQUIP DMXR3
BATCH    HM563        ******************************************    CC    3810
                      *           PRODUCTION SYSTEM            *    BLDG  42
                      ******************************************

OPERATOR   STEP
INITIALS   NUMBER

____TC____   1  **SYSTEM PREPARATION**

                RECORD ON THE INSTRUCTIONS:
                O  ALL INGREDIENT ADDITIONS.
                O  MIX TIMES - START AND FINISH.
                O  ANY DATA SPECIFICALLY REQUESTED.
                O  INITIAL EACH STEP COMPLETED, SLASH, IF INCOMPLETE.

____OL____   2  THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY
                CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER
                BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A
                PREVIOUS BATCH OF FSL7210BD IS PERMITTED.

                A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210BD IS
                REQUIRED.

                RECORD: PREVIOUS MATERIAL IN MIXER: __FSL7210B__ .
                        TYPE OF CLEANOUT PERFORMED: __NONE__     .

                MIXER CLEAN AND READY FOR USE: _____.
                                               (CONTROL OPERATOR'S INITIALS)

____91____   3  BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE
                IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE
                CORRECT.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          M007691

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   9                    MANUFACTURING INSTRUCTION            DATE    11/20/98
                              PROCESS INSTRUCTIONS

GRADE     FSL7210BD                     EQUIP DMXR3
BATCH     HM563       *********************************    CC   3810
                      *         PRODUCTION SYSTEM     *    BLDG 42
                      *********************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| TC/TN | 1 | **POLYMER CHARGING (PART I).**  ③<br>(A) RECORD BATCH START: DATE 11/20/98  TIME ____<br>(B) APPLY FULL COOLING TO MIXER BOWL AND BLADES. |
| TC/TN | 2 | **CHARGE 88766 (PART I).**<br>RECORD: BATCH HC633  POUNDS 125# |
| TC/TN | 3 | CLOSE MIXER COVER. |
| TC/TN | 4 | SET THE NITROGEN PURGE TO MINIMUM FOR MIXER USED. |
| TC/TN | 5 | **FILLER ADDITIONS**<br>ADD (06230) 10 MICRON MINUSIL.<br>RECORD: BATCH HJ035  POUNDS 76# |
| TC/TN | 6 | MIX BATCH AT LEAST 15 MINUTES AT 18-22 RPM.<br>RECORD: TIME START 22:45  FINISH 23:15 |
| VN | 7 | ADD 88964 IN THREE (3) ADDITIONS:<br>O  MIXER SPEED 8-12 RPM, OR LOWER TO AVOID FILLER LOSS.<br>O  MIX EACH ADDITION AT LEAST 15 MIN., OR UNTIL MASSED.<br>O  MAINTAIN FOLLOWING LOG: |

NOTE! (Go VERY slow ADDING Filler)

**88964 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88964 | START | FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 105 | 2120 | 2150 | 10 | 28 | |
| 2 | 100 | 2215 | 2245 | 10 | 32 | |
| 3 | 100 | 2330 | 0000 | 10 | 34 | |

RECORD: TOTAL LBS. 88964  375   BATCH NO. HM894

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     M007692

```
           GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   10                   MANUFACTURING INSTRUCTION                 DATE    11/20/98
                               PROCESS INSTRUCTIONS
GRADE    FSL7210BD                         EQUIP DMXR3
BATCH    HM563     ******************************************   CC   3810
                   *           PRODUCTION SYSTEM            *   BLDG 42
                   ******************************************

OPERATOR      STEP
INITIALS      NUMBER
```

     (3)

_JL_     8  **ADD 88625** IN THREE (3) ADDITIONS.
           O  MIX EACH ADDITION AT LEAST 20 MINUTES, AT A SPEED THAT
              WILL AVOID EXCESSIVE FILLER LOSS.
           O  MAINTAIN FOLLOWING LOG:

**88625 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88625 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 87# | 23:30 | 23:50 | 10 | 14 | |
| 2 | 87# | 00:00 | 00:30 | 10 | 14 | |
| 3 | 86# | 01:15 | 01:50 | 10 | 15 | |

260# TOTAL

RECORD: TOTAL LBS. 88625 _260#_ BATCH NO. _HM034_

9  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
    SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        M007693

```
           GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   11                   MANUFACTURING INSTRUCTION            DATE    11/20/98
                              PROCESS INSTRUCTIONS

GRADE     FSL7210BD                       EQUIP DMXR3
BATCH     HM563       ******************************************   CC    3810
                      *            PRODUCTION SYSTEM           *   BLDG  42
                      ******************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| N/R | 10 | **HEAT-UP AND COOK** <br><br> O  SET MIXER AT MAXIMUM SPEED. <br> O  SET THE NITROGEN GAS PURGE AT 30 SCFM. <br> O  TURN ON REDUNDANT NITROGEN GAS PURGE. |
| N/R | 11 | SET THE TEMPERATURE CONTROLLER AT 125C. <br> O  HEAT BATCH TO 120-130C. **DO NOT** EXCEED 140C. |
| N/R | 12 | COOK BATCH 4 HOURS AT 120-130C. <br> O  RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG: |

**COOK LOG**

| OPERATOR | TIME | MIXER RPM | BATCH TEMP. | N2 FLOW RATE | COMMENTS |
|---|---|---|---|---|---|
| N/R | 0200 | 10 | 120 | 30 | |
| RF | 0310 |  | 123 |  | |
| RF | 0400 |  | 124 |  | |
| RF | 0500 |  | 127 |  | |
| RF | 0600 |  | 125 |  | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             M007694

```
       GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE   12                MANUFACTURING INSTRUCTION              DATE    11/20/98
                              PROCESS INSTRUCTIONS

  GRADE     FSL7210BD                 EQUIP DMXR3
  BATCH     HM563      *******************************************  CC   3810
                       *           PRODUCTION SYSTEM              *  BLDG 42
                       *******************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| RA | 13 | **COOLING** <br> (A) SET MIXER SPEED AT A MINIMUM. <br> (B) APPLY FULL COOLING TO MIXER. |
| PS | 14 | WHEN BATCH REACHES 80C. OR LESS, CONTINUE PROCESS. <br> RECORD: TIME BATCH AT 80C. _08:00_ |
| PS | 15 | REDUCE NITROGEN GAS PURGE TO 20 SCFM. <br> O  TURN OFF REDUNDANT NITROGEN GAS PURGE. |
| PS | 16 | **SCRAPE DOWN** <br> STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT. |
| PS | 17 | **POLYMER CHARGING (PART II)** <br> **CHARGE 88766 (PART II) WHEN BATCH TEMP. IS 80C. OR LESS.** <br> RECORD: BATCH _HC633_ POUNDS _400_ |
| FS | 18 | SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING. |
| PS | 19 | **FINAL ADDITIONS** <br> ADD 88610 IN TWO (2) ADDITIONS. <br> O  MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED. <br> O  MAINTAIN FOLLOWING LOG: |

**88610 ADDITION LOG**

| ADDITION NUMBER | POUNDS 88610 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 46 | 10:00 | 10:30 | 20 | 39 | |
| ② | 46 | 10:30 | 11:00 | 20 | 37 | |

RECORD: TOTAL LBS. 88610 _92_   BATCH NO. _HC154_

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                 M007695

```
            GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   13                    MANUFACTURING INSTRUCTION              DATE    11/20/98
                                PROCESS INSTRUCTIONS

GRADE      FSL7210BD                       EQUIP DMXR3
BATCH      HM563         *****************************************   CC    3810
                         *           PRODUCTION SYSTEM           *   BLDG  42
                         *****************************************

OPERATOR        STEP
INITIALS        NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| FS | 20 | COOL BATCH TO 40C. OR LESS. |
| FS | 21 | ADD FF7149/88629.<br>RECORD: GRADE 88629  BATCH HK902  POUNDS 23 |
| FS | 22 | ADD (06435) STAN MAG.<br>RECORD: LOT NO. GC048  POUNDS 4 |
| FS | 23 | ADD 88656 RED MASTERBATCH.<br>RECORD: BATCH GC047  POUNDS 52 |
| FS | 24 | ADD SF1173/88482 WITH MIXER AT 8-12 RPM.<br>RECORD: GRADE 88482x  BATCH HK918  POUNDS 23 |
| FS | 25 | MIX BATCH AT LEAST ONE (1) HOUR AT 8-12 RPM.<br>RECORD: TIME START 12:00  FINISH 13:00 |
| FS | 26 | **IN PROCESS SAMPLING**<br>STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING: WAIT FOR RESULTS. |

| TEST  |                    | SPEC.              | RESULT |
|-------|--------------------|--------------------|--------|
| A-3   | APPEARANCE         | OK, REDDISH/BROWN  | OK     |
| P-15  | SPECIFIC GRAVITY   | 1.27 - 1.33        | 1.294  |
| C-930 | APP. RATE, GMS/MIN | 50 - 150           | 100    |

| Operator Initials | Step | Instruction |
|---|---|---|
| D.P. | 27 | (A) IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP, **(06861) DAM AND 88104 ADDITIONS** SECTION.<br><br>(B) IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O.. |
|  | 28 | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)<br>CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING A ADJUSTMENT.<br>LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT OF 06230 IS LIMITED TO 10% OR LESS OF THE INITIAL CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT CHEMIST OR PRODUCTION ENGINEER. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            M007696

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
 PAGE    14                  MANUFACTURING INSTRUCTION            DATE    11/20/98
                               PROCESS INSTRUCTIONS

 GRADE   FSL7210BD                        EQUIP DMXR3
 BATCH   HM563       ***********************************    CC    3810
                     *            PRODUCTION SYSTEM     *    BLDG  42
                     ***********************************

 OPERATOR       STEP
 INITIALS       NUMBER
```

_D.P._

     29. **(06861) DAM AND 88104 ADDITIONS.**

_D.P._

        SEE **MATERIAL HANDLING & SAFETY OBSERVATIONS** SECTION
        BEFORE CHARGING (06861) DIALLYL MALEATE.

     30  OBTAIN DIALLYL MALEATE IMMEDIATELY PRIOR TO CHARGING.

        O  (06861) DAM MUST BE COOLER STORED AND RETURNED TO
           COOLER IMMEDIATELY AFTER USE.

        O  IF (06861) DAM APPEARS HAZY, SYRUPY, OR SEMI-SOLID, DO
           NOT USE.

_D.P._

     31  **CHARGE (06861) DIALLYL MALEATE.**
         RECORD: BATCH _04-011_ GRAMS _970#_

_D.P._

     32  MIX BATCH AT LEAST 15 MINUTES AT 5-6 RPM.
         RECORD: TIME START _20:00_ FINISH _20:15_

_D.P._

     33  ADD 88104.  _HD-602_
         RECORD: BATCH ~~_____~~ POUNDS _37#_

_D.P./M.A._

     34  ADD ALL REWORK SPECIFIED. (OMIT STEP IF NO REWORK)
         RECORD:     GRADE      BATCH      POUNDS

                   _____     _____    _____

                   _____     _____    _____

                   _____     _____    _____

_D.P._

     35  FINAL MIX BATCH AT LEAST 1 HOUR AT MAXIMUM RPM.
         RECORD: TIME START _20:15_ FINISH _21:15_

CONFIDENTIAL - ATTORNEYS' EYES ONLY                      M007697

```
            GENERAL ELECTRIC CLASS III -- TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE   15                   MANUFACTURING INSTRUCTION              DATE    11/20/98
                                   PROCESS INSTRUCTIONS

    GRADE    FSL7210BD                      EQUIP DMXR3
    BATCH    HM563        **********************************      CC    3810
                          *           PRODUCTION SYSTEM    *       BLDG  42
                          **********************************

    OPERATOR        STEP
    INITIALS        NUMBER
```

_DcP_    36  **IN PROCESS SAMPLING**

STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING:

| TEST | | SPEC. | RESULT |
|---|---|---|---|
| A-3 | APPEARANCE | OK, REDDISH/BROWN | OK |
| C-1229 | HYDRIDE, PPM | 128 - 148 | 158 |

SAMPLE ON PINT TO 42 SEL QUALITY CONTROL FOR **ALL** OF THE FOLLOWING:

| TEST | | SPEC. | RESULT |
|---|---|---|---|
| C-1097 | T-90 | 15 - 51 | 24 |
|  | TORQUE IN SECONDS | 55 - 80 | 79 |
| E-3 | SHORE A | 37 - 46 | 44 |

37 (A)  IF ALL TEST RESULTS ARE IN SPEC, GO TO **DROP** SECTION.

(B)  IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O..

38  **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT INSTRUCTION.

_ok to drop RA 11/27/98_

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007698

```
              GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
    PAGE  16                    MANUFACTURING INSTRUCTION                DATE    11/20/98
                                   PROCESS INSTRUCTIONS

    GRADE     FSL7210BD                     EQUIP DMXR3
    BATCH     HM563       ******************************************   CC    3810
                          *          PRODUCTION SYSTEM              *   BLDG  42
                          ******************************************

    OPERATOR        STEP
    INITIALS        NUMBER
```

___FF-TN___  39 **DROP**

WHEN BATCH IS IN SPEC., DROP TO (55G9) RECYCLE DRUMS WITH (09M3) ACCORDIAN LINERS.

O   APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM: ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE DRUM ON SIDE OPPOSITE SEAM.

O   CLOSE REDUNDANT GAS, LOWER MAIN PURGE TO MINIMUM.

___FF___  40 SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL.

___FF___  41 WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.

RECORD: (A) TOTAL NET WEIGHT ON PAGE 2.

(B) APPLY PALLET TAG TO EACH PALLET; INCLUDE PALLET NET WEIGHT.

(C) BATCH COMPLETE: DATE _11-24-98_ TIME _0600_

LAST UPDATE: 10/28/91

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007699

88766   HO 634-773

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007700