# EXHIBIT H

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   2                    MANUFACTURING INSTRUCTION              DATE   05/25/99
                            GENERAL INSTRUCTIONS

GRADE   FSL7210AD                     EQUIP DMXR5
BATCH   JE566     *******************************************     CC   3810
                  *              PRODUCTION SYSTEM           *     BLDG  42
                  *******************************************

OPERATOR    STEP
INITIALS    NUMBER                                              874565

          1 DATE COMPOUNDED _____        FSL7210AD
                                               NO. 5 DMX
            MANUF. ORDER NO. _____         BATCH NO. |J|E|5|6|6|

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH/ TANK, OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT: POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| 88766 | PART I POLYMER | JE640 JD636 HC682 HC683 | | | 400 257 140 356 | 400 257 140 356 | JM |
| 06230 | 10 MICRON MINUSIL | JD 034 | | AFU | 78# | 78 | JM |
| 88964 | D4 & HMDZ TR. FILLER | JC 900 | | | 315# | 315 | JM |
| 88625 | ZEOTHIX 95 TR. FILLER | JE 036 | #4 | | 268# | 268 | T |
| 78766 88766 06P | PART II POLYMER | HC683 JC680 | | 80 | 200 200 | 200 200 | JR |
| 88610 | FLUORO. PLASTICIZER | JE 159 | | | 110# | 110 | JC |
| 88629 | FLUORO. HYDROLYZATE | JD 929 | | | 24# | 24 | RR |
| 88482X | METHYL TETRAMER | JB 922 | | | 24# | 24 | M |
| *88034 | PLATINUM CATALYST | HJ 197 | RW 30 msco | | 584 GMS | 584 Gms | |
| | | | | | 2400# | 2261# | TOTAL |

* 88034 CALCULATION ON NEXT PAGE. (PAGE 2)

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     M007431

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION

| | | |
|---|---|---|
| PAGE   3 | MANUFACTURING INSTRUCTION | DATE     05/25/99 |
| | GENERAL INSTRUCTIONS | |

```
GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    JE566    ***********************************    CC    3810
                  *           PRODUCTION SYSTEM       *   BLDG  42
                  ***********************************
```

OPERATOR     STEP
INITIALS     NUMBER

     CONTINUED     1

| OUTPUT | |
|---|---|
| MATERIAL | POUNDS |
| FSL7210AD | 2161# |

| CONTAINERS | | | |
|---|---|---|---|
| CODE | NO. OF NEW | CONT. USED | DESCRIPTION |
| 55G9 | | 6 | 55 GAL OT DRUMS |
| 09M3 | | 6 | ACCORDIAN LINERS |

## 88034 CALCULATION (ST'D= 20 PPM @

O   MUST KNOW THE %PT IN THE 88034 (SPEC.= 3.4% TO 4.0% PT)

O   TYPICAL CHARGE: 544 TO 640 GRAMS.


$\dfrac{2179}{3733.4 \text{ \%PT}}$ = _584_   GMS. 88034 TO CHARGE.

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   4                 MANUFACTURING INSTRUCTION              DATE    05/25/99
                              GENERAL INSTRUCTIONS

```
GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    JE566       ****************************************  CC    3810
                     *             PRODUCTION SYSTEM        *  BLDG  42
                     ****************************************
```

OPERATOR        STEP
INITIALS        NUMBER

CONTINUED      1  **GENERAL**

1.   FSL7210A IS THE BASE COMPOUND OF A TWO PART MOLDING
     COMPOUND WHICH IS USED FOR THE MANUFACTURE OF
     ELECTRICAL CONNECTOR INSERTS.

2.   BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT,
     YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION.

3.   INITIAL EACH STEP AS IT IS COMPLETED ON THE
     INSTRUCTIONS.

4.   WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH
     TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN
     SELECTING CORRECT MIXER BLADE SPEED.

**SAFETY INSTRUCTIONS**

1.   OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE
     RUNNING THIS EQUIPMENT.

2.   BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS;
     PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN
     EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS.

3.   WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER
     WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC
     CHARGE AND SPARKS.

4.   THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE
     AT 15 SCFM AT ALL TIMES.

5.   USE DUST RESPIRATOR WHEN CHARGING FILLERS.

6.   ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE
     DISCUSSED WITH THE C.O. AND RESOLVED BEFORE
     PROCEEDING.

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                              M007433

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    5                    MANUFACTURING INSTRUCTION           DATE    05/25/99
                              GENERAL INSTRUCTIONS

GRADE    FSL7210AD                      EQUIP DMXR5
BATCH    JE566      ****************************************** CC   3810
                    *              PRODUCTION SYSTEM         * BLDG  42
                    ******************************************
OPERATOR      STEP
INITIALS      NUMBER

CONTINUED       1 **MATERIAL HANDLING & SAFETY OBSERVATIONS**

                  **88766 - VINYL STOPPED FLUOROSILICONE POLYMER**

                  **THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO
                  DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH
                  POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION
                  ONLY.**

                  **WERMI 06230 - 10 MICRON MINUSIL**

                  THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE
                  SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK
                  MUST BE USED WHEN HANDLING THIS MATERIAL.

                  **88964 - TETRAMER & HMDZ TREATED FUMED SILICA**

                  **FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS
                  RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED
                  ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN
                  IRRITATING DUST IF INHALED.**

                  **88625 - ZEOTHIX 95 TREATED PRECIPITATED SILICA**

                  **A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A
                  SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A
                  DUST MASK WHILE HANDLING.**

                  **88610 - FLUOROSILICONE PLASTICIZER**

                  THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A
                  SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN
                  200F. POSSIBLE HAZARD BY INGESTION ONLY.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007434

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    6                  MANUFACTURING INSTRUCTION              DATE    05/25/99
                              GENERAL INSTRUCTIONS

GRADE     FSL7210AD                      EQUIP DMXR5
BATCH     JE566         ***************************************** CC   3810
                        *           PRODUCTION SYSTEM          * BLDG  42
                        *****************************************
OPERATOR       STEP
INITIALS      NUMBER
```

CONTINUED        1   **88629/FF7149 - FLUOROSILICONE HYDROLYZATE**

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH
SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED
CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL
ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

**88482/SF1173 - METHYL TETRAMER**

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN,
WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE
FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF
IRRITATION PERSISTS.

**88034 - PLATINUM CATALYST**

DARK BROWN TO BLACK LIQUID, SLIGHT HCL SMELL, ALSO OCTANOL
ODOR. COMBUSTIBLE. NO HAZARD FROM HANDLING IS ANTICIPATED.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                      M007435

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   7              MANUFACTURING INSTRUCTION              DATE    05/25/99
                       GENERAL INSTRUCTIONS

GRADE    FSL7210AD                  EQUIP DMXR5
BATCH    JE566        ***************************************  CC    3810
                      *             PRODUCTION SYSTEM       *  BLDG  42
                      ***************************************
OPERATOR      STEP
INITIALS      NUMBER

   CONTINUED     1           MANUAL INPUT WEIGHING FORM
```

DOUGHMXR NO.: _____.

PROD. GRADE: _____.

BATCH NUMBER: _____.

|  |  | A | B | C | D |
|---|---|---|---|---|---|
| INPUT MAT'L.: | 8876 6 | _____ | _____ | _____ | _____ |
| LBS. REQUIRED: | 1 58 0 | _____ | _____ | _____ | _____ |
| GROSS WEIGHT: | 1 7S 3 | _____ | _____ | _____ | _____ |
| TARE WEIGHT: | _____ | _____ | _____ | _____ | _____ |
| NET WEIGHT: | _____ | _____ | _____ | _____ | _____ |
| CORRECTION:<br>(IF REQUIRED) | _____ | _____ | _____ | _____ | _____ |

OPERATOR'S SIGNATURE: _____

CONTROL OPERATOR'S
       (OR)
SUPERVISOR'S SIGNATURE: _____

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    M007436

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION

PAGE    8              MANUFACTURING INSTRUCTION              DATE    05/25/99
                    SYSTEM PREPARATION INSTRUCTIONS

GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    JE566     ****************************************    CC    3810
                   *              PRODUCTION SYSTEM         *  BLDG  42
                   ****************************************

OPERATOR        STEP
INITIALS        NUMBER

_Pm_            1  **SYSTEM PREPARATION**

                   RECORD ON THE INSTRUCTIONS:
                   O  ALL INGREDIENT ADDITIONS.
                   O  MIX TIMES - START AND FINISH.
                   O  ANY DATA SPECIFICALLY REQUESTED.
                   O  INITIAL EACH STEP AS IT IS COMPLETED.

_Pm_            2  THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY
                   CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER
                   BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A
                   PREVIOUS BATCH OF FSL7210AD IS PERMITTED.

                   A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210AD IS
                   REQUIRED.

                   RECORD: PREVIOUS MATERIAL IN MIXER: _FSE-734D  JE-406_.
                           TYPE OF CLEANOUT PERFORMED: _SO,B/D, W/D_.

                   MIXER CLEAN AND READY FOR USE: _____.
                                          (CONTROL OPERATOR'S INITIALS)

_Pm_            3  BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE
                   IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE
                   CORRECT.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    9              MANUFACTURING INSTRUCTION              DATE    05/25/99
                        PROCESS INSTRUCTIONS

GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    JE566     ****************************************** CC    3810
                   *           PRODUCTION SYSTEM           * BLDG  42
                   ******************************************

OPERATOR        STEP
INITIALS        NUMBER

*gm*            1  **POLYMER CHARGING (PART I)**

                   (A)  **RECORD BATCH START: DATE** 5/26/99 **TIME** 1515

                   (B)  APPLY FULL COOLING TO MIXER BOWL AND BLADES.

*gm*            2  **CHARGE 88766 (PART I).**
                   RECORD: BATCH JE-64D, JD-63L POUNDS 1173
                   HC-632, HC-633
*gm*            3  CLOSE MIXER COVER.

*gm*            4  SET THE NITROGEN GAS PURGE AT 20 SCFM.

*gm*            5  **FILLER ADDITIONS**

                   **ADD (06230) 10 MICRON MINUSIL.**
                   RECORD: BATCH JD-039  POUNDS 78

*gm*            6  MIX BATCH AT LEAST 15 MINUTES AT 18 TO 22 RPM.
                   RECORD: TIME START 1645  FINISH 1700

*gm/ff*         7  ADD 88964 IN THREE (3) ADDITIONS:
                   O  SET MIXER SPEED AT 18 - 22 RPM.
                   O  MIX EACH ADDITION AT LEAST 15 MINUTES OR UNTIL MASSED.
                   O  MAINTAIN FOLLOWING LOG:

                          **88964 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88964 | -TIME- START | FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 100 | 1715 | 1745 | 20 | 21 | |
| ② | 115 | 1755 | 1915 | 20 | 22 | |
| 3 | 100 | 1915 | 2000 | 20 | 42 | |

                   RECORD: TOTAL LBS. 88964 315  BATCH NO. JC-40D

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007438

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   10                MANUFACTURING INSTRUCTION           DATE     05/25/99
                          PROCESS INSTRUCTIONS

GRADE    FSL7210AD                        EQUIP DMXR5
BATCH    JE566       ***************************************   CC    3810
                     *           PRODUCTION SYSTEM         *   BLDG  42
                     ***************************************

OPERATOR    STEP
INITIALS    NUMBER



8  **ADD 88625** IN THREE (3) ADDITIONS.
   O   MIX EACH ADDITION AT LEAST 20 MINUTES OR UNTIL MASSED
       AT MAXIMUM SPEED.
   O   MAINTAIN FOLLOWING LOG:

                    **88625 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88625 | -TIME- START | FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 90 | 0010 | 0030 | 10 | 43 | |
| 2 | 90 | 0050 | 0110 | 10 | 46 | |
| 3 | 88 | 0130 | 0150 | 10 | 60 | |



RECORD: TOTAL LBS. 88625 ___268___  BATCH NO. __JE036__

9  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
   SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          M007439

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  11                    MANUFACTURING INSTRUCTION              DATE    05/25/99
                           PROCESS INSTRUCTIONS

GRADE    FSL7210AD                          EQUIP DMXR5
BATCH    JE566         *****************************************    CC    3810
                       *             PRODUCTION SYSTEM         *    BLDG  42
                       *****************************************

OPERATOR      STEP
INITIALS      NUMBER

              10  **HEAT-UP AND COOK**

              O   SET MIXER AT MAXIMUM SPEED.
              O   SET THE NITROGEN GAS PURGE AT 30 SCFM.
              O)  TURN ON REDUNDANT NITROGEN GAS PURGE.
              **ALIGN VENT TO ATMOSPHERE, DO NOT USE CONDENSER VENT
                 SYSTEM.**

              11  SET THE TEMPERATURE CONTROLLER AT 125C.
              O   HEAT BATCH TO 120-130C. **DO NOT EXCEED 140C.**

              12  COOK BATCH 4 HOURS AT 120-130C.
              O   RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG:

                              **COOK LOG**

| OPERATOR | TIME | MIXER RPM | BATCH TEMP. | N2 FLOW | COMMENTS |
|----------|------|-----------|-------------|---------|----------|
| T | 0330 | 15 | 120 | 30 | Cook - Start |
| T | 0430 | 15 | 121 | 30 | |
| T | 0530 | 15 | 128 | 30 | |
| T | 0630 | 15 | 126 | 30 | |
| JC | 0730 | 15 | 126 | 30 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M007440

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION

PAGE  12                 MANUFACTURING INSTRUCTION            DATE    05/25/99
                            PROCESS INSTRUCTIONS

GRADE   FSL7210AD                   EQUIP DMXR5
BATCH   JE566      *****************************************   CC    3810
                   *            PRODUCTION SYSTEM          *   BLDG  42
                   *****************************************

OPERATOR       STEP
INITIALS       NUMBER

_____JC_____   13 **COOLING**

                  (A) SET MIXER SPEED 2-3 RPM.
                  (B) APPLY FULL COOLING TO MIXER.

_____JC_____   14 WHEN BATCH REACHES 80C., CONTINUE PROCESS.
                  RECORD: TIME BATCH AT 80C. _1000_

_____JC_____   15 REDUCE NITROGEN GAS PURGE TO 20 SCFM.
                  O  TURN OFF REDUNDANT NITROGEN GAS PURGE.

_____JC_____   16 **SCRAPE DOWN**

                  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
                  SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT.

_____JC_____   17 **POLYMER CHARGING (PART II)**

                  **CHARGE 88766 (PART II)** WHEN BATCH TEMP. IS 80C. OR
                  RECORD: BATCH _____ POUNDS _____ PER COVER SHEET

_____JC_____   18 SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING.

_____JC_____   19 **FINAL ADDITIONS**

                  **ADD 88610** IN TWO (2) ADDITIONS.
                  O  MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED.
                  O  MAINTAIN FOLLOWING LOG:

                           **88610 ADDITION LOG**

| ADDITION NUMBER | POUNDS 88610 | -TIME- START | FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|-----------------|--------------|--------------|--------|-----------|-------------|----------|
| 1               | 55           | 1315         | 1345   | MAX       | 46          |          |
| 2               | 55           | 1400         | 1430   | MAX       | 45          |          |

                  RECORD: TOTAL LBS. 88610 _110_ BATCH NO. _JE159_

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  13                    MANUFACTURING INSTRUCTION            DATE    05/25/99
                             PROCESS INSTRUCTIONS

GRADE    FSL7210AD                      EQUIP DMXR5
BATCH    JE566      ***************************************  CC    3810
                    *              PRODUCTION SYSTEM       *  BLDG  42
                    ***************************************

OPERATOR      STEP
INITIALS      NUMBER

_JC / RM_      20  COOL BATCH TO 40C. OR LESS.
                   RECORD: BATCH TEMPERATURE _____

_MM_           21  **ADD 88629**
                   RECORD: BATCH _JD929_ POUNDS _24_

_MM_           22  **ADD 88482**
                   RECORD: GRADE _____   BATCH _JB922_ POUNDS _24_

_MM_           23  MIX BATCH APPROX. ONE (1) HOUR AT 8-12 RPM.
                   RECORD: TIME START _1730_   FINISH _1830_

_MM_           24  **IN PROCESS SAMPLING**

                   STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL
                   FOR **ALL** OF THE FOLLOWING:

| | TEST | | SPEC. | RESU |
|---|---|---|---|---|
| MM | A-3 | APPEARANCE | OK, OFF WHITE | OK |
| MM | P-15 | SPECIFIC GRAVITY | 1.27 - 1.33 | 1.291 |
| MM | C-930 | APP. RATE, GMS/MIN | 50 - 150 | 66 |

_MM_           25  (A)  **IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP,**
                        **PLATINUM CATALYST ADDITION** SECTION.

                   (B)  IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE
                        C.O..

_____       26  **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
                   CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING ANY
                   ADJUSTMENT. LOW P-15 SHOULD BE ADJUSTED WITH 06230.
                   ADJUSTMENT IS LIMITED TO 10% OR LESS OF THE INITIAL 06230
                   CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY
                   PRODUCT CHEMIST OR AREA PRODUCTION ENGINEER.

                   _____

                   _____

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007442

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
```
PAGE  14                MANUFACTURING INSTRUCTION          DATE    05/25/99
                          PROCESS INSTRUCTIONS
```

```
GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    JE566        *****************************************  CC   3810
                      *              PRODUCTION SYSTEM        *  BLDG  42
                      *****************************************
```

```
OPERATOR     STEP
INITIALS     NUMBER
```

_____ ᴍ      27 **PLATINUM CATALYST ADDITION**

      ADD 88034.
      RECORD: BATCH _HJ197_ GRAMS _584_

_____ ᴍ      28 MIX BATCH APPROX. 15 MINUTES AT MINIMUM RPM.
      RECORD: TIME START _____ FINISH _____

_ᴍ\A_          29 ADD ALL REWORK SPECIFIED.(OMIT STEP IF NO REWORK)
      RECORD:    **GRADE**      **BATCH**      **POUNDS**

               _____     _____     _____

               _____     _____     _____

               _____     _____     _____

_____ ᴍ      30 FINAL MIX BATCH APPROX. ONE (1) HOUR AT 18-22 RPM.
      RECORD: TIME START _2030_ FINISH _2130_

_ᴍᴍ_           31 **IN PROCESS SAMPLING**

      STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL
      FOR **ALL** OF THE FOLLOWING:

| TEST | SPEC. | RESULT |
|------|-------|--------|
| A-3    APPEARANCE | OK, OFF WHITE | _OK_ |
| C-1258 PLATINUM, PPM | 17 - 25 | _19_ |

_____        32 'A)  IF ALL TEST RESULTS ARE IN SPEC, GO TO
            DROP SECTION.

      (B)  IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE
           C.O..

_____        33 **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)
      CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT
      INSTRUCTION._____

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

```
       GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE  15                    MANUFACTURING INSTRUCTION           DATE    05/25/99
                              PROCESS INSTRUCTIONS
```

```
GRADE    FSL7210AD                    EQUIP DMXR5
BATCH    JE566       *****************************************  CC    3810
                     *           PRODUCTION SYSTEM           *  BLDG  42
                     *****************************************
```

OPERATOR      STEP
INITIALS      NUMBER

*JB* (initials)   34 **DROP**

WHEN BATCH IS IN SPEC., DROP TO (55G9) 55 GAL CHIMED DRUMS
WITH (09M3) ACCORDIAN LINERS.

O  APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM:
ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE
DRUM ON SIDE OPPOSITE SEAM.

O  CLOSE REGULAR AND REDUNDANT NITROGEN GAS FLOW.

*JB/TC* (initials)   35 SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL.

*JB/TC* (initials)   36 WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.

RECORD:  (A)  TOTAL NET WEIGHT ON PAGE 2.

(B)  APPLY PALLET TAG TO EACH PALLET; INCLUDE
PALLET NET WEIGHT.

(C)  **BATCH COMPLETE: DATE** *5/27/99* **TIME** *00:00*

**LAST UPDATE: 10/28/91**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    M007444