# EXHIBIT I

GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE 2        MANUFACTURING INSTRUCTION        DATE 05/20/99
              GENERAL INSTRUCTIONS

GRADE FSL7210BD                EQUIP DMXR3                    CC   3810
BATCH JE566     ********************************
                *       PRODUCTION SYSTEM       *             BLDG 42
                ********************************

OPERATOR    STEP                              (3)             874564
INITIALS    NUMBER

_____    1  DATE COMPOUNDED  5/25/99       FSL7210BD
                                              NO. 3 DMX   |J|E|5|6|6|
               MANUF. ORDER NO. _____    BATCH NO.

| MAT'L INPUT GRADE | MATERIAL INPUT DESCRIPTION | BATCH, TANK, OR LOT NO | MSCO INIT. MAT'L STAGED | LOC. | FORMULA AMOUNT: POUNDS | POUNDS USED | OPER INIT |
|---|---|---|---|---|---|---|---|
| (GR1) 88766 | PART I POLYMER | J0637 JE640 | | | 1125# | 325 / 800 | NM / NV |
| 88656 | RED MASTERBATCH | HD 048 | | 1.4.E | 52# | 52 | D.P. |
| 06230 | 10 MICRON MINUSIL | JB 038 | | RTV | 76# | 76 | NM |
| (GR1) 88964 | D4 & HMDZ TR. FILLER | JC 900 | | | 305# | 305 | NM |
| 88625 | ZEOTHIX 95 TR. FILLER | JE 036 | #4 | TF | 260# | 260 | FF |
| (GR1) 88766 | PART II POLYMER | JE 640 | | | 400# | 400 | D.P. |
| 88610 | FLUORO. PLASTICIZER | JE- 159 | | | 92# | 92# | D.P. |
| FF7149 88629 | FLUORO. HYDROLYZATE | JD- 929 | | | 23# | 23# | D.P. |
| 06435 | STAN MAG 112 | EC 048 | ✓ | 3,5,13 | 4# | 4 | D.P. |
| SF1173 88482X | TETRAMER | JB- 922 | ✓ | | 23# | 23# | D.P. |
| 06861 | DIALLYL MALEATE | JB 002 | | 30 Cooler | 970GMS | 970 gms | |
| *88104 | HYDRIDE | HD 602 | ✓ | | 36# | 36 | |
| | | | | | 2400# | | TOTAL |

* 88104 CALCULATION ON NEXT PAGE. (PAGE 2)

         -460   476       2294#

Confidential - Attorneys' Eyes Only                          M005586

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    3                   MANUFACTURING INSTRUCTION            DATE   05/20/99
                              GENERAL INSTRUCTIONS

GRADE    FSL7210BD                      EQUIP DMXR3
BATCH    JE566          ******************************************    CC   3810
                        *           PRODUCTION SYSTEM            *     BLDG 42
                        ******************************************

OPERATOR    STEP
INITIALS    NUMBER

CONTINUED    1
```

| OUTPUT | |
|---|---|
| MATERIAL | POUNDS |
| FSL7210BD | 2294 |

| CONTAINERS | | | |
|---|---|---|---|
| CODE | NO. OF CONT. NEW | USED | DESCRIPTION |
| 55G9 | | 6 | 55 GAL OT DRUMS |
| 09M3 | 6 | | ACCORDIAN LINERS |

**88104 CALCULATION** (ST'D.= 0.90 H2)

o   MUST KNOW THE %H2 IN THE 88104 (SPEC.= 0.80% TO 1.2% H2)

o   TYPICAL CHARGE: 28 TO 43 LBS.

$$\frac{34}{0.93\ \%H2} = 36 \text{ LBS. 88104 TO CHARGE.}$$

Confidential - Attorneys' Eyes Only

M005587

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    4                  MANUFACTURING INSTRUCTION              DATE   05/20/99
                             GENERAL INSTRUCTIONS

GRADE    FSL7210BD                EQUIP DMXR3
BATCH    JE566           ******************************************  CC    3810
                         *                                        *  BLDG  42
                         *            PRODUCTION SYSTEM           *
                         ******************************************

OPERATOR   STEP
INITIALS   NUMBER

CONTINUED    1   GENERAL
```

1. FSL7210B IS THE CROSSLINKING AGENT OF A TWO PART MOLDING COMPOUND WHICH IS USED FOR THE MANUFACTURE OF ELECTRICAL CONNECTOR INSERTS.

2. BEFORE ATTEMPTING TO OPERATE ANY ITEM OF EQUIPMENT, YOU MUST HAVE BEEN INSTRUCTED IN ITS FUNCTION.

3. INITIAL EACH STEP AS IT IS COMPLETED ON THE INSTRUCTIONS, SLASH, IF INCMPLETE.

4. WHEN ATTEMPTING TO CONTROL A SPECIFIED BATCH TEMPERATURE, OPERATOR MUST USE OWN JUDGEMENT IN SELECTING CORRECT MIXER BLADE SPEED.

**SAFETY INSTRUCTIONS**

1. OBEY ALL PLANT, AREA AND EQUIPMENT SAFETY RULES WHILE RUNNING THIS EQUIPMENT.

2. BEFORE INTRODUCING FLAMMABLE LIQUIDS INTO VESSELS; PURGE WITH NITROGEN TO REMOVE AIR THAT MAY FORM AN EXPLOSIVE MIXTURE WITH THE FLAMMABLE LIQUID VAPORS.

3. WHEN TRANSFERRING FLAMMABLE LIQUIDS, CONNECT CONTAINER WITH A GROUND WIRE TO PREVENT BUILD-UP OF A STATIC CHARGE AND SPARKS.

4. THE MIXER MUST BE BLANKETED WITH A NITROGEN GAS PURGE SET AT A MINIMUM FOR THE OPERATION OF THE MIXER.

5. USE DUST RESPIRATOR WHEN CHARGING FILLERS.

6. ANY QUESTION REGARDING SAFETY OR EQUIPMENT SHOULD BE DISCUSSED WITH THE C.O. AND RESOLVED BEFORE PROCEEDING.

Confidential - Attorneys' Eyes Only

M005588

```
GRADE    FSL7210BD                     EQUIP DMXR3
BATCH    JE566          *******************************************   CC    3810
                        *                                         *   BLDG  42
                        *              PRODUCTION SYSTEM          *
                        *******************************************

OPERATOR    STEP
INITIALS    NUMBER

CONTINUED    1   MATERIAL HANDLING & SAFETY OBSERVATIONS
```

### 88766 - VINYL STOPPED FLUOROSILICONE POLYMER

THIS IS A CLEAR, COLORLESS, VISCOUS POLYMER WITH NO DETECTABLE ODOR. SPECIFIC GRAVITY IS 1.12 AND THE FLASH POINT IS GREATER THAN 600F. POSSIBLE HAZARD BY INGESTION ONLY.

### 88656 - RED MASTERBATCH

THIS IS A VINYL STOPPED FLUOROSILICONE POLYSILOXANE CONTAINING INERT PIGMENTS. GREASE LIKE CONSISTENCY. POSSIBLE HAZARD BY INGESTION ONLY.

### WERMI 06230 - 10 MICRON MINUSIL

THIS IS A BEIGE COLORED GROUND QUARTZ WHICH CAN CAUSE SILICOSIS ON LONG TERM INHALATION. AN APPROVED DUST MASK MUST BE USED WHEN HANDLING THIS MATERIAL.

### 88964 - TETRAMER & HMDZ TREATED FUMED SILICA

FLUFFY, WHITE POWDERY SOLID OF LOW BULK DENSITY. CONTAINS RESIDUAL METHYL TETRAMER AND HEXAMETHYLDISILAZANE ADSORBED ON SURFACE. BASICALLY SILICA. PRIMARY HAZARD IS AS AN IRRITATING DUST IF INHALED.

### 88625 - ZEOTHIX 95 TREATED PRECIPITATED SILICA

A WHITE POWDERY SOLID OF LOW BULK DENSITY. TREAT AS A SILICA DUST, POTENTIALLY CONTAINING FREE SILICA. WEAR A DUST MASK WHILE HANDLING.

### 88610 - FLUOROSILICONE PLASTICIZER

THIS CLEAR, ODORLESS COPOLYMER PLASTICIZER FLUID HAS A SPECIFIC GRAVITY OF 1.17 AND A FLASH POINT GREATER THAN 200F. POSSIBLE HAZARD BY INGESTION ONLY.

Confidential - Attorneys' Eyes Only                                    M005589

```
        GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
  PAGE    6                    MANUFACTURING INSTRUCTION              DATE    05/20/99
                                 GENERAL INSTRUCTIONS

  GRADE    FSL7210BD                     EQUIP DMXR3
  BATCH    JE566          *******************************************   CC    3810
                          *                                         *   BLDG  42
                          *            PRODUCTION SYSTEM             *
                          *******************************************

  OPERATOR   STEP
  INITIALS   NUMBER

        CONTINUED      1  FF7149/88629 - FLUOROSILICONE HYDROLYZATE
```

THIS LOW VISCOSITY FLUID MAY BE HARMFUL IF IN CONTACT WITH SKIN, SPLASHED IN THE EYES, OR INGESTED. REMOVE CONTAMINATED CLOTHING AND LAUNDER BEFORE RE-USE. OBTAIN MEDICAL ASSISTANCE IF IRRITATION OCCURS AFTER CONTACT.

### WERMI 06435 - STAN MAG 112

A RELATIVELY INACTIVE FORM OF MAGNESIUM DIOXIDE. INHALATION CAN CAUSE NASAL IRRITATION; WEAR A DUST MASK. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, FLUSH WITH WATER FOR 15 MINUTES.

### SF1173/88482 - METHYL TETRAMER

SKIN IRRITATION IS NOT EXPECTED. IF IN CONTACT WITH SKIN, WASH WITH SOAP AND WATER. IF IN CONTACT WITH EYES, RINSE FOR 15 MINUTES WITH WATER. SEEK MEDICAL ASSISTANCE IF IRRITATION PERSISTS.

### WERMI 06861 - DIALLYL MALEATE

THIS IS TOXIC BY INGESTION, SKIN PENETRATION, AND INHALATION; THEREFORE, GREAT CARE MUST BE TAKEN WHEN HANDLING THIS PRODUCT! WEAR RUBBER GLOVES, RUBBER APRON, FACE SHIELD, AND NON-VENTED GOGGLES. DAM (06861) HAS A SPECIFIC GRAVITY OF 1.073 AND IS NOT VERY VOLATILE, BUT CARE SHOULD BE TAKEN TO AVOID BREATHING VAPORS. IN THE EVENT OF SKIN OR EYE CONTACT, THE AFFECTED AREA SHOULD BE FLUSHED WITH COLD WATER FOR 15 MINUTES. IF SPLASHED ON CLOTHES, REMOVE AND WASH BEFORE REUSE AS DAM (06861) IS CONSIDERED TOXIC BY SKIN PENETRATION. CONTACT THE MEDICAL CENTER IN THE EVENT OF ANY ABNORMAL OR ACCIDENTAL EXPOSURE.

### 88104 - RESIN HYDRIDE

A CLEAR, COLORLESS, LOW VISCOSITY LIQUID. MAY HAVE A SLIGHT SULFUROUS ODOR. THIS IS A HYDRIDE FLUID AND CARE SHOULD BE TAKEN TO AVOID CONTACT WITH STRONG ACIDS OR BASES SINCE HYDROGEN GAS CAN BE GENERATED.

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    7              MANUFACTURING INSTRUCTION              DATE    05/20/99
                         GENERAL INSTRUCTIONS

GRADE    FSL7210BD              EQUIP DMXR3
BATCH    JE566        *******************************       CC    3810
                      *      PRODUCTION SYSTEM      *       BLDG  42
                      *******************************

OPERATOR     STEP
INITIALS     NUMBER

             CONTINUED    1
                                      MANUAL GUM WEIGHING FORM

                              DOUGHMXR NO.:   3  .
                              PROD. GRADE:  FSL7210BD  .
                              BATCH NUMBER: JE566  .

                                              A          B        C        D

                              INPUT MAT'L.:  SB766    ____    ____    ____
                              LBS. REQUIRED: 1525     ____    ____    ____
                              GROSS WEIGHT:  1697     ____    ____    ____
                              TARE WEIGHT:   171      ____    ____    ____
                              NET WEIGHT:    1525     ____    ____    ____
                              CORRECTION:    ____     ____    ____    ____
                              (IF REQUIRED)


                              OPERATOR'S SIGNATURE:   _____

                              CONTROL OPERATOR'S
                                    (OR)
                              SUPERVISOR'S SIGNATURE: _____
```

Confidential - Attorneys' Eyes Only                                    M005591

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    8                  MANUFACTURING INSTRUCTION              DATE   05/20/99
                        SYSTEM PREPARATION INSTRUCTIONS

GRADE    FSL7210BD            EQUIP DMXR3
BATCH    JE566        *******************************      CC   3810
                      *     PRODUCTION SYSTEM        *     BLDG 42
                      *******************************

OPERATOR    STEP
INITIALS    NUMBER
```

___VA___  1  **SYSTEM PREPARATION**

RECORD ON THE INSTRUCTIONS:
- O  ALL INGREDIENT ADDITIONS.
- O  MIX TIMES - START AND FINISH.
- O  ANY DATA SPECIFICALLY REQUESTED.
- O  INITIAL EACH STEP COMPLETED, SLASH, IF INCOMPLETE.

___N/A___  2  THE MIXER BOWL, BLADES, AND COVER MUST BE THOROUGHLY CLEANED FROM ANY PREVIOUS PRODUCT. PERFORM A TETRAMER BOIL OUT AND STUFFING BOX REPACK. ONLY TRACE AMOUNTS OF A PREVIOUS BATCH OF FSL7210BD IS PERMITTED.

A THOROUGH SCRAPE OUT BETWEEN BATCHES OF FSL7210BD IS REQUIRED.

RECORD: PREVIOUS MATERIAL IN MIXER: __88255__.
        TYPE OF CLEANOUT PERFORMED: __S/C__.

MIXER CLEAN AND READY FOR USE: _____.
                               (CONTROL OPERATOR'S INITIALS)

___NV___  3  BE SURE ALL MATERIALS REQUIRED FOR THE BATCH ARE AVAILABLE IN THE QUANTITIES REQUIRED. BE SURE BATCH NUMBERS ARE CORRECT.

Confidential - Attorneys' Eyes Only                                M005592

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    9              MANUFACTURING INSTRUCTION           DATE   05/20/99
                         PROCESS INSTRUCTIONS

GRADE   FSL7210BD                    EQUIP DMXR3
BATCH   JE566        *******************************************  CC   3810
                     *           PRODUCTION SYSTEM              *  BLDG 42
                     *******************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| NR | 1 | **POLYMER CHARGING (PART I).** <br> (A) **RECORD BATCH START: DATE** 5/25/99 **TIME** 1900 <br> (B) APPLY FULL COOLING TO MIXER BOWL AND BLADES. |
| NR | 2 | **CHARGE 88766 (PART I).** <br> RECORD: BATCH JD637/JE640  POUNDS 325/800 |
| NR | 3 | CLOSE MIXER COVER. |
| NR | 4 | SET THE NITROGEN PURGE TO MINIMUM FOR MIXER USED. |
| NR | 5 | **FILLER ADDITIONS** <br> ADD (06230) 10 MICRON MINUSIL. <br> RECORD: BATCH JB038  POUNDS 76 |
| NR | 6 | MIX BATCH AT LEAST 15 MINUTES AT 18-22 RPM. <br> RECORD: TIME START 2000  FINISH 2015 |
| NR | 7 | ADD 88964 IN THREE (3) ADDITIONS: <br> O  MIXER SPEED 8-12 RPM, OR LOWER TO AVOID FILLER LOSS. <br> O  MIX EACH ADDITION AT LEAST 15 MIN., OR UNTIL MASSED. <br> O  MAINTAIN FOLLOWING LOG: |

**88964 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88964 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 105 | 2130 | 2200 | 10 | 40 | |
| 2 | 100 | 2210 | 2230 | 10 | 41 | |
| 3 | 100 | 2240 | 2305 | 10 | 42 | |

RECORD: TOTAL LBS. 88964 _305_  BATCH NO. _JC900_

Confidential - Attorneys' Eyes Only

M005593

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   10                     MANUFACTURING INSTRUCTION              DATE   05/20/99
                                PROCESS INSTRUCTIONS

GRADE    FSL7210BD                     EQUIP DMXR3
BATCH    JE566         *******************************************  CC   3810
                       *            PRODUCTION SYSTEM             *  BLDG 42
                       *******************************************

OPERATOR      STEP
INITIALS      NUMBER
```



8  **ADD 88625 IN THREE (3) ADDITIONS.**
   O  MIX EACH ADDITION AT LEAST 20 MINUTES, AT A SPEED THAT
      WILL AVOID EXCESSIVE FILLER LOSS.
   O  MAINTAIN FOLLOWING LOG:

**88625 FILLER ADDITION LOG**

| ADDITION NUMBER | POUNDS 88625 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| ① | 90 | 2330 | 0015 | 10 | 41 | |
| ② | 90 | 0015 | 0050 | 10 | 45 | |
| ③ | 80 | 0115 | 0145 | 10 | 54 | |

RECORD: TOTAL LBS. 88625  **260**   BATCH NO. **JE036**

    FF

9  STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND
   SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

Confidential - Attorneys' Eyes Only                                    M005594

```
         GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   11                     MANUFACTURING INSTRUCTION              DATE   05/20/99
                                 PROCESS INSTRUCTIONS
GRADE     FSL7210BD                    EQUIP DMXR3
BATCH     JE566         *******************************************    CC    3810
                        *           PRODUCTION SYSTEM             *    BLDG    42
                        *******************************************

OPERATOR       STEP
INITIALS       NUMBER
```

| | | |
|---|---|---|
| _FF_ | 10 | **HEAT-UP AND COOK** |
| | | O  SET MIXER AT MAXIMUM SPEED. |
| | | O  SET THE NITROGEN GAS PURGE AT <u>30 SCFM</u>. |
| | | O  TURN ON REDUNDANT NITROGEN GAS PURGE. |
| _FF_ | 11 | SET THE TEMPERATURE CONTROLLER AT 125C. |
| | | O  HEAT BATCH TO 120-130C. **DO NOT EXCEED 140C.** |
| _FF_ | 12 | COOK BATCH 4 HOURS AT 120-130C. |
| | | O  RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG: |

COOK LOG

| OPERATOR | TIME | MIXER RPM | BATCH TEMP. | N2 FLOW RATE | COMMENTS |
|---|---|---|---|---|---|
| FF | 0230 | 15 | 120 | 30 | |
| FF | 0330 | " | 123 | 30 | |
| FF | 0430 | " | 126 | 30 | |
| FF | 0530 | " | 125 | 30 | |
| FF | 0630 | " | 120 | 30 | |

Confidential - Attorneys' Eyes Only                                                     M005595

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   12              MANUFACTURING INSTRUCTION          DATE   05/20/99
                         PROCESS INSTRUCTIONS

GRADE     FSL7210BD            EQUIP DMXR3
BATCH     JE566       *********************************    CC    3810
                      *      PRODUCTION SYSTEM        *    BLDG  42
                      *********************************

OPERATOR     STEP
INITIALS    NUMBER
```

| Operator Initials | Step | Instruction |
|---|---|---|
| FF / D.P. | 13 | **COOLING** <br>(A) SET MIXER SPEED AT A MINIMUM. <br>(B) APPLY FULL COOLING TO MIXER. |
| D.P. | 14 | WHEN BATCH REACHES 80C. OR LESS, CONTINUE PROCESS. <br>RECORD: TIME BATCH AT 80C. _08:30_ |
| D.P. | 15 | REDUCE NITROGEN GAS PURGE TO 20 SCFM. <br>O  TURN OFF REDUNDANT NITROGEN GAS PURGE. |
| D.P. | 16 | **SCRAPE DOWN** <br>STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT. |
| D.P. | 17 | **POLYMER CHARGING (PART II)** <br>CHARGE 88766 (PART II) WHEN BATCH TEMP. IS 80C. OR <br>RECORD: BATCH _JE-640_ POUNDS _400#_ |
| D.P. | 18 | SET MIXER SPEED AT 8-12 RPM, CONTINUE FULL COOLING. |
| D.P. | 19 | **FINAL ADDITIONS** <br>ADD 88610 IN TWO (2) ADDITIONS. <br>O  MIX EACH ADDITION AT LEAST 30 MINUTES AT MAXIMUM SPEED. <br>O  MAINTAIN FOLLOWING LOG: |

88610 ADDITION LOG

| ADDITION NUMBER | POUNDS 88610 | TIME START | TIME FINISH | MIXER RPM | BATCH TEMP. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 45# | 10:30 | 11:00 | 15 | 57°C | |
| 2 | 47# | 11:15 | 11:45 | 15 | 48°C | |

RECORD: TOTAL LBS. 88610 _92#_ BATCH NO. _JE-159_

Confidential - Attorneys' Eyes Only

M005596

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   13              MANUFACTURING INSTRUCTION          DATE   05/20/99
                         PROCESS INSTRUCTIONS

GRADE   FSL7210BD                EQUIP DMXR3
BATCH   JE566        **********************************   CC    3810
                     *         PRODUCTION SYSTEM      *   BLDG  42
                     **********************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| D.P. | 20 | COOL BATCH TO 40C. OR LESS. |
| D.P. | 21 | ADD ~~FF7149~~/88629.<br>RECORD: GRADE _88629_ BATCH _JD-929_ POUNDS _23#_ |
| D.P. | 22 | ADD (06435) STAN MAG.<br>RECORD: LOT NO. _GC-048_ POUNDS _4#_ |
| D.P. | 23 | ADD 88656 RED MASTERBATCH.<br>RECORD: BATCH _HD-048_ POUNDS _52#_ |
| D.P. | 24 | ADD ~~SP1173~~/88482 WITH MIXER AT 8-12 RPM.<br>RECORD: GRADE _88482X_ BATCH _JB-922_ POUNDS _23#_ |
| D.P./m | 25 | MIX BATCH AT LEAST ONE (1) HOUR AT 8-12 RPM.<br>RECORD: TIME START _14:30_ FINISH _15:30_ |
| m | 26 | **IN PROCESS SAMPLING**<br>STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING: WAIT FOR RESULTS |

| | TEST | | SPEC. | RESU |
|---|---|---|---|---|
| nn | A-3 | APPEARANCE | OK, REDDISH/BROWN | OK |
| m | P-15 | SPECIFIC GRAVITY | 1.27 - 1.33 | 1.298 |
| m | C-930 | APP. RATE, GMS/MIN | 50 - 150 | 80 |

| | | |
|---|---|---|
| m | 27 (A) | IF ALL TEST RESULTS ARE IN SPEC, GO TO NEXT STEP, (06861) DAM AND 88104 ADDITIONS SECTI |
| | (B) | IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O.. |
| | 28 | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED)<br>CAUTION: CONFIRM ANY OUT OF SPEC RESULT BEFORE MAKING A ADJUSTMENT.<br>LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT OF 06230 IS LIMITED TO 10% OR LESS OF THE INITIAL CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT CHEMIST OR PRODUCTION ENGINEER. |

Confidential - Attorneys' Eyes Only

M005597

```
            GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE    14                   MANUFACTURING INSTRUCTION              DATE    05/20/99
                                PROCESS INSTRUCTIONS
GRADE     FSL7210BD                    EQUIP DMXR3
BATCH     JE566          **********************************      CC    3810
                         *                                  *
                         *         PRODUCTION SYSTEM        *     BLDG  42
                         **********************************

OPERATOR    STEP
INITIALS    NUMBER
```

| Initials | Step | Instruction |
|---|---|---|
| nn | 29 | **(06861) DAM AND 88104 ADDITIONS.** |
| nn |  | SEE **MATERIAL HANDLING & SAFETY OBSERVATIONS** BEFORE CHARGING (06861) DIALLYL MALEATE. |
| nn | 30 | OBTAIN DIALLYL MALEATE IMMEDIATELY PRIOR TO CHARGING. |
| nn |  | o  (06861) DAM MUST BE COOLER STORED AND RETURNED TO COOLER IMMEDIATELY AFTER USE. |
| nn |  | o  IF (06861) DAM APPEARS HAZY, SYRUPY, OR SEMI-SOLID, DO NOT USE. |
| nn | 31 | **CHARGE (06861) DIALLYL MALEATE.** RECORD: BATCH  JB082  GRAMS  970 |
| nn | 32 | MIX BATCH AT LEAST 15 MINUTES AT 5-6 RPM. RECORD: TIME START  2035  FINISH  2050 |
| nn | 33 | **ADD 88104.** RECORD: BATCH  HD602  POUNDS  36 |
| ✱ | 34 | ADD ALL REWORK SPECIFIED.(OMIT STEP IF NO REWORK) RECORD:    GRADE          BATCH          POUNDS |
| nn | 35 | FINAL MIX BATCH AT LEAST 1 HOUR AT MAXIMUM RPM. RECORD: TIME START          FINISH |

```
GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   15                MANUFACTURING INSTRUCTION          DATE    05/20/99
                            PROCESS INSTRUCTIONS

GRADE    FSL7210BD              EQUIP DMXR3
BATCH    JE566       ******************************************   CC    3810
                     *           PRODUCTION SYSTEM            *   BLDG    42
                     ******************************************
```

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| nm | 36 | IN PROCESS SAMPLING |

STOP THE BLADES, SAMPLE ONE PINT TO 30 RTV QUALITY CONTROL FOR **ALL** OF THE FOLLOWING:

| INITIALS | TEST | | SPEC. | RESU |
|---|---|---|---|---|
| nn | A-3 | APPEARANCE | OK, REDDISH/BROWN | OK |
| nn | C-1229 | HYDRIDE, PPM | 128 - 148 | 157 |

| nn | | SAMPLE ON PINT TO 42 SEL QUALITY CONTROL FOR ALL OF THE FOLLOWING: |
|---|---|---|

| INITIALS | TEST | | SPEC. | RESUL |
|---|---|---|---|---|
| nn | C-1097 | T-90 IN SECONDS | 15 - 51 | 80 |
| nn | C-1097 | 3 MIN. MAX. TORQUE | 55 - 80 | 58 |
| nn | E-3 | SHORE A | 37 - 46 | 38 |

| | 37 | (A) IF ALL TEST RESULTS ARE IN SPEC, GO TO **DROP** SECTION. |
|---|---|---|
| | | (B) IF ANY RESULT IS OUT OF SPEC, RESAMPLE AND CONTACT THE C.O.. |
| | 38 | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED) CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT INSTRUCTION. |

Confidential - Attorneys' Eyes Only                                   M005599

```
          GENERAL ELECTRIC CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
PAGE   16                  MANUFACTURING INSTRUCTION           DATE    05/20/99
                              PROCESS INSTRUCTIONS

 GRADE     FSL7210BD                EQUIP DMXR3
 BATCH     JE566        *******************************************  CC   3810
                        *            PRODUCTION SYSTEM             *  BLDG 42
                        *******************************************

 OPERATOR      STEP
 INITIALS      NUMBER
```

_____FF_____   39 **DROP**

   WHEN BATCH IS IN SPEC., DROP TO (55G9) RECYCLE DRUMS
   WITH (09M3) ACCORDIAN LINERS.

   O  APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM:
      ONE LABEL ON DRUM COVER; THE SECOND MIDWAY DOWN THE
      DRUM ON SIDE OPPOSITE SEAM.

   O  CLOSE REDUNDANT GAS, LOWER MAIN PURGE TO MINIMUM.

_____FF_____   40 SAMPLE THREE (3) PINTS TO SEL QUALITY CONTROL FOR FINAL.

_____FF_____   41 WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.

   RECORD:  (A) TOTAL NET WEIGHT ON PAGE 2.

            (B) APPLY PALLET TAG TO EACH PALLET; INCLUDE
                PALLET NET WEIGHT.

            (C) **BATCH COMPLETE: DATE** _5-27-99_ **TIME** _0300_


   LAST UPDATE: 10/28/91

Confidential - Attorneys' Eyes Only

M005600