# EXHIBIT J

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 1

Grade: FSL7210AD

DMXR NO. 5

SAP Mat. #: 35696

PO #: 2542542
2,250#

Batch #: 095034

**NOTE:** ALL CONTACT WITH FLUOROSILICONE INPUTS REQUIRES PROPER PPE TO INCLUDE ORGANIC VAPOR RESPIRATOR AND APPROPRIATE GLOVES.

---

OPERATOR INITIALS

________

**Batch Report Out:**

# OF TOTAL DRUMS : ________ DRUMS

TOTAL WEIGHT OF BATCH : ____________ LBS

NOTE
PRE BATCH
AND HOLD

Confidential Attorneys' Eyes Only

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 2

MSCO Initials SV

PART I

| | SAP# | GRADE | BATCH | DESCRIPTION | BLDG LOC | MATL STGD | DMXR 5 | ACTUAL LBS/GMS | OPER INIT |
|---|---|---|---|---|---|---|---|---|---|
| | 33437 | 88766 | 09E050 | POLYMER | | T/BD ON DECK | 1148 | 1148 | JM |
| | | | | | | | | | |
| ORD | 30395 | 06230 | 09G 003 | 10 MICRON MINUSIL | T/BD | ON DECK | 76 | 76 | JM |
| | | | | | | | | | |
| SILO | 33296 | 88318 | 09H 472 | D4 & HDMZ TREATED FILLER | hopper #2 | N/A | 305 | 305 | JM/TP |
| | | | | | | | | | |
| [illegible] | 33392 | 88625 | 09G 021 | ZEOTHIX 95 TREATED FILLER | | | 260 | 260 | TP |
| | | | | | | | | | |

PART II

| | SAP# | GRADE | BATCH | DESCRIPTION | BLDG LOC | MATL STGD | DMXR 5 | ACTUAL LBS/GMS | OPER INIT |
|---|---|---|---|---|---|---|---|---|---|
| | 33437 | 88766 | 09E 050 | POLYMER | T/BD | 1ST FLOOR 2ND DAY | 383 | 383 | JN |
| | | | | | | | | | |
| [illegible] | 33389 | 88610 | 08H008 | FLUORO PLASTICIZER | | STAGED UNDER 5 | 107 | 107 | JN |
| | | | | | | | | | |
| OK | 33393 | 88629 | 09C055 | FLUORO HYDROLYZATE | ON DECK | STAGED UNDER 5 | 23 | 23 | TP |
| | | | | | | | | | |
| OK | 33343 | 88482X | 09G047 | METHYL TETRAMER | | | 23 | 23 | TP |
| | | | | | | | | | |

PART III

| | SAP# | GRADE | BATCH | DESCRIPTION | BLDG LOC | MATL STGD | DMXR 5 | ACTUAL ~~LBS~~/GMS | OPER INIT | |
|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 33233 | 88034 | 09E006 | PLATINUM CATALYST | | TP | 617 GMS | 617 | JM/BD | Prebatch (ON DECK) |
| | | | | | | | | | | |

*88034 CALCULATION ON NEXT PAGE

Confidential Attorneys' Eyes Only

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210AD
CMXR 5

10/14/2008
Page 3

| TOTAL INPUT LBS. |
|---|
| 2326 |

| CONTAINERS | | | |
|---|---|---|---|
| CODE | NO. OF NEW | NO. OF USED | DESCRIPTION |
| W1A1 | | | 55 GAL STRAIGHTSIDE |
| 09M1 | | | STRAIGHT LINER |

88034 CALCULATION

| MSCO INITIALS | STEP NUMBER | |
|---|---|---|
| [signature] | 1. | • MUST KNOW THE %PT IN THE 88034<br>  o (SPEC: 3.4% TO 4.0% PT)<br>• **TYPICAL CHARGE IS 527 TO 620 GRAMS** |

EXAMPLE:
35,671 (PT PPM) / 10,000 = 3.5671 (% PT)
2111 / 3.5671 (% PT) = 592 GRAMS OF 88034 REQUIRED FOR THIS CHARGE

CALCULATE 88034 FOR THIS BATCH

34163 PT PPM / 10,000 = 3.42 (% PT)

2111 / 3.42 %PT = 617 GMS 88034 TO CHARGE.

Confidential Attorneys' Eyes Only

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 11

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| PART II JH | 22. | CHARGE 88766<br>(NOTE: WHEN BATCH TEMP IS 80 DEG. C OR LESS)<br>RECORD: 383 LBS |
| JH | 23. | SET MIXER SPEED AT 8-12 RPM AND CONTINUE FULL COOLING. |
| N/A | 24. | ACKNOWLEDGE THE COMPLETION OF THE "PART II POLYMER" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "PART II ADDS" STEP IS NEXT. |
| JH | 25. | ADD 88610<br>A. ADD IN TWO ADDITIONS<br>B. MIX EACH ADDITION AT LEAST 30 MINUTES AT 15-20 RPM.<br>C. MAINTAIN THE FOLLOWING LOG: |

| ADDITION NUMBER | TIME START ADDITION | BATCH MASSED (YES/NO) | LBS ADDED | OPERATOR INITIALS |
|---|---|---|---|---|
| 1 | 2106 | yes | 54 | JH |
| 2 | 2130 | yes | 53 | JN |

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| P | 26. | COOL BATCH TO 40 DEG. C OR LESS<br>RECORD: TIME AT 40 DEG. C: 24'00 |
| P | 27. | ADD 88629<br>RECORD: 23 LBS ON DECK |

**NOTE:**
**88629 SHOULD BE CONSIDERED HAZARDOUS. CARE TO BE TAKEN DURING HANDLING TO AVOID SKIN CONTACT. WEAR RUBBER GLOVES, ORGANIC VAPOR RESPIRATOR, AND GOGGLES. IN EVENT OF CONTACT, WASH WITH SOAP AND RINSE WITH COPIOUS AMOUNTS OF WATER. DISCARD ALL CONTAMINATED CLOTHING.**

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| P | 28. | ADD 88482X<br>RECORD: 23 LBS |
| P | 29. | MIX BATCH APPROXIMATELY 1 HOUR AT 8-12 RPM.<br>RECORD: TIME START: 00:15<br>TIME FINISH: 01:15 |

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 12

OPERATOR INITIALS | STEP NUMBER

[initials] 30. IN-PROCESS SAMPLING

A. STOP MIXER BLADES
B. SAMPLE ONE PINT TO 42 QC LAB FOR ALL OF THE FOLLOWING:

| PHYSICAL SAMPLE NO. | 900579415 | |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (OFF WHITE) | ok |
| P-15 SPECFIC GRAVITY | (1.27 – 1.33) | 1.25 |
| C-930 APP. RATE, (GMS/MIN) | (40 – 150) | 91 |

A. IF ALL TESTS RESULTS ARE IN SPEC, GO TO NEXT STEP (PLATINUM CATALYST ADDITION)
B. IF ANY RESULT IS OOS, RESAMPLE

RESAMPLE:

| PHYSICAL SAMPLE NO. | 900579416 | |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (OFF WHITE) | oK |
| P-15 SPECFIC GRAVITY | (1.27 – 1.33) | 1.250 |
| C-930 APP. RATE, (GMS/MIN) | (40 – 150) | 57 |

Adjustment #1
SM 9/10/09

A. IF ALL TESTS RESULTS ARE IN SPEC, GO TO NEXT STEP (PLATINUM CATALYST ADDITION)
B. IF ANY RESULT IS STILL OSS, CONTACT PRODUCTION ENGINEER.

?/BD Add 100 # of 88318 filler.
9/BD Mix for 1 hr @ 10 rpm 1300 – 1400
?/BD Resample: phys sample #: 900579417

Appearance NOK
Spec Grav 1.26
C-930 2.1

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 13

OPERATOR INITIALS | STEP NUMBER

#2 SM 9/10/09

31. ADJUSTMENT INSTRUCTIONS (IF REQUIRED)
CAUTION: CONFIRM ANY OUT OF SPEC RESULTS BEFORE MAKING AN ADJUSTMENT

LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT OF 06230 IS LIMITED TO 10% OR LESS OF THE INITIAL CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT CHEMIST OR PRODUCTION ENGINEER.

Add 50# 88766 mix for 1½hr @ 10RPM Resample per Sean

BD Add 8 # of 06230 (10M MINUSIL)
BD Add 23 # of 88629
BD Mix for 1 hr @ 10 Rpm
Resample: physical sample # ______
App NOK
Spec Grav 1.283
C-930 2.7

START 0000
END 0130
900579511
App NOK
Spec gravity 1.28
C 930 7.0
PART III

JM/BD 32. ADD 88034, PLATINUM CATALYST
RECORD: 617 SMS

Sample 12:30 pm 9/11
900579512
App OK
Spec Gravity 1.318
C-930 17

JM/BD 33. MIX BATCH APPROXIMATELY 15 MINUTES AT 10 RPM.
RECORD: TIME START: 17:00
TIME FINISH: 18:00

N/A 34. ADD ALL REWORK SPECIFIED. (OMIT STEP IF NO REWORK)

| GRADE | BATCH | POUNDS |
|---|---|---|
| | | |
| | | |
| | | |

N/A 35. ACKNOWLEDGE THE COMPLETION OF THE "PART II ADDS" ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "SAMPLE" STEP IS NEXT.

ADD 100# 88766 09E050 MIX FOR 1 hr + Resample

Adj Add 5# 88629
10# 88610 mix 1hr & Resample Per Sean - done
START mix 1600 HR - SAmple # 900579513 - APP OK
- spec Gravity 1.27
C-930 - 18

ADD 50 # 88766 - mix 2hrs - Sample JM/BB
F 00S - Leave DOWN TIL MON. A3 OK P-15 1.260

CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210AD
DMXR 5

10/14/2008
Page 14

OPERATOR INITIALS | STEP NUMBER

BD 36. IN-PROCESS SAMPLING

STOP THE BLADES, SAMPLE ONE PINT TO 42 QC LAB FOR ALL OF THE FOLLOWING:

| PHYSICAL SAMPLE NO. | 900580437 | |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (OFF WHITE) | OK |
| C-1258 PLATINUM, PPM | (17 – 25) | 9.0 |

19:15' Run 10 RPms 1hr - Resample Dont Exceed 50°

A. IF ALL TEST RESULTS ARE IN SPEC, GO TO DROP SECTION.
B. IF ANY RESULT IS OOS, RESAMPLE.

RESAMPLE:

| PHYSICAL SAMPLE NO. | 900580438 | |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (OFF WHITE) | |
| C-1258 ~~C-1225~~ PLATINUM, PPM | (17 – 25) | 8. |

A. IF ALL TEST RESULTS ARE IN SPEC, GO TO DROP SECTION.
B. IF ANY RESULT IS STILL OOS, CONTACT PRODUCTION ENGINEER.

_______ 37. ADJUSTMENT INSTRUCTIONS (IF REQUIRED)

CONTACT THE AREA PRODUCTION ENGINEER FOR ADJUSTMENT INSTRUCTION.

ADD 300 GmS. 88034 MIX 15 MIN. RESAMPLE FOR A-3, C-1258. IF STILL O.O.S. CALL SEAN. DONE JH

Physical Sample # 900580439 - A-3 - OK
- C1258 - 15.0 - LOW

N/A 38. ACKNOWLEDGE THE COMPLETION OF THE "SAMPLE" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "DROP" STEP IS NEXT.

Add 50 gms. - [illegible] 900580354

Confidential Attorneys' Eyes Only

M008027

CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION

MANUFACTURING INSTRUCTIONS

GENERAL INSTRUCTIONS

Grade: FSL7210AD
DMXR 5

10/14/2008

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| JM/BD | 39. | DROP<br>WHEN BATCH IS IN SPEC, DROP TO STRAIGHT SIDED DRUMS (31860-06CW1A1) AND STRAIGHT LINERS (09M1), FILL EACH DRUM TO A WEIGHT OF 450 LBS.<br><br>APPLY THE REQUIRED TWO PRE-PRINTED LABELS PER DRUM:<br>ONE LABLE ON DRUM COVER; THE SECOND MIDWAY DOWN THE DRUM ON OPPOSITE SIDE OF SEAM.<br><br>VERIFY REDUNDANT GAS OFF, LOWER MAIN PURGE AT 10 SCFM. |
| JM/BD | 40. | SAMPLE 3 PINTS TO SEL QUALITY CONTROL FOR FINAL. |
| JM/BD | 41. | WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS.<br><br>**RECORD:**<br>A. TOTAL NET WEIGHT<br>B. APPLY PALLET TAG TO EACH PALLET AND INCLUDE PALLET WEIGHT |
| N/A | 42. | ACKNOWLEDGE THE COMPLETION OF THE "DROP" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. DELETE THE COMPLETED BATCH FROM THE DELTAV SCREEN. |

Confidential Attorneys' Eyes Only

2300 Hrs - JN.

Added 4# 10m minusil mixing for 3 Hrs Resample for All Test Phys sample# 900580133

A-3 N/G - Black specks

C-930 41.1 OK

P-15 1.270 OK

---

After 3 Hr mix an additional 1 Hr and Resample per Shawn's directive. Phys Sample# 900580271

A-3 OK ok

C-930 43.6 ok

P-15 1.260 Failed!

3:24 AM TP. 9/15/09

---

DROP OUT 400# OF FSL7210A 09J039 then MIX FOR 30MIN + RESAMPLE COMPLETE PER SEAN 9/15/09 900579969

A-3 OK.

C-930 43

P-15 1.30

Confidential Attorneys' Eyes Only

88766 - 1148# - 383# + 50" + 100" + 50" + 50# = 1781#
06230 - 76# + 8# + 4# + 4# = 92#
88368 - 305# + 100# = 405#
88625 - 260#
88660 - 107# + 80# = 187#
88629 - 23# + 2.3# + 5# = 30.3#
88482X - 23#
88034 - 617 gms - 300gms - 50gms = 967 gms

Total input #'s
for ESL7210AD
095039