# EXHIBIT K

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210BD
DMXR 5

2/7/08
Page 1

Grade: **FSL7210BD**       DMXR NO. 5

SAP Mat. #: **35698**       PO #: _2542541_

09J039                      _2250#_

NOTE: ALL CONTACT WITH FLUOROSILICONE INPUTS REQUIRES PROPER PPE TO INCLUDE ORGANIC VAPOR RESPIRATOR AND APPROPRIATE GLOVES.

OPERATOR INITIALS: [signature]

**Batch Report Out:**

# OF TOTAL DRUMS: _5_ DRUMS

TOTAL WEIGHT OF BATCH: _2250_ LBS

Confidential Attorneys' Eyes Only                                    M008033

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210BD
DMXR 5

2/7/08
Page 2

MSCO Initials ___

### PART I

| SAP# | GRADE | BATCH | DESCRIPTION | BLDG LOC | MATL STGD | DMXR 5 | ACTUAL LBS/GMS | OPER INIT |
|---|---|---|---|---|---|---|---|---|
| 33437 | 88766 | 09J061 | POLYMER | | JM | 1103 | 1103# | JM |
| 30395 | 06230 | 09G003 | 10 MICRON MINUSIL | | JM | 74 | 74# | JM |
| 33296 | 88318 | 005 483 | D4 & HDMZ TREATED FILLER | HOPP #3 | MA | 299 | 299# | JM |
| 33392 | 88625 | 09J071 | ZEOTHIX 95 TREATED FILLER | HOPP #2 | MA | 255 | 255# | BJ |

### PART II

| SAP# | GRADE | BATCH | DESCRIPTION | BLDG LOC | MATL STGD | DMXR 5 | ACTUAL LBS/GMS | OPER INIT |
|---|---|---|---|---|---|---|---|---|
| 33437 | 88766 | 09J051 | POLYMER | | BJ | 392 | 392 | B |
| 33389 | 88610 | 08H008 | FLUORO PLASTICIZER | | BJ | 90 | 90 | B |
| 33393 | 88629 | 09L056 | FLUORO HYDROLYZATE | | BJ | 23 | 23 | JD |
| 30443 | 06435 | 09J001 | STAN MAG 112 | | BJ | 4 | 4 | JD |
| 33344 | 88482X SF1173 | 09H 129 | METHYL TETRAMER | | | 23 | 23 | JD |
| 33400 | 88656 | 09J006 | RED MASTERBATCH | | BJ | 51 | 51 | JD |

Confidential Attorneys' Eyes Only

M008034

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210BD
DMXR 5

2/7/08
Page 3

MSCO Initials _OT_

### PART III

| SAP# | GRADE | BATCH | DESCRIPTION | BLDG LOC | MATL STGD | DMXR 5 | ACTUAL LBS/GMS | OPER INIT |
|---|---|---|---|---|---|---|---|---|
| 31097 | 06861 | 06H001 | DIALLYL MALEATE | | 951 | 951 GMS | GMS | BD |
| 33244 | *88104 | 09H031 | HYDRIDE | | 37.9 | 37.9 | LBS | BD |

DANib

*88104 CALCULATION BELOW

| TOTAL INPUT LBS. |
|---|
| 2353 |

| CONTAINERS |||| 
|---|---|---|---|
| CODE | NO. OF NEW | NO. OF USED | DESCRIPTION |
| W1A1 | 5 | | 55 GAL OT DRUMS |
| 09M1 | 5 | | STRAIGHT LINERS |

### 88104 CALCULATION

MSCO INITIALS: SAF    STEP NUMBER: 1.

- MUST KNOW THE %H2 IN THE 88104
  - (SPEC: 0.80% TO 1.2% H2)
- TYPICAL CHARGE IS 27 TO 42 POUNDS

EXAMPLE:
33.3 / 1.100 (%H2) = 30.3 LBS. OF 88104 REQUIRED FOR THIS CHARGE

| CALCULATE 88104 FOR THIS BATCH |
|---|
| 33.3 / _.876_ (%H2) = _37.9_ LBS 88104 TO CHARGE. |

2353

Confidential Attorneys' Eyes Only

M008035

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210BD
DMXR 5

2/7/08
Page 4

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| JM | 2. | **APPENDIX A: MIXER PREPARATION**<br>NOTE: RUBBER GLOVES AND ORGANIC VAPOR RESPIRATOR MUST BE WORN FOR ALL FLUOROSILICONE CLEANOUTS |

### SCRAPE OUT

1. LEAVE MIXER BOWL IN HORIZONTAL POSITION
2. USE L.O.T.O. PROCEDURE
3. CLEAN SIDES, BLADES, AND BOWL WITH CLEAN SCRAPER

### WIPE OUT

1. PERFORM WIPE OUT USING SCOTCH-BRITE PADS, CLEAN RAGS, AND 88482X (S51173) OR 88017

| | | |
|---|---|---|
| JM | 3. | **APPENDIX B: WEIGHING PROCEDURE** |

### BAGGED MATERIAL

1. WEIGH ALL FULL BAGS
2. WEIGH EMPTY BAGS AFTER CHARGING
3. FULL BAGS MINUS EMPTY BAGS EQUALS NET WEIGHT

### POLYMERS

1. WEIGH FULL DRUMS, INCLUDING COVERS AND PALLET
2. WEIGH EMPTIED DRUMS, INCLUDING COVERS AND PALLET
3. FULL DRUMS MINUS EMPTIED DRUMS EQUALS NET WEIGHT

### PROCESS AIDS

1. TARE NEW, CLEAN CONTAINERS
2. FILL CONTAINERS TO REQUIRED WEIGHT
3. DISCARD CONTAINERS WHEN BATCH IS COMPLETED

### COMPLETED BATCH

1. WEIGH EMPTY CART AND RECORD WEIGHT
2. WEIGH FILLED CART AND RECORD WEIGHT
3. FULL CART MINUS EMPTY CART EQUALS NET WEIGHT

**Confidential Attorneys' Eyes Only**

M008036

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210BD
DMXR 5

2/7/08
Page 10

OPERATOR INITIALS | STEP NUMBER
---|---

JM | 8 CONT.

| ADDITION NUMBER | TIME START ADDITION | BATCH MASSED (YES/NO) | LBS ADDED | OPERATOR INITIALS |
|---|---|---|---|---|
| 1 | 20:00 | 1/2 | 101 | JM |
| 2 | 20:45 | 1/2 | 99 | JM |
| 3 | 21:30 | 1/2 | 99 | JM |

 9. CHARGE 88625
   A. ADD IN 3 ADDITIONS
   B. MIX EACH ADDITION AT LEAST 20 MINUTES OR UNTIL MASSED, AT A SPEED THAT WILL AVOID FILLER LOSS.

| ADDITION NUMBER | TIME START ADDITION | BATCH MASSED (YES/NO) | LBS ADDED | OPERATOR INITIALS |
|---|---|---|---|---|
| 1 | 0030 | yes | 85 | BD |
| 2 | 0130 | yes | 85 | BD |
| 3 | 0215 | yes | 85 | BD |

 10. STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY CAKED OR LOOSE FILLER.

N/A  11. ACKNOWLEDGE THE COMPLETION OF THE "FILLER CHARGE" ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "HEAT-UP" STEP IS NEXT.

 12. HEAT-UP AND COOK
   A. SET MIXER AT 15-20 RPM
   B. SET THE NITROGEN GAS PURGE AT 30 SCFM
   C. TURN ON REDUNDANT NITROGEN GAS PURGE AT 10 SCFM

BD  13. SET THE TEMPERATURE CONTROLLER AT 125 DEG. C
   HEAT BATCH TO 120-130 DEG. C

   **DO NOT EXCEED 130 DEG. C**

N/A  14. ACKNOWLEDGE THE COMPLETION OF THE "HEAT-UP" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "COOK" STEP IS NEXT.

**Confidential Attorneys' Eyes Only**

M008037

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210BD
DMXR 5

2/7/08
Page 11

OPERATOR INITIALS   STEP NUMBER

15. COOK BATCH 4 HOURS AT 120-130 DEG. C
RECORD DATA EVERY 60 MINUTES IN FOLLOWING LOG:

| OPERATOR INITIALS | CLOCK TIME | BATCH TEMP. (DEG. C) | BATCH MASSED (YES / NO) | COMMENTS |
|---|---|---|---|---|
| BD | 0400 | 125° | yes | |
| BD | 0500 | 120 | yes | |
| BD | 0600 | 125 | yes | |
| BD | 0700 | 125 | yes | |
| | | | | |
| | | | | |
| | | | | |

_N/A_  16. ACKNOWLEDGE THE COMPLETION OF THE "COOK" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "COOL" STEP IS NEXT.

  17. COOLING
  A. SET MIXER SPEED AT MINIMUM RPM
  B. APPLY FULL COOLING

  18. WHEN BATCH REACHES 80 DEG. C OR LESS, CONTINUE PROCESS.

  RECORD: TIME BATCH AT 80 DEG. C: _1000_

19. REDUCE NITROGEN GAS PURGE TO 10 SCFM.

20. SCRAPE DOWN
STOP MIXER BLADES, OPEN COVER, AND SCRAPE DOWN BLADES AND SIDES OF MIXER BOWL TO REMOVE ANY LOOSE FILLER OR PRODUCT.

_N/A_  21. ACKNOWLEDGE THE COMPLETION OF THE "COOL" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "PART II POLYMER" STEP IS NEXT.

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210BD
DMXR 5

2/7/08
Page 12

| PART II OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| *[initials]* | 22. | CHARGE 88766  RECORD: 392 LBS |
| *[initials]* | 23. | SET MIXER SPEED AT 8-12 RPM AND CONTINUE FULL COOLING. |
| N/A | 24. | ACKNOWLEDGE THE COMPLETION OF THE "PART II POLYMER" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "PART II ADDS" STEP IS NEXT. |
| *[initials]* | 25. | ADD 88610  A. ADD IN TWO ADDITIONS  B. MIX EACH ADDITION AT LEAST 30 MINUTES AT 15-20 RPM.  C. MAINTAIN THE FOLLOWING LOG: |

| ADDITION NUMBER | TIME START ADDITION | BATCH MASSED (YES/NO) | LBS ADDED | OPERATOR INITIALS |
|---|---|---|---|---|
| 1 | 1230 | yes | 45 | *[initials]* |
| 2 | 1340 | yes | 45 | *[initials]* |

| | | |
|---|---|---|
| *[initials]* | 26. | COOL BATCH TO 40 DEG. C OR LESS |
| *[initials]* | 27. | ADD 88629  RECORD: 23 LBS |

> **NOTE:**
> 88629 SHOULD BE CONSIDERED HAZARDOUS. CARE TO BE TAKEN DURING HANDLING TO AVOID SKIN CONTACT. WEAR RUBBER GLOVES, ORGANIC VAPOR RESPIRATOR, AND GOGGLES. IN EVENT OF CONTACT, WASH WITH SOAP AND RINSE WITH COPIOUS AMOUNTS OF WATER. DISCARD ALL CONTAMINATED CLOTHING.

| | | |
|---|---|---|
| *[initials]* | 28. | ADD 06435, STAN MAG.  RECORD: 4 LBS |
| *[initials]* | 29. | ADD 88656, RED MASTERBATCH  RECORD: 51 LBS |
| *[initials]* | 30. | ADD 88482X  RUN MIXER AT 8-12 RPM  RECORD: 23 LBS |

Confidential Attorneys' Eyes Only

M008039

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210BD
DMXR 5

2/7/08
Page 13

OPERATOR INITIALS | STEP NUMBER
---|---

_P_    31.    MIX BATCH AT LEAST 1 HOUR AT 8-12 RPM.

RECORD: TIME START: __19:00__
TIME FINISH: __20:15__

_P_    32.    IN-PROCESS
      A. STOP MIXER BLADES
      B. SAMPLE ONE PINT TO 42 QC LAB FOR ALL OF THE FOLLOWING (WAIT FOR RESULTS):

| PHYSICAL SAMPLE NO. | | 900581436 |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (REDDISH BROWN) | OK |
| P-15 SPECFIC GRAVITY | (1.27 – 1.33) | 1.26 |
| C-930 APP. RATE, (GMS/MIN) | (50 – 150) | 81 |

      A. IF ALL TESTS RESULTS ARE IN SPEC, GO TO STEP 35 (06861 & 88104ADD)
      B. IF ANY RESULT IS OOS, RESAMPLE.

_BP_    33.    RESAMPLE:

| PHYSICAL SAMPLE NO. | | 900581444 |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (REDDISH BROWN) | |
| P-15 SPECFIC GRAVITY | (1.27 – 1.33) | 1.275 |
| C-930 APP. RATE, (GMS/MIN) | (50 – 150) | |

      A. IF ALL TESTS RESULTS ARE IN SPEC, GO TO STEP 35 (06861 & 88104ADD)
      B. IF ANY RESULT IS STILL OOS, CONTACT PRODUCTION ENGINEER.

Confidential Attorneys' Eyes Only

**CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION**
**MANUFACTURING INSTRUCTIONS**
**GENERAL INSTRUCTIONS**

Grade: FSL7210BD
DMXR 5

2/7/08
Page 14

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| _____ | 34. | **ADJUSTMENT INSTRUCTIONS** (IF REQUIRED) CAUTION: CONFIRM ANY OUT OF SPEC RESULTS BEFORE MAKING AN ADJUSTMENT. LOW P-15 SHOULD BE ADJUSTED WITH 06230. ADJUSTMENT OF 06230 IS LIMITED TO 10% OR LESS OF THE INITIAL CHARGE. DO NOT ADJUST WITH 88964 OR 88625 UNLESS DIRECTED BY PRODUCT CHEMIST OR PRODUCTION ENGINEER. |
| BD | 35. | OBTAIN DIALLYL MALEATE IMMEDIATELY PRIOR TO CHARGING. 06861, DAM MUST BE COOLER STORED AND RETURNED TO COOLER IMMEDIATELY AFTER USE. SEE MATERIAL HANDLING & SAFETY OBSERVATIONS SECTION BEFORE CHARGING 06861, DIALLYL MALEATE. IF 06861, DAM APPEAR HAZY, SYRUPY, OR SEMI-SOLID, <u>DO NOT USE</u>. |
| BD | 36. | <u>CHARGE 06861, DIALLLYL MALEATE</u> RECORD: 957 GMS |
| | 37. | MIX BATCH AT LEAST 15 MINUTES AT 5 – 6 RPM. RECORD: TIME START: 0215  TIME FINISH: 0245 |
| BD | 38. | <u>ADD 88104</u> RECORD: 37.9 LBS 03.00 |
| N/A | 39. | ADD ALL REWORK SPECIFIED. (OMIT STEP IF NO REWORK) GRADE  BATCH  POUNDS |

Confidential Attorneys' Eyes Only

M008041

CLASS III - TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210BD
DMXR 5

2/7/08
Page 15

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| BD | 40. | FINAL MIX BATCH AT LEAST 1 HOUR AT 15-20 RPM<br>RECORD: TIME START: 0300<br>TIME FINISH: 0400 |
| N/A | 41. | ACKKNOWLEDGE THE COMPLETION OF THE "PART II ADDS" ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. THE "SAMPLE" STEP IS NEXT. |
| BD | 42. | IN-PROCESS SAMPLING<br>STOP THE BLADES, SAMPLE ONE PINT TO 42 QC LAB FOR ALL OF THE FOLLOWING: |

| PHYSICAL SAMPLE NO. | | 900581445 |
|---|---|---|
| | SPEC. | RESULT |
| A-3 APPEARANCE: | OK/NOK (REDDISH BROWN) | OK |
| C-1229 HYDRIDE, PPM | (128 – 148) | 147 |
| C-1097 T-90 (IN SECONDS) | (15 – 51) | 27 |
| C-1097 MIN. MAX. TORQUE | (55 – 80) | 55 |
| E-3 SHORE A | (37 – 46) | 40 |

A. IF ALL TEST RESULTS ARE IN SPEC, GO TO DROP SECTION.
B. IF ANY RESULT IS OOS, RESAMPLE.

Confidential Attorneys' Eyes Only

M008042

CLASS III – TRADE SECRET AND CONFIDENTIAL INFORMATION
MANUFACTURING INSTRUCTIONS
GENERAL INSTRUCTIONS

Grade: FSL7210BD
DMXR 5

2/7/08
Page 17

| OPERATOR INITIALS | STEP NUMBER | |
|---|---|---|
| Jm/DD | 47. | SAMPLE 3 PINTS TO 42 QUALITY CONTROL LAB FOR FINAL. |
| JM/BS | 48. | WEIGH FILLED DRUMS TO DETERMINE NET WEIGHT OF DRUMS. RECORD:<br>A. TOTAL NET WEIGHT<br>B. APPLY PALLET TAG TO EACH PALLET AND INCLUDE PALLET WEIGHT<br>C. BATCH COMPLETE: DATE: 9/24/09   TIME: _____ |
| N/A | 49. | ACKNOWLEDGE THE COMPLETION OF THE "DROP" STEP ON THE DELTAV SCREEN. ENTER A LOSS CODE IF REQUIRED. DELETE THE COMPLETED BATCH FROM THE DELTAV SCREEN. |

Confidential Attorneys' Eyes Only

M008043