# EXHIBIT L

**FSL7210 PART A**

| MARCH 1998<br>BATCH SHEET HC561 | NOVEMBER 1998<br>BATCH SHEET HM563 | MAY 1999<br>BATCH SHEET JE566 | SEPTEMBER 2009<br>BATCH SHEET 09J039 |
|---|---|---|---|
| 88766 (Base Polymer) | 88766 (Base Polymer) | 88766 (Base Polymer) | 88766 (Base Polymer) |
| 06230 (10 Micron Minusil) | 06230 (10 Micron Minusil) | 06230 (10 Micron Minusil) | 06230 (10 Micron Minusil) |
| 88964 (Treated Filler) | 88964 (Treated Filler) | 88964 (Treated Filler) | **88318 (Treated Filler)** |
| 88625 (Zeothix 95) | 88625 (Zeothix 95) | 88625 (Zeothix 95) | 88625 (Zeothix 95) |
| 88610 (FS Plasticizer) | 88610 (FS Plasticizer) | 88610 (FS Plasticizer) | 88610 (FS Plasticizer) |
| 88629 (FS Hydrolyzate) | 88629 (FS Hydrolyzate) | 88629 (FS Hydrolyzate) | 88629 (FS Hydrolyzate) |
| 88482X (Methyl Tetramer) | 88482X (Methyl Tetramer) | 88482X (Methyl Tetramer) | 88482X (Methyl Tetramer) |
| 88034 (Platinum Catalyst) | 88034 (Platinum Catalyst) | 88034 (Platinum Catalyst) | 88034 (Platinum Catalyst) |

**FSL7210 PART B**

| MARCH 1998<br>BATCH SHEET HC561 | NOVEMBER 1998<br>BATCH SHEET HM563 | MAY 1999<br>BATCH SHEET JE566 | SEPTEMBER 2009<br>BATCH SHEET 09J039 |
|---|---|---|---|
| 88766 (Base Polymer) | 88766 (Base Polymer) | 88766 (Base Polymer) | 88766 (Base Polymer) |
| 88656 (Red Masterbatch) | 88656 (Red Masterbatch) | 88656 (Red Masterbatch) | 88656 (Red Masterbatch) |
| 06230 (10 Micron Minusil) | 06230 (10 Micron Minusil) | 06230 (10 Micron Minusil) | 06230 (10 Micron Minusil) |
| 88964 (Treated Filler) | 88964 (Treated Filler) | 88964 (Treated Filler) | **88318 (Treated Filler)** |
| 88625 (Zeothix 95) | 88625 (Zeothix 95) | 88625 (Zeothix 95) | 88625 (Zeothix 95) |
| 88610 (FS Plasticizer) | 88610 (FS Plasticizer) | 88610 (FS Plasticizer) | 88610 (FS Plasticizer) |
| 88629 (FS Hydrolyzate) | 88629 (FS Hydrolyzate) | 88629 (FS Hydrolyzate) | 88629 (FS Hydrolyzate) |
| 06435 (Magnesium Oxide) | 06435 (Magnesium Oxide) | 06435 (Magnesium Oxide) | 06435 (Magnesium Oxide) |
| 88482X (Methyl Tetramer) | SF1173* (Methyl Tetramer) | 88482X (Methyl Tetramer) | SF1173* (Methyl Tetramer) |
| 06861 (Diallyl Maleate) | 06861 (Diallyl Maleate) | 06861 (Diallyl Maleate) | 06861 (Diallyl Maleate) |
| 88104 (Hydride) | 88104 (Hydride) | 88104 (Hydride) | 88104 (Hydride) |

---

*SF1173 is the brand name used for GE88482X for sales outside of GE or Momentive. The chemical composition of SF1173 and GE 88482X is exactly the same.