# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1008

## RES DEVELOPMENT CORPORATION,
*Plaintiff – Appellant,*

v.

## MOMENTIVE PERFORMANCE MATERIALS, INC.,
*Defendant – Appellee.*

Appeal from the United States District Court for the Middle District of Florida in case no. 09-CV-0491, U.S. District Judge Timothy J. Corrigan.

## MANDATE

In accordance with the judgment of this Court, entered July 18, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

cc: Edmond R. Bannon
Clerk of Court, Middle District of Florida (Ocala)
Mark Wayne Wasserman

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

RES DEVELOPMENT CORPORATION,
*Plaintiff-Appellant,*

v.

MOMENTIVE PERFORMANCE MATERIALS, INC.,
*Defendant-Appellee.*

---

2013-1008

---

Appeal from the United States District Court for the Middle District of Florida in No. 09-CV-0491, Judge Timothy J. Corrigan.

---

## ON MOTION

---

Before DYK, PROST and O'MALLEY, *Circuit Judges.*

PROST, *Circuit Judge.*

### ORDER

The parties jointly move to remand this case to the United States District Court for the Middle District of Florida.

RES Development Corporation appeals from the district court's grant of summary judgment that the patent

RES DEVELOPMENT CORPORATION v. MOMENTIVE PERFORMANCE MATERIAL  2

in suit was invalid. The parties state that they have now settled the case and requested an indicative ruling from the district court, pursuant to Fed. R. Civ. P. 62.1, whether the district court would defer, deny, or grant a motion to vacate the underlying judgment if the case were remanded. The district court indicated pursuant to Rule 62.1(a)(3) that it would grant the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The case is remanded to the district court for further proceedings as may be appropriate.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26

ISSUED AS A MANDATE: July 18, 2013